## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

**SECURITIES AND EXCHANGE
COMMISSION,**

               **Plaintiff,**

       **v.**

**STEPHEN M. KOVZAN,**

               **Defendant.**

**Civil No. 11-CV-2017 JWL/KGS**

## ENTRY OF APPEARANCE

Stephen L. Hill, Jr. of the law firm of Husch Blackwell LLP hereby enters his appearance

on behalf of Stephen M. Kovzan in the above-captioned matter.

Dated: February 3, 2011

               Respectfully submitted,

               /s/ Stephen L. Hill, Jr.
               Stephen L. Hill, Jr.      KS # 78029
               Husch Blackwell LLP
               4801 Main Street, Suite 1000
               Kansas City, Missouri  64112
               (816) 983-8000
               (816) 983-8080
               stephen.hill@huschblackwell.com

               *Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2011, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.

               /s/ Stephen L. Hill, Jr.
               Attorney

KCP-4096502-1