IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN M. KOVZAN,<br><br>　　　　　　　　　Defendant. | Civil No. 11-CV-2017 JWL/KGS |

## ENTRY OF APPEARANCE

Lyndsey J. Conrad of the law firm of Husch Blackwell LLP hereby enters her appearance on behalf of Stephen M. Kovzan in the above-captioned matter.

Dated: February 3, 2011

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Lyndsey J. Conrad
　　　　　　　　　　　　　　　　　　　　Stephen L. Hill, Jr.　　　KS # 78029
　　　　　　　　　　　　　　　　　　　　Maxwell Carr-Howard　　KS # 21042
　　　　　　　　　　　　　　　　　　　　Lyndsey J. Conrad　　　　KS # 23527
　　　　　　　　　　　　　　　　　　　　Husch Blackwell LLP
　　　　　　　　　　　　　　　　　　　　4801 Main Street, Suite 1000
　　　　　　　　　　　　　　　　　　　　Kansas City, Missouri  64112
　　　　　　　　　　　　　　　　　　　　(816) 983-8000
　　　　　　　　　　　　　　　　　　　　(816) 983-8080
　　　　　　　　　　　　　　　　　　　　lindsey.conrad@huschblackwell.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2011, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　/s/ Lyndsey J. Conrad.
　　　　　　　　　　　　　　　　　　　　Attorney