IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | |
| Defendant. | |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to D. Kan. Rule 6.1(a), Plaintiff Securities and Exchange Commission and Defendant Stephen M. Kovzan hereby jointly move for an extension of the dates on which to file papers in response to Plaintiff's Complaint. Plaintiff and Defendant respectfully request that the Court set the following briefing schedule:

1. Extend the time period for Defendant to file and serve a Motion to Dismiss the Complaint in this matter from twenty-one (21) days to sixty (60) days after the completion of service of the Complaint, to and including March 15, 2011. The current deadline for Defendant to file any and all defensive pleadings, affirmative defenses, motions, objections or any other response to Plaintiff's Complaint is February 4, 2011.

2. Extend the time period for Plaintiff to respond to Defendant's Motion to Dismiss from twenty-one (21) days to forty-five (45) days after service of Defendant's Motion to Dismiss, to and including April 29, 2011.

KCP-4096691-v1

3.   Extend the time period for Defendant to submit a Reply in Support of Defendant's Motion to Dismiss is extended from fourteen (14) days to twenty-one (21) days after service of Plaintiff's Response to Defendant's Motion to Dismiss, up to and including May 20, 2011.

This is the first motion for an extension of deadlines sought by either party in this matter. The cause for this requested extension is to allow Defense counsel sufficient time to investigate and respond to the complex factual and legal issues presented by Plaintiff's Complaint, which alleges direct and/or secondary violations of nine separate provisions of the federal securities laws. In particular, Husch Blackwell LLP ("Husch Blackwell"), local counsel for Defendant, was retained only this week. The extension is requested to ensure that counsel from Husch Blackwell can acquaint themselves with the facts and the allegations in the Complaint sufficiently to permit their active and substantial involvement and input in this briefing. Additionally, Plaintiff's previous trial counsel on this matter, Erica Williams, has recently been reassigned, and the requested extension is also sought to afford enough time for her replacement to familiarize him or herself with the legal and factual claims and defenses raised by the Complaint's allegations.

**WHEREFORE**, both parties respectfully request that this joint motion be granted, and that the Court enter the requested briefing schedule.

KCP-4096691-v1

2

Respectfully submitted,

/s/ Stephen L. Hill, Jr.
Stephen L. Hill, Jr.          KS # 78029
Maxwell Carr-Howard     KS # 21042
Lyndsey J. Conrad          KS # 23527
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

and

Christopher Wilber
Andrew Weissman
Nicole Rabner
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202-663-6000
christopher.wilber@wilmerhale.com
andrew.weissman@wilmerhale.com
nicole.raner@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

and

/s/ David Frohlich
David Frohlich
Erica Y. Williams
U.S. Securities & Exchange Commission-DC
100 F. Street NE
Washington, DC  20549-4010
(202) 551-4450
(202) 772-9246 (FAX)

*Attorney for Plaintiff Securities & Exchange Commission*

KCP-4096691-v1

3

CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2011, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.

      /s/ Stephen L. Hill, Jr.  
      Attorney