AO 440 (12/09)   Summons in a Civil Action (Page 2)

Civil Action No. 11-CV-2017 JWL/KGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____Stephen M. Kovzan_____
was received by me on *(date)* _____January 12, 2011_____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* By agreement of the parties, I served a copy of the summons and Complaint on Mr. Kovzan's attorney Christopher Wilber at Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006, via overnight mail.

My fees are $ 0.00   for travel and $ 0.00   for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: January 13, 2011

*Erica Y. Williams*
*Server's signature*

Erica Y. Williams, Assistant Chief Litigation Counsel
*Printed name and title*

Securities and Exchange Commission
100 F Street, NW
Washington, DC 20549-4010
*Server's address*

Additional information regarding attempted service, etc:

