IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>STEPHEN M. KOVZAN,<br><br>                    Defendant. | Civil No. 11-2017-JWL |

**ORDER GRANTING THE PARTIES'
JOINT MOTION FOR EXTENSION OF TIME**

Upon consideration of the Parties' Joint Motion For Extension of Time (Doc. 9), the Court concludes that the Motion should be granted.

Accordingly, is hereby ORDERED that:

1.      The time period for Defendant to file and serve a Motion to Dismiss the Complaint in this matter is extended from twenty-one (21) days to sixty (60) days after the completion of service of the Complaint, to and including March 15, 2011.

2.      The time period for Plaintiff to respond to Defendant's Motion to Dismiss is extended from twenty-one (21) days to forty-five (45) days after service of Defendant's Motion to Dismiss, to and including April 29, 2011.

3.      The time period for Defendant to submit a Reply in Support of Defendant's Motion to Dismiss is extended from fourteen (14) days to twenty-one (21) days after service of Plaintiffs' Response to Defendant's Motion to Dismiss, to and including May 20, 2011.

**IT IS SO ORDERED.**

Dated this 4th day of February, 2011, at Topeka, Kansas.

                                                                       s/ K. Gary Sebelius  
                                                                       K. Gary Sebelius  
                                                                       U.S. Magistrate Judge