**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                                    Plaintiff,

                  v.

STEPHEN M. KOVZAN,

                                   Defendant.

Civil No. 11-CV-2017 JWL/KGS

**JOINT MOTION TO EXCEED THE PAGE LIMIT**
**AND MEMORANDUM IN SUPPORT**

      Defendant Stephen M. Kovzan and Plaintiff Securities and Exchange Commission hereby jointly move for a 10-page extension of the page limit imposed by Local Rule 7.1(e) for each of their principal memoranda addressing Defendant's forthcoming Motion to Dismiss.  In support of this Motion, the parties state as follows:

      (1)      The SEC has filed a Complaint containing over ninety paragraphs and including nine counts against Mr. Kovzan, alleging violations of 16 discrete subsections of federal statutes and regulations.

      (2)      Mr. Kovzan's Answer or Responsive Pleading to the Complaint must be filed on or before March 15, 2011.

      (3)      Mr. Kovzan intends to file a Motion to Dismiss the entirety of the Complaint on various grounds, including for failure to state a claim on which relief may be granted.  As such, the Argument and Authorities section of the parties' principal memoranda will require a detailed

1

explanation of all sixteen of the complex federal statutes and regulations the SEC alleges were violated.

(4)     Pursuant to Local Rule 7.1(e), "[t]he arguments and authorities section of briefs and memoranda shall not exceed 30 pages absent an order of the court."

(5)     Despite his best efforts to present his arguments within the 30-page limit imposed by Local Rule 7.1(e), Mr. Kovzan has been unable to do so in a fair and complete fashion.

(6)     The SEC likewise predicts that it will be unable to fully and fairly respond to the arguments raised in Mr. Kovzan's Motion to Dismiss in the 30-page limit imposed by Local Rule 7.1(e).

(7)     The parties have not sought any other page extension in this case.

(8)     Granting the requested extension serves the interest of justice and will assist this Court in evaluating the complex issues and claims in this litigation.

**WHEREFORE**, the parties respectfully request that this Court grant them each leave to file a principal memorandum addressing Mr. Kovzan's forthcoming Motion to Dismiss with an Argument and Authorities section that is no longer than 40 pages in length.

Respectfully submitted,

/s/ Stephen L. Hill, Jr.
Stephen L. Hill, Jr.          KS # 78029
Maxwell Carr-Howard          KS # 21042
Lyndsey J. Conrad          KS # 23527
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com

2

max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

and

Christopher Wilber
Andrew Weissman
Nicole Rabner
David Zetlin-Jones
Wilmer Hale LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202-663-6000
christopher.wilber@wilmerhale.com
andrew.weissman@wilmerhale.com
nicole.raner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

 and

/s/ David Frohlich
David Frohlich
Erica Y. Williams
David Williams
Jeffrey Tao
Helaine Schwartz
U.S. Securities & Exchange Commission-DC
100 F. Street NE
Washington, DC  20549-4010
(202) 551-4450
(202) 772-9246 (FAX)
frohlichd@sec.gov
williamsdav@sec.gov
taoje@sec.gov
schwartzh@sec.gov

*Attorney for Plaintiff Securities & Exchange Commission*

3

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on March 10, 2011, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.


                                          /s/ Stephen L. Hill, Jr.

4