IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>STEPHEN M. KOVZAN,<br><br>       Defendant. | Civil No. 11-CV-2017 JWL/KGS<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT STEPHEN M. KOVZAN'S MOTION TO DISMISS THE COMPLAINT**

  Defendant Stephen M. Kovzan moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim on which relief may be granted and pursuant to Fed. R. Civ. P. 9(b) for failure to plead allegations of fraud with specificity.  In support of his Motion, Mr. Kovzan directs the Court to his contemporaneously-filed Memorandum of Law in Support.

  WHEREAS Defendant Stephen M. Kovzan respectfully requests that the Court dismiss this action and grant Mr. Kovzan such other relief as it deems just and proper.

  DATED: March 15, 2011

                Respectfully submitted,

                /s/ Stephen L. Hill, Jr.
                Stephen L. Hill, Jr.  KS # 78029
                Maxwell Carr-Howard KS # 21042
                Lyndsey J. Conrad  KS # 23527
                Husch Blackwell LLP
                4801 Main Street, Suite 1000
                Kansas City, Missouri  64112
                (816) 983-8000
                (816) 983-8080 (FAX)
                stephen.hill@huschblackwell.com
                max.carr-howard@huschblackwell.com
                lyndsey.conrad@huschblackwell.com

and

Andrew B. Weissman
Christopher Wilber
Nicole R. Rabner
J. David Zetlin-Jones
WilmerHale LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
christopher.wilber@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2011, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

David Frohlich
Erica Y. Williams
David Williams
Jeffrey Tao
Helaine Schwartz
U.S. Securities & Exchange Commission-DC
100 F. Street NE
Washington, DC  20549-4010
(202) 551-4450
(202) 772-9246 (FAX)
frohlichd@sec.gov
williamsdav@sec.gov
taoje@sec.gov
schwartzh@sec.gov

*Attorneys for Plaintiff Securities & Exchange Commission*

/s/ Stephen L. Hill, Jr.
Attorney