IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>STEPHEN M. KOVZAN,<br><br>      Defendant. | Civil No. 11-CV-2017 JWL/KGS |

**DEFENDANT STEPHEN M. KOVZAN'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN FURTHER SUPPORT OF HIS MOTION TO DISMISS THE COMPLAINT**

  Defendant Stephen M. Kovzan respectfully submits this Notice of Supplemental Authority in Further Support of His Motion To Dismiss the Complaint (Doc. 18) to bring to the Court's attention a Supreme Court opinion published shortly after the filing of Defendant's Motion: *Matrixx Initiatives, Inc. v. Siracusano*, 563 U.S. ____ (Mar. 22, 2011) (attached hereto as Exhibit A). The decision addresses the issue of materiality. In *Matrixx Initiatives*, the Supreme Court rejected the proposition that adverse event reports that do not reveal a statistically significant increased risk of adverse events are *per se* immaterial under Section 10(b) of the Securities Exchange Act of 1934, but the Court reinforced that, in assessing materiality, the relevant "question remains whether a *reasonable* investor would have viewed the nondisclosed information as having *significantly* altered the total mix of information made available." Slip Op. at 15-16 (citations omitted) (emphasis in original).

  DATED: March 24, 2011

                  Respectfully submitted,

                  /s/ Stephen L. Hill, Jr.

|  |  |
|---|---|
| Stephen L. Hill, Jr. | KS # 78029 |
| Maxwell Carr-Howard | KS # 21042 |
| Lyndsey J. Conrad | KS # 23527 |

Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (FAX)
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

and

Andrew B. Weissman
Christopher Wilber
Nicole R. Rabner
J. David Zetlin-Jones
WilmerHale LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
christopher.wilber@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

David Frohlich
Erica Y. Williams
David Williams
Jeffrey Tao
Helaine Schwartz
U.S. Securities & Exchange Commission-DC
100 F. Street NE
Washington, DC  20549-4010
(202) 551-4450
(202) 772-9246 (FAX)
frohlichd@sec.gov

williamsdav@sec.gov
taoje@sec.gov
schwartzh@sec.gov

*Attorneys for Plaintiff Securities & Exchange Commission*


    /s/ Stephen L. Hill, Jr.
    Attorney