IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             **Plaintiff,**<br><br>       v.<br><br>STEPHEN M. KOVZAN,<br><br>                             **Defendant.** | Civil No. 11-CV-2017 JWL/KGS<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT STEPHEN M. KOVZAN'S AMENDED MOTION TO DISMISS THE AMENDED COMPLAINT AND AGREED MODIFICATION TO BRIEFING SCHEDULE**

Defendant Stephen M. Kovzan respectfully submits this Amended Motion to Dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim on which relief may be granted, and pursuant to Fed. R. Civ. P. 9(b) for failure to plead allegations of fraud with particularity. In support of his Motion, Mr. Kovzan directs the Court to his contemporaneously-filed Supplemental Memorandum of Law in Support of the Motion To Dismiss, and his original Motion to Dismiss the Complaint (Dkt. No. 18), and Memorandum of Law in Support (Dkt. No. 19), both of which are incorporated by reference. For the Court's convenience, Mr. Kovzan attaches to his Supplemental Memorandum of Law his original memorandum in support of the motion (Dkt. No. 19), and the Declaration attached thereto (Dkt. No. 20), edited only to conform cites to the new paragraph numbers in the Amended Complaint. The modification to the Briefing Schedule agreed upon by the parties is set out below.

**Procedural Background and Agreed Modification to Briefing Schedule**

On February 4, 2011, the Court entered an Order (Dkt. No. 11) granting the parties' joint motion for extending the time for Mr. Kovzan to file his Motion to Dismiss and setting out the remaining briefing schedule.  On March 11, 2011, the Court entered an Order (Dkt. No. 17) granting the parties' joint motion to extend the page limitations for their respective arguments to 40 pages.  On March 15, 2011, pursuant to these two Orders, Mr. Kovzan filed his Motion to Dismiss and a Memorandum of Law in Support of that Motion (Dkt. Nos. 18, 19).  On April 8, 2011, Plaintiff filed its Amended Complaint (Dkt. No. 22).

After consulting with the Court's Chambers and with each other on April 11, 2011, the parties concluded that filing an entirely new motion to dismiss the Amended Complaint is unnecessary and that a short supplemental memorandum of law—incorporating by reference the arguments raised in Mr. Kovzan's original Motion to Dismiss and the accompanying Memorandum of Law in Support—would be sufficient to respond to the amendments in Plaintiff's Amended Complaint and would be in the interests of preserving judicial economy. Therefore, the parties agreed to the following schedule:

1.   Mr. Kovzan will file this "Amended" Motion to Dismiss, incorporating his original Motion to Dismiss and Memorandum of Law in Support by reference and supplementing his argument in no more than eight pages in the accompanying Supplemental Memorandum of Law in Support.

2.   Plaintiff will file its response to Mr. Kovzan's Amended Motion (currently due on April 29) on or before May 6, 2011.

3.   Mr. Kovzan will file his Reply in Further Support of his Amended Motion to Dismiss (currently due on May 20), on May 27, 2011.

## Prayer For Relief

**WHEREAS** Defendant Stephen M. Kovzan respectfully requests that the Court dismiss the Amended Complaint and grant Mr. Kovzan such other relief as it deems just and proper.

DATED: April 25, 2011

        Respectfully submitted,

        /s/ Stephen L. Hill, Jr.
        Stephen L. Hill, Jr.    KS # 78029
        Maxwell Carr-Howard    KS # 21042
        Lyndsey J. Conrad    KS # 23527
        Husch Blackwell LLP
        4801 Main Street, Suite 1000
        Kansas City, Missouri  64112
        (816) 983-8000
        (816) 983-8080 (FAX)
        stephen.hill@huschblackwell.com
        max.carr-howard@huschblackwell.com
        lyndsey.conrad@huschblackwell.com

        and

        Andrew B. Weissman
        Christopher Wilber
        Nicole R. Rabner
        J. David Zetlin-Jones
        WilmerHale LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        (202) 663-6000
        andrew.weissman@wilmerhale.com
        christopher.wilber@wilmerhale.com
        nicole.rabner@wilmerhale.com
        david.zetlin-jones@wilmerhale.com

        *Attorneys for Defendant Stephen M. Kovzan*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2011, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

David Frohlich
Erica Y. Williams
David Williams
Jeffrey Tao
Helaine Schwartz
U.S. Securities & Exchange Commission-DC
100 F. Street NE
Washington, DC  20549-4010
(202) 551-4450
(202) 772-9246 (FAX)
frohlichd@sec.gov
williamsdav@sec.gov
taoje@sec.gov
schwartzh@sec.gov

*Attorneys for Plaintiff Securities & Exchange Commission*


                       /s/ Stephen L. Hill, Jr.
                       Attorney

US1DOCS 7918434v4