IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   v.<br><br>STEPHEN M. KOVZAN,<br><br>       Defendant. | Civil No. 11-CV-2017 JWL/KGS<br><br>ORAL ARGUMENT REQUESTED |

### DECLARATION OF J. DAVID ZETLIN-JONES IN SUPPORT OF STEPHEN M. KOVZAN'S AMENDED MOTION TO DISMISS THE AMENDED COMPLAINT

I, J. David Zetlin-Jones, declare as follows:

1. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, co-counsel for named defendant, Stephen M. Kovzan, in this action. I submit this Declaration in Support of Stephen M. Kovzan's Amended Motion to Dismiss the Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of Mr. Kovzan's original Memorandum of Law in Support of his Motion to Dismiss the Complaint, filed March 15, 2011, updated only so that its citations to the Complaint's allegations correspond to the paragraph numbers in the Amended Complaint.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of J. David Zetlin-Jones in support of Mr. Kovzan's original Motion to Dismiss, filed March 15, 2011, updated only so that its citations to the Complaint's allegations correspond to the paragraph numbers in the Amended Complaint.

4. Attached hereto as Exhibit C is a true and correct copy of Mr. Fraser's Schedule 13D filed with the Securities and Exchange Commission on September 16, 2002.

- 2 -

5.  Attached hereto as Exhibit D is a true and correct copy of excerpts from NIC Inc.'s Schedule 14A (definitive proxy statement) filed with the Securities and Exchange Commission on April 3, 2003.

Signed under penalty of perjury this 25th day of April, 2011.

_____
J. David Zetlin-Jones