IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>    v.<br><br>STEPHEN M. KOVZAN,<br><br>               Defendant. | Civil No. 11-CV-2017 JWL/KGS<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF J. DAVID ZETLIN-JONES IN SUPPORT OF
STEPHEN M. KOVZAN'S MOTION TO DISMISS THE COMPLAINT**

I, J. David Zetlin-Jones, declare as follows:

1.      I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, co-counsel for named defendant, Stephen M. Kovzan in this action.  I submit this Declaration in Support of Stephen M. Kovzan's Motion to Dismiss the Complaint.

2.      Attached hereto as Exhibit A are true and correct copies of excerpts from NIC Inc.'s annual reports filed in Forms 10-K with the Securities and Exchange Commission for the following periods:  (a)  the period ended December 31, 2002, filed on March 20, 2003; (b)  the period ended December 31, 2003, filed on March 12, 2004; (c)  the period ended December 31, 2004, filed on March 4, 2005; (d)  the period ended December 31, 2005, filed on March 16, 2006; (e)  the period ended December 31, 2006, filed on March 15, 2007; (f)  the period ended December 31, 2007, filed on March 17, 2008; (g)  the period ended December 31, 2009, filed on March 16, 2010.

3.      Attached hereto as Exhibit B are true and correct copies of excerpts from NIC Inc.'s Schedules 14A (definitive proxy statements) filed with the Securities and Exchange

- 1 -

EXHIBIT B

Commission on the following dates: (a) March 21, 2000; (b) April 3, 2003; (c) March 31, 2004; (d) March 31, 2005; (e) March 31, 2006; and (f) March 31, 2007.

4.       Attached hereto as Exhibit C is a true and correct copy of historical prices for NIC Inc. stock from the period July 15, 1999 through June 30, 2008, obtained from finance.yahoo.com.

5.       Attached hereto as Exhibit D is a true and correct copy of the Complaint filed in the action captioned *SEC v. NIC Inc., Jeffery F. Fraser, Harry H. Herington and Eric J. Bur*, No. 11-cv-2016 (EFM/JPO) (D. Kan. Jan. 12, 2011).

6.       Attached hereto as Exhibit E is a true and correct copy of an email correspondence between Mr. Kovzan and Art Burtscher, dated March 26, 2005, cited in paragraph 36 of plaintiff's Complaint.

7.       Attached hereto as Exhibit F is a true and correct copy of an email correspondence between Mr. Kovzan, Eric Bur, and Al Reynolds, dated January 5, 2004, cited in paragraph 34 of plaintiff's Complaint.

8.       Attached hereto as Exhibit G is a true and correct copy of an email correspondence between Mr. Kovzan, Mr. Bur, and Mr. Reynolds, dated January 15, 2004, cited in paragraph 28 of plaintiff's Complaint.

9.       Attached hereto as Exhibit H is a true and correct copy of an email correspondence between Mr. Kovzan and Mr. Bur, dated June 2, 2004, cited in paragraph 31 of plaintiff's Complaint.

10.      Attached hereto as Exhibit I is a true and correct copy of an email correspondence between Mr. Kovzan, Mr. Reynolds, and Harry Herington, dated July 1, 2005, cited in paragraph 29 of plaintiff's Complaint.

- 3 -

11.     Attached hereto as Exhibit J is a true and correct copy of an email correspondence between Mr. Kovzan and Mr. Reynolds, dated November 9, 2005, cited in paragraph 30 of plaintiff's Complaint.

12.     Attached hereto as Exhibit K is a true and correct copy of an email correspondence between Mr. Kovzan and Mr. Bur, dated May 1, 2006, cited in paragraph 39 of plaintiff's Complaint.

13.     Attached hereto as Exhibit L is a true and correct copy of NIC Inc.'s Form 8-K filed with the Securities and Exchange Commission on February 6, 2008.

14.     Attached hereto as Exhibit M is a true and correct copy of excerpts from NIC Inc.'s Form 10-Q for the period ended June 30, 2008, filed with the Securities and Exchange Commission on August 4, 2008.

15.     Attached hereto as Exhibit N is a true and correct copy of Minutes of a Special Meeting of the Compensation Committee of NIC's Board of Directors, dated August 4, 2006, cited in paragraph 41 of plaintiff's Complaint.

16.     Attached hereto as Exhibit O are true and correct copies of Representation Letters referenced in paragraph 54 of plaintiff's Complaint and provided to PricewaterhouseCoopers LLP by NIC Inc. on the following dates: (a)  March 20, 2003; (b)  March 8, 2004; (c)  March 3, 2005; (d)  March 14, 2006; and (5) March 13, 2007.


Signed under penalty of perjury this 15th day of March, 2011.


_____
J. David Zetlin-Jones