```
UNITED STATES
                    SECURITIES AND EXCHANGE COMMISSION
                          Washington, D.C.  20549

                                SCHEDULE 13D

                   Under the Securities Exchange Act of 1934

         NIC Inc. (Formerly National Information Consortium, Inc.)
         --------------------------------------------------------------
                              (Name of Issuer)

                         Common Stock, no par value
                         --------------------------
                        (Title of Class of Securities)

                                62914B 10 0
                                -----------
                               (CUSIP Number)

                             Jeffery S. Fraser
                            5220 3/B Ranch Road
                              P.O. Box 1550
                             Wilson, WY 83014
                              (307) 734-7140
         ------------------------------------------------
                 (Name, Address and Telephone number of Person
                Authorized to Receive Notices and Communications)

                              August 28, 2002
                              ---------------
           (Date of Event which Requires Filing of this Statement)
```

If the filing person has previously filed a statement on Schedule 13G to
report the acquisition that is the subject of this Schedule 13D, and is
filing this schedule because of Subsections 240.13d-1(e), 240.13f-1(f) or
240.13d-1(g), check the following box:  [  ]

NOTE:  Schedules filed in paper format shall include a signed original
and five copies of the schedule, including all exhibits.  See
ss.240.13d-7(b) for other parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting
person's initial filing on this form with respect to the subject class of
securities, and for any subsequent amendment containing information which
would alter disclosures provided in a prior cover page.

The information required in the remainder of this cover page (except any
items to which the form provides a cross-reference) shall not be deemed
to be "filed" for the purpose of Section 18 of the Securities Exchange
Act of 1934 ("Act") or otherwise subject to the liabilities of that
section of the Act but shall be subject to all other provisions of the
Act (however, see the Notes).

EXHIBIT C

CUSIP NO. 62914B 10 0

1.  Name of Reporting Person:  National Information Consortium Voting Trust

    SS or IRS Identification No. of Above Person:   IRS No.  48-6357369

2.  Check the Appropriate Box if a Member of a Group:(a)
                                                    (b) X - Joint Filing

3.  SEC Use Only

4.  Source of Funds                                 N/A

5.  Check if Disclosure of Legal Proceedings is Required Pursuant to
    Items 2(d) or 2(e):  N/A

6.  Citizenship or Place of Organization:           Delaware

Number of Shares Beneficially Owned by each Reporting Persons with
    7.  Sole Voting Power                                    -0-
    8.  Shared Voting Power                           27,474,644
    9.  Sole Dispositive Power                               -0-
    10. Shared Dispositive Power                      27,474,644

11. Aggregate Amount Beneficially Owned by Each Reporting Person:
    27,474,644

12. Check if the Aggregate Amount in Row (11) Excludes Certain Shares:
    N/A

13. Percent of Class Represented by Amount in Row (11):   48.6%

14. Type of Reporting Person:                            00

-2-

CUSIP NO. 62914B 10 0

1. Name of Reporting Person:            Jeffery S. Fraser
   SS or IRS Identification No. of Above Person:   IRS No. _____

2. Check the Appropriate Box if a Member of a Group: (a)
                                                     (b) X - Joint Filing

3. SEC Use Only

4. Source of Funds                      PF

5. Check if Disclosure of Legal Proceedings is Required Pursuant to
   Items 2(d) or 2(e): N/A

6. Citizenship or Place of Organization:   USA

Number of Shares Beneficially Owned by each Reporting Persons with
   7.  Sole Voting Power                  -0-
   8.  Shared Voting Power                27,624,644
   9.  Sole Dispositive Power             -0-
   10. Shared Dispositive Power           27,624,644

11. Aggregate Amount Beneficially Owned by Each Reporting Person:
    27,624,644

12. Check if the Aggregate Amount in Row (11) Excludes Certain Shares:
    N/A

13. Percent of Class Represented by Amount in Row (11): 48.9%

14. Type of Reporting Person:              IN

-3-

CUSIP NO. 62914B 10 0

1.  Name of Reporting Person:                    Ross C. Hartley
    SS or IRS Identification No. of Above Person:    IRS No. _____

2.  Check the Appropriate Box if a Member of a Group:(a)
                                                    (b) X - Joint Filing

3.  SEC Use Only

4.  Source of Funds                              PF

5.  Check if Disclosure of Legal Proceedings is Required Pursuant to
    Items 2(d) or 2(e):  N/A

6.  Citizenship or Place of Organization:        USA

Number of Shares Beneficially Owned by each Reporting Persons with
    7.  Sole Voting Power                          150,000
    8.  Shared Voting Power                     27,474,644
    9.  Sole Dispositive Power                     150,000
    10. Shared Dispositive Power                27,474,644

11. Aggregate Amount Beneficially Owned by Each Reporting Person:
    27,624,644

12. Check if the Aggregate Amount in Row (11) Excludes Certain Shares:
    N/A

13. Percent of Class Represented by Amount in Row (11):  48.9%

14. Type of Reporting Person:                           IN

-4-

| | | |
|---|---|---|
| ITEM 1. | SECURITY AND ISSUER: | Common Stock, no par value |
| | | NIC Inc. (formerly National Information Consortium, Inc.) |
| | Address: | 12 Corporate Woods<br>10975 Benson Street, Suite 390<br>Overland Park, KS 66210 |
| ITEM 2. | IDENTITY AND BACKGROUND: | National Information Consortium Voting Trust<br>Jeffery S. Fraser<br>Ross C. Hartley |
| | Addresses: | National Information Consortium Voting Trust<br>12 Corporate Woods<br>10975 Benson Street, Suite 390<br>Overland Park, KS 66210 |
| | | Jeffery S. Fraser<br>5220 3/B Ranch Road<br>P.O. Box 1550<br>Wilson, WY 83014 |
| | | Ross C. Hartley<br>7885 Granite Ridge Road<br>P.O. Box 477<br>Teton Village, WY 83025 |
| | Citizenship: | See Item 6 of Cover Pages |
| | Occupations: | Mr. Fraser is President and Chief Executive Officer of NIC Inc. |
| | | Mr. Hartley is a retired businessman and a director of NIC Inc. |

ITEM 3.   SOURCE AND AMOUNT OF FUNDS OR OTHER CONSIDERATION:

Mr. Fraser purchased 150,000 shares of NIC Inc. for $254,869. Mr. Fraser used his personal funds in making these purchases.

Mr. Hartley purchased 150,000 shares of NIC Inc. for $260,500. Mr. Hartley used his personal funds in making these purchases.

ITEM 4.    PURPOSE OF TRANSACTION:

    Mr. Fraser purchased the shares of NIC Inc. for investment.

    Mr. Hartley purchased the shares of NIC for investment.

ITEM 5.    INTEREST IN SECURITIES OF THE ISSUER: See Item 11 of Cover Pages

    Number of Shares as to which such person has:
    (i)   Sole power to vote or to direct the vote:
        See Item 7 of Cover Pages
    (ii)  Shared power to vote or direct the vote:
        See Item 8 of Cover Pages
    (iii) Sole power to dispose or to direct the disposition of:
        See Item 9 of Cover Pages
    (iv)  Shared power to dispose or to direct the disposition of:
        See Item 10 of Cover Pages

    The following transactions have occurred within the past 60 days or since the most recent filing of Schedule 13D:

| Date of Transaction | Type of Transaction | Number of Shares | Price Per Share | How Transaction Was Effected |
|---|---|---|---|---|
| **Mr. Fraser:** | | | | |
| 8-06-02 | Purchase | 2,000 | $1.71 | Open market purchase |
| 8-07-02 | Purchase | 13,500 | $1.69 | Open market purchase |
| 8-07-02 | Purchase | 50,000 | $1.70 | Open market purchase |
| 8-09-02 | Purchase | 5,000 | $1.70 | Open market purchase |
| 8-12-02 | Purchase | 10,000 | $1.70 | Open market purchase |
| 8-13-02 | Purchase | 19,500 | $1.65 | Open market purchase |
| 8-28-02 | Purchase | 50,000 | $1.72 | Open market purchase |
| **Mr. Hartley:** | | | | |
| 8-07-02 | Purchase | 100,000 | $1.74 | Open market purchase |
| 8-08-02 | Purchase | 29,000 | $1.73 | Open market purchase |
| 8-09-02 | Purchase | 21,000 | $1.73 | Open market purchase |

    No person other than the persons listed is known to have the right to receive or the power to direct the receipt of dividends from, or the proceeds from the sale of, any securities owned by any member of the group.

ITEM 6.    CONTRACTS, ARRANGEMENTS, UNDERSTANDINGS OR RELATIONSHIPS WITH RESPECT TO SECURITIES OF THE ISSUER:

    None.

ITEM 7.    MATERIAL TO BE FILED AS EXHIBITS:

    None.

```
                                    NATIONAL INFORMATION CONSORTIUM
                                    VOTING TRUST

Dated:  September 13, 2002          By: /s/ JEFFERY S. FRASER
                                    ------------------------------------
                                        Jeffery S. Fraser, Trustee


Dated:  September 13, 2002          /s/ JEFFERY S. FRASER
                                    ------------------------------------
                                        Jeffery S. Fraser


Dated:  September 14, 2002          /s/ ROSS C. HARTLEY
                                    ------------------------------------
                                        Ross C. Hartley
```

-7-

EXHIBIT 1
to
SCHEDULE 13D

JOINT FILING STATEMENT
PURSUANT TO RULE 13d-1(k)(1)

The undersigned acknowledge and agree that the foregoing statement on Schedule 13D is filed on behalf of each of the undersigned and that all subsequent amendments to this statement on Schedule 13D shall be filed on behalf of each of the undersigned without the necessity of filing additional joint statements.  The undersigned acknowledge that each shall be responsible for the timely filing of such amendments, and for the completeness and accuracy of the information concerning him or it contained herein, but shall not be responsible for the completeness and accuracy of the information concerning the other entities or persons, except to the extent that he or it knows or has reason to believe that such information is accurate.

NATIONAL INFORMATION CONSORTIUM
VOTING TRUST

Dated:  September 13, 2002      By: /s/ JEFFERY S. FRASER
                                --------------------------------
                                Jeffery S. Fraser, Trustee


Dated:  September 13, 2002      /s/ JEFFERY S. FRASER
                                --------------------------------
                                Jeffery S. Fraser


Dated:  September 14, 2002      /s/ ROSS C. HARTLEY
                                --------------------------------
                                Ross C. Hartley