SCHEDULE 14A

INFORMATION REQUIRED IN PROXY STATEMENT

SCHEDULE 14A INFORMATION

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934

Filed by the Registrant                    [X]
Filed by a Party other than the Registrant [ ]

Check the appropriate box:

[ ] Preliminary Proxy Statement        [ ] Confidential, For Use of the Commission
[X] Definitive Proxy Statement             Only (as permitted by Rule 14a-6(e)(2))
[ ] Definitive Additional Materials
[ ] Soliciting Material Pursuant to Rule 14a-12

----------

NIC INC.
(Name of Registrant as Specified in its Charter)

----------

Payment of Filing Fee (Check the appropriate box):

[X] No fee required.
[ ] Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1) Title of each class of securities to which transaction applies:
    (2) Aggregate number of securities to which transaction applies:
    (3) Per unit price or other underlying value of transaction computed
        pursuant to Exchange Act Rule 0-11:
    (4) Proposed maximum aggregate value of transaction:
    (5) Total fee paid:

[ ] Fee paid previously with preliminary materials.
[ ] Check box if any part of the fee is offset as provided by Exchange
    Act Rule 0-11(a)(2) and identify the filing for which the offsetting
    fee was paid previously. Identify the previous filing by registration
    statement number, or the form or schedule and the date of its filing.

    (1) Amount Previously Paid:
    (2) Form, Schedule or Registration Statement No.:
    (3) Filing Party:
    (4) Date Filed:

EXHIBIT D

NIC INC.
Sheraton Overland Park Hotel at Convention Center
6100 College Boulevard
Overland Park, Kansas 66211

----------------------
NOTICE OF ANNUAL MEETING OF SHAREHOLDERS
To Be Held On May 6, 2003
----------------------

TO THE SHAREHOLDERS OF NIC INC.:

The Annual Meeting of Shareholders of NIC Inc., a Colorado corporation (the "Company"), will be held at the Sheraton Overland Park Hotel at Convention Center, 6100 College Boulevard, Overland Park, Kansas 66211, on May 6, 2003, at 10:00 a.m., Central Daylight Time, to consider and take action on:

1. To elect five (5) directors to serve until the next Annual Meeting of Shareholders;

2. To consider and act upon a proposal to ratify the appointment of PricewaterhouseCoopers LLP as the Company's independent public accountants for the fiscal year ending December 31, 2003; and

3. In the discretion of the designated proxies upon such other business relating to the foregoing as may properly come before the meeting, and such matters incidental to the conduct of the meeting, and at any adjournments or postponements thereof.

The Board of Directors has fixed March 17, 2003, as the record date for the determination of Shareholders entitled to receive notice of and to vote at the meeting or any adjournments or postponements thereof. A list of the Shareholders will be available for inspection at the offices of the Company during ordinary business hours for the ten-day period prior to the Annual Meeting.

By Order of the Board of Directors:

William F. Bradley, Jr.
Secretary

Overland Park, Kansas
April 3, 2003

NIC INC.

---

PROXY STATEMENT

---

GENERAL INFORMATION

This Proxy Statement is furnished in connection with the solicitation by the Board of Directors of NIC Inc. (the "Company"), a Colorado corporation, of proxies, in the accompanying form, to be used at the Annual Meeting of Shareholders. The meeting will be held at the Sheraton Overland Park Hotel at Convention Center, 6100 College Blvd., Overland Park, Kansas 66211, on May 6, 2003, at 10:00 a.m. Central Daylight Time, and any adjournments thereof (the "Meeting").

If you specify a choice on the proxy as to how your shares are to be voted on a particular matter, the shares will be voted accordingly. If no choice is specified, the shares will be voted

- o   FOR the election of the five nominees for Director named herein; and

- o   FOR the ratification of the appointment of PricewaterhouseCoopers LLP as the Company's independent public accountants for the fiscal year ended December 31, 2003.

You can revoke your proxy any time before the voting at the Meeting by sending a properly signed written notice of your revocation to the Corporate Secretary of the Company, by submitting another proxy that is properly signed and bears a later date, or by voting in person at the Meeting. Attendance at the Meeting will not itself revoke an earlier submitted proxy. You should direct any written notices of revocation and related correspondence to 12 Corporate Woods, 10975 Benson Street, Suite 390, Overland Park, Kansas 66210, Attention: Corporate Secretary.

Shares represented by valid proxies in the form enclosed received in time for use at the Meeting and not revoked at or prior to the Meeting, will be voted at the Meeting. The presence, in person or by proxy, of the holders of a majority of the outstanding shares of the Company's Common Stock is necessary to constitute a quorum at the Meeting. With respect to the tabulation of proxies for purposes of constituting a quorum, abstentions will be counted as part of total shares voting in order to determine whether or not a quorum has been achieved at the Meeting. Abstentions and broker non-votes will have no effect on the election of directors.

The close of business on March 17, 2003, has been fixed as the record date for determining the Shareholders entitled to notice of and to vote at the Meeting. As of that date, the Company had 58,315,914 shares of Common Stock outstanding and entitled to vote. Holders of Common Stock are entitled to one vote per share on all matters to be voted on by Shareholders. This Proxy Statement and the accompanying proxy are being mailed on or about April 3, 2003, to all Shareholders entitled to notice of and to vote at the Meeting.

The cost of soliciting proxies, including expenses in connection with preparing and mailing this Proxy Statement, will be borne by the Company. In addition, the Company will reimburse brokerage firms and other persons representing beneficial owners of the Common Stock of the Company for their expenses in forwarding proxy material to such beneficial owners. Solicitation of proxies by mail may be supplemented by telephone, telegram, and other electronic means, and personal solicitation by the Directors, officers or employees of the Company. No additional compensation will be paid to Directors, officers or employees for such solicitation.

The Annual Report to Shareholders for the fiscal year ended December 31, 2002, is being mailed to the Shareholders with the Proxy Statement but does not constitute a part hereof.

SHARE OWNERSHIP

The following table sets forth information concerning the ownership of Common Stock by (i) each current member of the Board of Directors of the Company, (ii) each current executive officer of the Company named in the Summary Compensation Table appearing under "Executive Compensation" below, (iii) all current Directors, and executive officers of the Company as a group and (iv) the beneficial owners of more than 5% of the outstanding shares of Common Stock, all as of March 17, 2003.

|  | Shares Beneficially Owned(1) | |
| --- | --- | --- |
|  | Number | Percentage |
| **5% Shareholders** | | |
| Jeffery S. Fraser and Ross C. Hartley | 27,474,644 | 47.1% |
| co-trustees of National Information | | |
| Consortium Voting Trust, dated June 30, 1998 | | |
| c/o Jeffery S. Fraser | | |
| P.O. Box 4919 | | |
| Jackson, WY 83001 | | |
| **Named Executive Officers and Directors** | | |
| Jeffery S. Fraser | 27,624,644 | 47.4 |
| Eric J. Bur | 242,000 | * |
| William F. Bradley, Jr. | 1,913,749 | 3.3 |
| Samuel R. Somerhalder | 2,099,120 | 3.6 |
| Harry H. Herington | 1,098,308 | 1.9 |
| John L. Bunce, Jr. | 120,910 | * |
| Daniel J. Evans | 73,014 | * |
| Ross C. Hartley | 27,624,644 | 47.4 |
| Pete Wilson | 25,000 | * |
| Pradeep K. Agarwal | 257,637 | * |
| Stephen M. Kovzan | 47,390 | * |
| Richard L. Brown | 30,217 | * |
| All executive officers and directors as a group (12 persons) | 28,779,683 | 49.4% |

\* Less than 1%

(1) The number of shares of Common Stock issued and outstanding on March 17, 2003, was 58,315,914. The calculation of percentages is based upon the number of shares of Common Stock issued and outstanding on such date, plus shares of Common Stock subject to options held by the respective persons on March 17, 2003 and exercisable within 60 days thereafter. The persons and entities named in the table have sole voting and dispositive power with respect to all shares shown as beneficially owned by them, except as described below.

Shares held by Mr. Fraser include 21,062,460 shares held in the Voting Trust for which Mr. Fraser acts as a co-trustee, 6,100,116 shares held in the Voting Trust of which a family trust established for the benefit of Mr. Fraser is the beneficial owner and 312,068 shares are held in the Voting Trust for the benefit of Crimson Tide Charitable Remainder Unitrust, for which Mr. Fraser is the trustee.

Shares held by Mr. Bur include 215,000 shares subject to options exercisable within 60 days of March 17, 2003.

Shares held by Mr. Bradley include 1,840,097 shares held for the benefit of Mr. Bradley in the Voting Trust for which Messrs. Fraser and Hartley act as co-trustees and 52,500 shares subject to options exercisable within 60 days of March 17, 2003.

2

All Other Fees

The aggregate fees billed by PricewaterhouseCoopers LLP for all other services rendered to the Company during the fiscal year ended December 31, 2002, were as follows:

| | |
|---|---:|
| Tax compliance and other services | $ 66,000 |
| Subsidiary financial statement audits | 81,000 |
| Other | 14,000 |
| Total fees | $161,000 |

The Audit Committee considered whether the provision of other non-audit services by PricewaterhouseCoopers LLP to the Company was compatible with maintaining the independence of PricewaterhouseCoopers LLP.

The Audit Committee

John L. Bunce, Jr.
Daniel J. Evans
Pete Wilson

### SECTION 16(a) BENEFICIAL OWNERSHIP REPORTING COMPLIANCE

Section 16(a) of the Securities Exchange Act of 1934, as amended, requires the Company's directors and officers, and persons who own more than 10% of the Common Stock, to file initial reports of ownership and reports of changes in ownership (Forms 3, 4 and 5) of Common Stock with the Securities and Exchange Commission (the "SEC") and Nasdaq. Officers, directors and greater than 10% shareholders are required by SEC regulation to furnish the Company with copies of all such forms that they file.

Based solely on review of the copies of such reports furnished to the Company, the Company believes that all filing requirements with respect to the year ended December 31, 2002, applicable to its officers, directors and greater than 10% beneficial owners were complied with except that the following persons or entities each filed one or more late report(s) (with the number of late reports followed by the number of transactions reported late indicated in parenthesis): Harry H. Herington (2,1); William F. Bradley, Jr. (1,1); Pradeep K. Agarwal (2,1); Eric J. Bur (2,1); Daniel J. Evans (1,1); Pete Wilson (2,1); Samuel R. Somerhalder (1,1), Richard L. Brown (1,1) and Stephen M. Kovzan (1,1).

### CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS

During 2002, the Company rented aircraft on an hourly basis from JH Jet L.L.C., a Wyoming corporation, in which each of Messrs. Fraser and Hartley have an approximate 50% interest, at costs that the Company believes approximated comparable rentals for similar aircraft from unaffiliated third parties. The Company paid approximately $260,000 in rentals to this Company during 2002.

The Company has entered into indemnification agreements with each of the Company's directors and officers. These indemnification agreements will require the Company to indemnify these individuals to the fullest extent permitted by Colorado law. The Company has also entered into various employment agreements with the Company's officers. See "Management -- Employment Agreements" for a more detailed description.

### ELECTION OF DIRECTORS
(Item 1)

The Board of Directors currently consists of five directors. There are two vacancies on the Board. If any of the nominees becomes unable to serve for any reason, or for good cause will not serve, which is not anticipated, the Board of Directors may, unless the Board by resolution provides for a lesser number of directors, designate substitute nominees. If that occurs, the persons named in the enclosed proxy will vote