IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | Judge John W. Lungstrum |
| Defendant. | |

APPENDIX OF EXHIBITS FOR PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT STEPHEN M. KOVZAN'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") submits this Appendix of Exhibits in support of its Memorandum of Law in Opposition to Defendant Stephen M. Kovzan's Motion to Dismiss.

These Exhibits consist of authorities referred to in the Commission's Memorandum of Law which are unavailable electronically (via Westlaw or Lexis) and are therefore being supplied herewith, pursuant to Local Rule 7.6(c).

| Exhibit | Description |
|---|---|
| Exhibit A | The Economic Consequences of Perk Disclosure (Johnson School Research Paper Series #06-2011) |
| Exhibit B | *Consideration of Fraud in a Financial Statement Audit*, AU § 316 |
| Exhibit C | *Audit Risk and Materiality in Conducting an Audit*, AU § 312 |

1

| Exhibit | Description |
| --- | --- |
| Exhibit D | Committee of Sponsoring Organizations of the Treadway Commission ("COSO"), *Internal Controls – Integrated Framework* (1992) |

Dated: May 6, 2011

                        Respectfully submitted,

                        _s/ David Frohlich_____
                        David Frohlich (Kansas Bar No. 13977)
                        A. David Williams (Pro hac vice)
                        (California Bar No. 183854)
                        Jeffrey Tao (D. C. Bar No. 477398)
                        Attorneys for Plaintiff
                        SECURITIES AND EXCHANGE COMMISSION
                        100 F Street, NE
                        Washington, DC 20549-5546
                        Phone: 202-551-4963
                        Fax: 202-772-9228
                        E-mail: frohlichd@sec.gov

Of Counsel:

ANTONIA CHION
New York Bar Attorney Registration No. 1873405
LISA WEINSTEIN DEITCH
California Bar No. 137492
HOLLY A. PAL
District of Columbia Bar No. 490737
HELAINE SCHWARTZ
New York Bar Attorney Registration No. 1917046

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2011, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

  /s/ David Frohlich
David Frohich (Kansas Bar No. 13977)
Attorney for Plaintiff
Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-5546
Telephone: (202) 551-4963
Fax: (202) 772-9228
E-mail: frohlichd@sec.gov