IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Securities and Exchange Commission
    Plaintiffs

Case No: 2:11-cv-2017

vs.

Stephen M. Kovzan
    Defendants,

## NOTICE OF WITHDRAWAL OF COUNSEL
## AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

COMES NOW Attorney ____David Frohlich____ and hereby withdraws as counsel of record for __Securities and Exchange Commission__ pursuant to D. Kan. 83.5.5(c). Further, Attorney ____Rick A. Fleming____ hereby enters his/her appearance as substituting counsel of record for __Securities and Exchange Commission__. In addition to service of this Notice on counsel of record and any *pro se* parties, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) on, __Securities and Exchange Commission__.

Respectfully Submitted,
By: /s Rick A. Fleming
Bar registration number: 17127
Address: Office of the Securities Commissioner
109 SW 9th Street, Suite 600  Topeka, KS 66612
Contact information: 785-296-5215 (phone)
785-296-6872 (fax)

Respectfully Submitted,
By: /s David Frohlich
Bar registration number: 13977
Address: Securities and Exchange Commission
100 F Street, NE Washington, DC 20549
Contact information: (202) 551-4963
(202) 772-9228

CERTIFICATE OF SERVICE

I certify that on this ___16th___ day of _____June_____, 20_11_ , I electronically filed this Notice of Withdrawal of Counsel and Entry of Appearance of Substituted Counsel using the CM/ECF system, which sent notice of electronic filing to the following:

Stephen L. Hill, Jr. (stephen.hill@huschblackwell.com)    F.G. Maxwell Carr-Howard (max.carr-howard@
Andrew B. Weissman (andrew.weissman@wilmerhale.com)  J. David Zetlin-Jones (david.zetlin-jones@w
Christopher A. Wilber (christopher.wilber@wilmerhale.com)  Lyndsey J. Conrad (lyndsey.conrad@husch
Nicole R. Rabner (nicole.rabner@wilmerhale.com)         COUNSEL FOR STEPHEN M. KOVZAN

I also mailed a copy [or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2)] to:

Securities and Exchange Commission

/s  Rick A. Fleming