UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>          v.<br><br>STEVEN M. KOVZAN<br><br>                              Defendant. | Civil Action<br>Case No.   2:11-cv-2017-JWL-KGS |

**UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF RECENT DECISION**

Plaintiff Securities and Exchange Commission respectfully moves for leave to file a Notice of Recent Decision, which is attached hereto as Exhibit "A." Defendant Steven M. Kovzan does not oppose the motion.

Dated: August 2, 2011               Respectfully submitted,

                                     _/s/ Rick A. Fleming_____
                                     Rick A. Fleming (Kansas Bar No. 17127)
                                     Office of the Securities Commissioner
                                     109 SW 9th Street, Suite 600
                                     Topeka, KS  66612
                                     100 F Street, N.E.
                                     Telephone: (785) 296-5215

                                     A. David Williams (Pro hac vice) (Cal. Bar 183854)
                                     Jeffrey Tao (Pro hac vice) (D. C. Bar 477398)
                                     Securities and Exchange Commission
                                     100 F Street, NE
                                     Washington, DC 20549-5546
                                     Phone: (202) 551-4548

                                     *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2011, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

  /s/ Rick A. Fleming_____
Rick A. Fleming (Kansas Bar No. 17127)
Officer of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
100 F Street, N.E.
Telephone: (785) 296-5215