- 3 -

# Exhibit A

**UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>      v.<br><br>STEVEN M. KOVZAN<br><br>              Defendant. | Civil Action<br>Case No.   2:11-cv-2017-JWL-KGS |

## NOTICE OF RECENT DECISION

Plaintiff Securities and Exchange Commission respectfully submits the following recent decision that is relevant to Defendant's Amended Motion to Dismiss.  The decision, *SEC v. Gabelli*, 10-3581-cv, was decided by the United States Court of Appeals for the Second Circuit on August 1, 2011.  It is attached as Exhibit "B" to Plaintiff's Motion for Leave to File Notice of Recent Decision.

Dated: August 2, 2011                    Respectfully submitted,

 /s/ Rick A. Fleming_____
Rick A. Fleming (Kansas Bar No. 17127)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
100 F Street, N.E.
Telephone: (785) 296-5215

A. David Williams (Pro hac vice) (Cal. Bar 183854)
Jeffrey Tao (Pro hac vice) (D. C. Bar 477398)
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5546
Phone: (202) 551-4548

*Attorneys for Plaintiff*

- 4 -