UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>  Plaintiff, <br><br> v. <br><br> STEVEN M. KOVZAN <br><br>  Defendant. | Civil Action <br> Case No.   2:11-cv-2017-JWL-KGS |

### ORDER GRANTING LEAVE TO FILE NOTICE OF DECISION

Having considered the Motion For Leave To File Notice of Decision filed on August 2, 2011, and for good cause shown, the Court finds that said motion should be sustained and the Notice of Decision attached to the Motion as Exhibit "A" shall be deemed filed.

Dated this 3rd day of August, 2011.


s/ John W. Lungstrum
Hon. John W. Lungstrum
UNITED STATES DISTRICT JUDGE