# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to D. Kan. Rule 6.1(a), Defendant Stephen M. Kovzan hereby respectfully moves this Court for an extension of time, up to and including August 26, 2011, to file his Answer to Plaintiff's Complaint. Plaintiff Securities and Exchange Commission does not oppose this request. In support of his motion, Mr. Kovzan states:

1. On August 4, 2011, this Court entered its Memorandum and Order (Dkt. No. 34), granting in part and denying in part, Mr. Kovzan's Motion to Dismiss.

2. Without further action, Federal Rule of Civil Procedure 12(a)(4)(A) requires Mr. Kovzan to file his answer to the Complaint—as modified by the Court's Order—"within 14 days after notice" of the Order. As a result, Mr. Kovzan currently must file his Answer to the Complaint by August 19, 2011.

3. Mr. Kovzan respectfully requests that this Court grant a one-week extension of the deadline imposed by Rule 12, and permit Mr. Kovzan to file his answer on or before August 26, 2011.

4. This is the first motion for an extension of time to file an answer, since the Court entered its order on the motion to dismiss.

5. The purpose of this extension is to allow defense counsel sufficient time to respond to the complex factual and legal issues presented by Plaintiff's Complaint, and sufficient time to give due consideration to the impact of the Court's recently filed 37 page Memorandum and Order.

6. Neither party will be prejudiced by the granting of this motion.

7. The Plaintiff, the Securities and Exchange Commission, has no objection to the requested extension of time.

**WHEREFORE**, Defendant Stephen M. Kovzan, respectfully requests that this Court grant his motion and enter an order permitting him to file his Answer to the Complaint on or before August 26, 2011.

Respectfully submitted,

/s/ Stephen L. Hill, Jr.
Stephen L. Hill, Jr.         KS # 78029
Maxwell Carr-Howard          KS # 21042
Lyndsey J. Conrad            KS # 23527
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

and

KCP-4149460-1

> Andrew Weissman
> Nicole Rabner
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1875 Pennsylvania Avenue, NW
> Washington, DC 20006
> (202-663-6000
> andrew.weissman@wilmerhale.com
> nicole.raner@wilmerhale.com
>
> *Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2011, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.

> /s/ Stephen L. Hill, Jr.
> Attorney