# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| **STEPHEN M. KOVZAN,** | |
| Defendant. | |

## CERTIFICATE OF SERVICE
## OF DEFENDANT'S RULE 26 INITIAL DISCLOSURES

The undersigned hereby certifies that Defendant's Rule 26 Initial Disclosures were served electronically on this 9th day of September, 2011, upon:

**David Williams, Esq.**
williamsdav@sec.gov
**Jeffrey Tao, Esq.**
taoje@sec.gov
**Helaine Schwartz, Esq.**
schwartzh@sec.gov
**Holly A. Pal, Esq.**
palh@sec.gov

Dated: September 9, 2011

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
Christopher Wilber (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
christopher.wilber@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

David Williams, Esq.
Erica Y. Williams, Esq.
Jeffrey Tao, Esq.
Helaine Schwartz, Esq.
Holly A. Pal, Esq.
U.S. SECURITIES & EXCHANGE COMMISSION
100 F. Street NE
Washington, DC 20549-4010
(202) 551-4450
(202) 772-9246 (fax)
williamsdav@sec.gov
taoje@sec.gov
schwartzh@sec.gov
palh@sec.gov

/s/ Stephen L. Hill, Jr.
Attorney