**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2011, I caused to be mailed via e-mail and U.S. Mail Plaintiff's Initial Disclosures to the following:

Andrew B. Weissman, Esq.
Christopher A. Wilber, Esq.
Nicole R. Rabner, Esq.
J. David Zetlin-Jones, Esq. (New York)
WilmerHale
1875 Pennsylvania Avenue, NW
Washington, DC 20006
andy.weissman@wilmerhale.com
christopher.wilber@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

Stephen L. Hill, Jr., Esq.
F.G. Maxwell Carr-Howard, Esq.
Lyndsey J. Conrad, Esq.
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

*Counsel for Defendant Stephen M. Kovzan*

 /s/ Rick A. Fleming_____
Rick A. Fleming (Kansas Bar No. 17127)
Officer of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
100 F Street, N.E.
Telephone: (785) 296-5215