IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | Judge John W. Lungstrum |
| Defendant. | |

SECURITIES AND EXCHANGE COMMISSION'S MOTION TO STRIKE
DEFENDANT STEPHEN M. KOVZAN'SAFFIRMATIVE DEFENSE OF LACHES

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and for the reasons stated in the accompanying Memorandum of Law, Plaintiff Securities and Exchange Commission hereby moves this Court to Strike Defendant Stephen M. Kovzan's Third Affirmative Defense, which purports to assert a defense of laches.

Dated: September 19, 2011

Respectfully submitted,

  /s/ Rick A. Fleming_____
 Rick A. Fleming (Kansas Bar No. 17127)
109 SW 9th Street, Suite 600
Topeka, KS  66612
Telephone: (785) 296-5215

A. David Williams (Cal. Bar 183854)
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5546
Phone: (202) 551-4548
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2011, the foregoing Motion to Strike, along with an accompanying Memorandum of Law, was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

  /s/ Rick A. Fleming_____
Rick A. Fleming (Kansas Bar No. 17127)
Officer of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
100 F Street, N.E.
Telephone: (785) 296-5215