IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN M. KOVZAN,<br><br>　　　　　　　　　Defendant. | Civil No. 11-CV-2017 JWL/KGS |

**JOINT STIPULATED MOTION FOR DEFENDANT TO WITHDRAW THE
AFFIRMATIVE DEFENSE OF LACHES WITHOUT PREJUDICE AND FOR
PLAINTIFF TO WITHDRAW ITS MOTION TO STRIKE WITHOUT PREJUDICE**

Plaintiff Securities and Exchange Commission and defendant Stephen M. Kovzan hereby submit this Joint Stipulated Motion for Defendant To Withdraw the Third Affirmative Defense of Laches Without Prejudice and for Plaintiff To Withdraw Its Motion To Strike Without Prejudice.

On August 26, 2011, defendant filed his Answer [Dkt. No. 38], which asserted the defense of laches as the Third Affirmative Defense. On September 19, 2011, plaintiff filed a motion to strike defendant's affirmative defense of laches [Dkt. No. 46]. The parties conferred and reached agreement on a resolution that the parties believe is in the interests of judicial economy, which will avoid the litigation of this issue at this time, and perhaps permanently.

The parties jointly move this Court to endorse this Joint Stipulated Motion by issuing the following Order:

　　1.　Defendant's affirmative defense of laches is withdrawn from his Answer [Dkt. No. 38] without prejudice to its reassertion before the close of discovery.

- 2 -

2. Plaintiff's motion to strike the affirmative defense of laches [Dkt. No. 46] is withdrawn without prejudice to plaintiff refiling such a motion in the future should defendant reassert the affirmative defense of laches.

**WHEREFORE**, both parties respectfully request that this Joint Stipulated Motion be endorsed and Order issued as outlined herein.

 Respectfully submitted,

/s/ Stephen L. Hill, Jr.
Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

and

Andrew Weissman
Christopher Wilber
Nicole Rabner
David Zetlin-Jones
Wilmer Hale LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
christopher.wilber@wilmerhale.com
andrew.weissman@wilmerhale.com
nicole.raner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

and

- 3 -

/s/ Rick A Fleming
Rick A. Fleming (Kansas Bar No. 17127)
109 SW 9th Street, Suite 600
Topeka, KS 66612
(785) 296-5215

A. David Williams (Cal. Bar 183854)
U.S. Securities & Exchange Commission
100 F. Street NE
Washington, DC  20549-5546
(202) 551-4548
williamsdav@sec.gov

*Attorneys for Plaintiff Securities & Exchange Commission*