# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**SECURITIES AND EXCHANGE COMMISSION,**

      Plaintiff,

v.                                          Case No: 11-2017-JWL/KGS

**STEPHEN M. KOVZAN,**

      Defendant.

## ORDER

The parties filed a Joint Stipulated Motion for Defendant to Withdraw the Affirmative Defense of Laches Without Prejudice and for Plaintiff to Withdraw its Motion to Strike Without Prejudice (doc. 47) on September 21, 2011. The court has reviewed the motion and finds that it should be granted.

IT IS ORDERED BY THE COURT the parties Joint Stipulated Motion for Defendant to Withdraw the Affirmative Defense of Laches Without Prejudice and for Plaintiff to Withdraw its Motion to Strike Without Prejudice (doc. 47) is granted.

IT IS FURTHER ORDERED that Defendant's affirmative defense of laches is withdrawn from his Answer [Dkt. No. 38] without prejudice to its reassertion before the close of discovery.

IT IS FURTHER ORDERED that Plaintiff's motion to strike the affirmative defense of laches [Dkt. No. 45] is withdrawn without prejudice to plaintiff refiling such a motion in the future should defendant reassert the affirmative defense of laches.

IT IS SO ORDERED.

Dated this 22nd day of September, 2011, in Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge
