## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                    **Plaintiff,**

      **v.**

STEPHEN M. KOVZAN,

                    **Defendant.**

Civil No. 11-CV-2017 JWL/KGS

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO COMPEL

| | |
|---|---|
| Andrew B. Weissman (admitted *pro hac vice*) | Stephen L. Hill, Jr.    KS # 78029 |
| Christopher Wilber (admitted *pro hac vice*) | Maxwell Carr-Howard    KS # 21042 |
| Nicole R. Rabner (admitted *pro hac vice*) | Lyndsey J. Conrad    KS # 23527 |
| J. David Zetlin-Jones (admitted *pro hac vice*) | |

WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
christopher.wilber@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

*Attorneys for Defendant Stephen M. Kovzan*

Pursuant to D. Kan. Rule 6.1(a), Defendant Stephen M. Kovzan hereby respectfully moves this Court for an extension of time, up to and including February 13, 2012, to file his Motion to Compel Responses to his First Set of Requests for Production of Documents and Things ("Requests"), First Set of Interrogatories ("Interrogatories") [Dkt #51], as well as a motion to compel a sufficient privilege log, if the parties are unable to resolve their differences before that date.  Plaintiff Securities and Exchange Commission does not oppose this request.  In support of his motion, Mr. Kovzan states:

1.      On November 15, 2011 Mr. Kovzan served Plaintiff with the Requests and the Interrogatories [Dkt #51].

2.      Plaintiff served objections and responses to both the Requests and Interrogatories on December 23, 2011.  On that date, Plaintiff also provided a log entitled "Further Log of Communications between SEC Divisions in *In the Matter of NIC Investigation*."  This log was provided after ongoing discussions between the parties as to the adequacy of the privilege log initially submitted by Plaintiff on November 3, 2011, as well as the supplemental log entitled "SEC's Privilege Log Related to Witness Interviews" provided on December 16, 2011. Plaintiff represented that the November 3, 2011 log was provided to describe materials identified in Plaintiff's Initial Disclosures pursuant to Rule 26.  The December 16, 2011 log was provided in response to a December 1, 2011 request from Mr. Kovzan for a description of document for which Plaintiff asserts privileges related to interviews conducted during the investigative phase of the case.

3.      Without further action, D. Kan. Rule 37.1(b) would require Mr. Kovzan to file a motion to compel discovery relating to the Requests and the Interrogatories within 30 days after service of Plaintiff's responses.  As a result, Mr. Kovzan must currently file his motion to

compel by January 23, 2012, unless the Court extends the time for filing such motion for good cause.

    4.    Because of the intervening holidays following Plaintiff's service of its responses and objections to the Requests and the Interrogatories, the parties require additional time to determine whether a motion to compel is required.  The parties also require additional time to determine whether the privilege logs provided sufficiently enable Mr. Kovzan to assess Plaintiff's various privilege and work product claims.

    5.    This is the first motion for an extension of time to move to compel discovery relating to the Requests, the Interrogatories, or the privilege logs.

    6.    Plaintiff has indicated that it intends to produce documents in response to certain of the Requests.  The purpose of this extension is both to allow Mr. Kovzan time to meaningfully review documents that have not yet been produced as well as to allow the parties to engage in a meet-and-confer process in an attempt to resolve their differences without the need for motion practice.

    7.    Neither party will be prejudiced by the granting of this motion.

    8.    Plaintiff has no objection to the requested extension of time.

**WHEREFORE**, Defendant Stephen M. Kovzan, respectfully requests that this Court grant his motion and enter an order permitting him to file his Motion to Compel Responses to the Requests and the Interrogatories on or before February 13, 2012.

Dated: January 18, 2012

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
Christopher Wilber (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
christopher.wilber@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 18, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

      David Frohlich
      Erica Y. Williams
      David Williams
      Jeffrey Tao
      Helaine Schwartz
      U.S. Securities & Exchange Commission-DC
      100 F. Street NE
      Washington, DC  20549-4010
      (202) 551-4450
      (202) 772-9246 (FAX)
      frohlichd@sec.gov
      williamsdav@sec.gov
      taoje@sec.gov
      schwartzh@sec.gov

      *Attorneys for Plaintiff Securities & Exchange Commission*

      /s/ Stephen L. Hill, Jr.
      Attorney