IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Securities and Exchange
Commission
        Plaintiffs

Case No: 2:11-cv-2017

vs.

Stephen M. Kovzan

        Defendants,

NOTICE OF WITHDRAWAL OF COUNSEL
AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

COMES NOW Attorney _____Jefrey Tao_____ and hereby withdraws as counsel of record for __Securities and Exchange Commission__ pursuant to D. Kan. 83.5.5(c). Further, Attorney _____Jeffrey S. Kruske_____ hereby enters his/her appearance as substituting counsel of record for _____Securities and Exchange Commission_____. In addition to service of this Notice on counsel of record and any *pro se* parties, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) on, _____Securities and Exchange Commission_____.

Respectfully Submitted,
By: /s Jeffrey S. Kruske
Bar registration number: 20098
Address: Office of the Securities Commissioner
109 SW 9th Street, Suite 600, Topeka, KS 66612
Contact information: 785-296-5215 (phone)
785-296-6872 (fax)

Respectfully Submitted,
By: /s Jefrey Tao
Bar registration number: 477398
Address: 8200 Jones Branch Drive,
McLean, VA 22102
Contact information: _____

## CERTIFICATE OF SERVICE

I certify that on this _____ day of _____January_____, 20_12_, I electronically filed this Notice of Withdrawal of Counsel and Entry of Appearance of Substituted Counsel using the CM/ECF system, which sent notice of electronic filing to the following:

Stephen L. Hill, Jr. (stephen.hill@huschblackwell.com) F.G. Maxwell Carr-Howard (max.carr-howard@
Andrew B. Weissman (andrew.weissman@wilmerhale.com) J. David Zetlin-Jones (david.zetlin-jones@w
Christopher A. Wilber (christopher.wilber@wilmerhale.com) Lyndsey J. Conrad (lyndsey.conrad@husch
Nicole R. Rabner (nicole.rabner@wilmerhale.com) COUNSEL FOR STEPHEN M. KOVZAN

I also mailed a copy [or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2)] to:

Securities and Exchange Commission


/s  Jeffrey S. Kruske