IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>             v.<br><br>STEPHEN M. KOVZAN,<br><br>                    Defendant. | Civil No. 11-CV-2017 JWL/KGS<br><br>ORAL ARGUMENT REQUESTED |

### STEPHEN M. KOVZAN'S MOTION TO COMPEL

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Stephen M. Kovzan moves to compel plaintiff Securities and Exchange Commission to produce documents and information in response to his First Set of Interrogatories and First Set of Requests for the Production of Documents and Things.  In support of his Motion, Mr. Kovzan directs the Court to his contemporaneously-filed Memorandum of Law in Support.

WHEREAS Defendant Stephen M. Kovzan respectfully requests that the Court enter an order compelling plaintiff to produce documents and information as set forth in his Memorandum of Law in Support and grant Mr. Kovzan such other relief as it deems just and proper.

Dated: February 27, 2012

Respectfully submitted,

/s/ Maxwell Carr-Howard

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

>David Frohlich
>Erica Y. Williams
>David Williams
>Jeffrey Tao
>Helaine Schwartz
>U.S. Securities & Exchange Commission-DC
>100 F. Street NE
>Washington, DC  20549-4010
>(202) 551-4450
>(202) 772-9246 (FAX)
>frohlichd@sec.gov
>williamsdav@sec.gov
>taoje@sec.gov
>schwartzh@sec.gov

*Attorneys for Plaintiff Securities & Exchange Commission*

/s/ Maxwell Carr-Howard
Attorney