IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>STEPHEN M. KOVZAN,<br><br>       Defendant. | Civil No. 11-CV-2017 JWL/KGS |

**DECLARATION AND CERTIFICATION OF COMPLIANCE
WITH FED. R. CIV. P. 37(A)(1) AND D. KAN. RULE 37.2**

I, Kelly S. Shoop, declare as follows:

1. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, co-counsel for named defendant, Stephen M. Kovzan in this action, and the information contained herein is based on my personal knowledge.

2. Pursuant to Fed. R. Civ. P. 37(a)(1) and D. Kan. R. 37.2 of the Rules of Practice of the United States District Court for the District of Kansas, I hereby certify that counsel for Mr. Kovzan and counsel for plaintiff Securities and Exchange Commission conferred in good faith in order to narrow and/or resolve the discovery disputes at issue in Mr. Kovzan's Motion to Compel Answers to His Interrogatories and First Set of Requests for the Production of Documents and Things to Plaintiff Securities and Exchange Commission.

3. The parties conferred by exchanging letters on November 18 and December 16, 2011 regarding the sufficiency of plaintiff's November 1, 2011 privilege log, submitted by

- 2 -

plaintiff to describe documents withheld from Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1).

4. Since December 23, 2011, when plaintiff served its Responses and Objections to Mr. Kovzan's Interrogatories and First Set of Requests for the Production of Documents and Things (the "Requests"), counsel for the parties have conferred multiple times by phone and by letter.

5. Specifically, counsel for the parties participated in phone conferences of substantial length on January 13, February 2, and February 17, 2012 to discuss outstanding discovery disputes.

6. The parties also conferred by exchanging letters on January 18, January 20, January 31, February 13, and February 17, 2012. These communications are attached to Mr. Kovzan's Memorandum of Law in support of this Motion to Compel. *See* Exhibits C, F – I.

7. Despite these good faith efforts, the parties have been unable to resolve significant issues regarding the completeness of plaintiff's responses to both the Interrogatories and the requests, the scope of plaintiff's search for documents responsive to many of the Requests, and plaintiff's privilege claims and associated privilege logs.

Signed under penalty of perjury this 27th day of February, 2012.

_____
Kelly S. Shoop