IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>    v.<br><br>STEPHEN M. KOVZAN,<br><br>                     Defendant. | Civil No. 11-CV-2017 JWL/KGS |

**DEFENDANT STEPHEN M. KOVZAN'S
NOTICE OF DEPOSITION OF ROBERT ALAN REYNOLDS**

Pursuant to Fed. R. Civ. P. 30(b)(1), plaintiff Stephen M. Kovzan, by his counsel, will take the deposition of Robert Alan Reynolds on April 26, 2012, at 9:00 a.m., at the offices of Husch Blackwell LLP, 4801 Main Street, Suite 1000, Kansas City, Missouri 64112. The deposition shall be taken for the purpose of discovery and for use as evidence in this action pursuant to the Federal Rules of Civil Procedure.

The deposition shall continue up to seven (7) hours, and may, for good cause, be extended. The deposition shall be taken upon oral examination before a certified court reporter.

Dated: April 10, 2012                        Respectfully submitted,

                                            /s/ Stephen L. Hill, Jr.
                                            Stephen L. Hill, Jr. KS #78029
                                            Maxwell Carr-Howard KS #21042
                                            Lyndsey J. Conrad KS #23527
                                            HUSCH BLACKWELL LLP
                                            4801 Main Street, Suite 1000
                                            Kansas City, Missouri 64112
                                            (816) 983-8000
                                            stephen.hill@huschblackwell.com

2

        max-carr-howard@huschblackwell.com
        lyndsey.conrad@huschblackwell.com

        Andrew B. Weissman (*pro hac vice*)
        John A. Valentine (*pro hac vice*)
        Nicole R. Rabner (*pro hac vice*)
        J. David Zetlin-Jones (*pro hac vice*)
        Kelly S. Shoop (*pro hac vice*)
        WILMER CUTLER PICKERING HALE
        AND DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC  20006
        (202) 663-6600
        andrew.weissman@wilmerhale.com
        john.valentine@wilmerhale.com
        nicole.rabner@wilmerhale.com
        david.zetlin-jones@wilmerhale.com
        kelly.shoop@wilmerhale.com

        *Attorneys for Defendant Stephen M. Kovzan*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of April, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

      David Frohlich
      Erica Y. Williams
      David Williams
      Jeffrey Tao
      Helaine Schwartz
      U.S. Securities and Exchange Commission-DC
      100 F. Street NE
      Washington, DC  20549-4010
      (202) 551-4450
      (202) 772-9246 (FAX)
      frohlichd@sec.gov
      williamsdav@sec.gov
      taoje@sec.gov
      schwartzh@sec.gov

      *Attorneys for Plaintiff Securities and Exchange Commission*

      /s/ Stephen L. Hill, Jr.
      Attorney

3