# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>STEPHEN M. KOVZAN,<br><br>     Defendant. | Civil No. 11-CV-2017 JWL/KGS |

## DEFENDANT STEPHEN M. KOVZAN'S
## NOTICE OF DEPOSITION OF ERIC J. BUR

Pursuant to Fed. R. Civ. P. 30(b)(1), defendant Stephen M. Kovzan, by his counsel, will take the deposition of Eric J. Bur on May 11, 2012, at 9:00 a.m., at the offices of Husch Blackwell LLP, 4801 Main Street, Suite 1000, Kansas City, Missouri 64112. The deposition shall be taken for the purpose of discovery and for use as evidence in this action pursuant to the Federal Rules of Civil Procedure.

The deposition shall continue up to seven (7) hours, and may, for good cause, be extended. The deposition shall be taken upon oral examination before a certified court reporter.

Dated: April 13, 2012        Respectfully submitted,

                /s/ Stephen L. Hill, Jr.
                Stephen L. Hill, Jr. KS #78029
                Maxwell Carr-Howard KS #21042
                Lyndsey J. Conrad KS #23527
                HUSCH BLACKWELL LLP
                4801 Main Street, Suite 1000
                Kansas City, Missouri 64112
                (816) 983-8000
                stephen.hill@huschblackwell.com

max-carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

Andrew B. Weissman (*pro hac vice*)
John A. Valentine (*pro hac vice*)
Nicole R. Rabner (*pro hac vice*)
J. David Zetlin-Jones (*pro hac vice*)
Kelly S. Shoop (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6600
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of April, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

    Jeffrey S. Kruske
    Office of the Securities Commissioner
    109 SW 9th Street, Suite 600
    Topeka, KS  66612
    (785) 296-5215
    jeff.kruske@ksc.ks.gov

    David Williams
    Holly A. Pal
    Helaine Schwartz
    U.S. Securities and Exchange Commission
    100 F. Street NE
    Washington, DC  20549-4010
    (202) 551-4450
    (202) 772-9246 (FAX)
    williamsdav@sec.gov
    palh@sec.gov
    schwartzh@sec.gov

    *Attorneys for Plaintiff Securities and Exchange Commission*


    /s/ Stephen L. Hill, Jr.
    Attorney