# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               **Plaintiff,**<br><br>    **v.**<br><br>STEPHEN M. KOVZAN,<br><br>             **Defendant.** | Civil No. 11-CV-2017 JWL/KGS |

## DEFENDANT STEPHEN M. KOVZAN'S
## NOTICE OF DEPOSITION OF DANIEL J. EVANS

Pursuant to Fed. R. Civ. P. 30(b)(1), defendant Stephen M. Kovzan, by his counsel, will take the deposition of Daniel J. Evans on May 8, 2012, at 9:00 a.m., at the offices of Perkins Coie, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101. The deposition shall be taken for the purpose of discovery and for use as evidence in this action pursuant to the Federal Rules of Civil Procedure.

The deposition shall continue up to seven (7) hours, and may, for good cause, be extended. The deposition shall be taken upon oral examination before a certified court reporter. The deposition will be recorded by stenographic, video, and audio means.

Dated: April 13, 2012                     Respectfully submitted,

                                   /s/ Lyndsey J. Conrad
                                   Stephen L. Hill, Jr. KS #78029
                                   Maxwell Carr-Howard KS #21042
                                   Lyndsey J. Conrad KS #23527
                                   HUSCH BLACKWELL LLP
                                   4801 Main Street, Suite 1000
                                   Kansas City, Missouri 64112

(816) 983-8000
stephen.hill@huschblackwell.com
max-carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

Andrew B. Weissman (*pro hac vice*)
John A. Valentine (*pro hac vice*)
Nicole R. Rabner (*pro hac vice*)
J. David Zetlin-Jones (*pro hac vice*)
Kelly S. Shoop (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6600
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on this 13th day of April, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

        Jeffrey S. Kruske
        Office of the Securities Commissioner
        109 SW 9th Street, Suite 600
        Topeka, KS  66612
        (785) 296-5215
        jeff.kruske@ksc.ks.gov

        David Williams
        Holly A. Pal
        Helaine Schwartz
        U.S. Securities and Exchange Commission
        100 F. Street NE
        Washington, DC  20549-4010
        (202) 551-4450
        (202) 772-9246 (FAX)
        williamsdav@sec.gov
        palh@sec.gov
        schwartzh@sec.gov

        *Attorneys for Plaintiff Securities and Exchange Commission*

                        /s/ Lyndsey J. Conrad.
                        Attorney