IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | Judge John W. Lungstrum |
| Defendant. | |

NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff United States Securities and Exchange Commission, by counsel, will take the deposition upon oral examination of Jeffery S. Fraser, commencing on Wednesday, May 2, 2012, beginning at 9:30 am at the offices of Dechert, LLP, 1095 Avenue of the Americas New York, NY, 10036-6797, and continuing on until completed. This deposition will be conducted before an officer authorized by law to administer oaths and will be recorded by videotape as well as stenographic means.

Plaintiff will take the deposition for purposes of discovery, use at trial, or both.

Dated: April 20, 2012

                Respectfully submitted,

                 /s/ Jeffrey S. Kruske
                Jeffrey S. Kruske (Kansas Bar No. 20098)
                Office of the Securities Commissioner
                109 SW 9th Street, Suite 600
                Topeka, KS 66612

Telephone: (785) 296-5215
Fax: (785) 296-5482
**Jeff.Kruske@ksc.ks.gov**

A. David Williams (Cal. Bar 183854)
Sarah L. Levine (Mass. Bar No. 651718)
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5546
Phone: (202) 551-4548
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2012, the foregoing Notice of Deposition was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

 /s/ Jeffrey S. Kruske
 Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
Telephone: (785) 296-5215
Fax: (785) 296-5482
**Jeff.Kruske@ksc.ks.gov**