IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>STEPHEN M. KOVZAN,<br><br>      Defendant. | Civil No. 11-CV-2017 JWL/KGS |

### DEFENDANT STEPHEN M. KOVZAN'S
### AMENDED NOTICE OF DEPOSITION OF ERIC J. BUR

  Pursuant to Fed. R. Civ. P. 30(b)(1), defendant Stephen M. Kovzan, by his counsel, will take the deposition of Eric J. Bur on May 24, 2012, at 10:00 a.m. (EST), at the offices of McDermott Will & Emery LLP, 600 Thirteenth Street NW, Washington, D.C. 20005.  The deposition shall be taken for the purpose of discovery and for use as evidence in this action pursuant to the Federal Rules of Civil Procedure.

  The deposition shall continue up to seven (7) hours, and may, for good cause, be extended.  The deposition shall be taken upon oral examination before a certified court reporter.

Dated:  May 2, 2012        Respectfully submitted,

               /s/ Maxwell Carr-Howard
               Stephen L. Hill, Jr. KS #78029
               Maxwell Carr-Howard KS #21042
               Lyndsey J. Conrad KS #23527
               HUSCH BLACKWELL LLP
               4801 Main Street, Suite 1000
               Kansas City, Missouri  64112
               (816) 983-8000
               stephen.hill@huschblackwell.com

max-carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

Andrew B. Weissman (*pro hac vice*)
John A. Valentine (*pro hac vice*)
Nicole R. Rabner (*pro hac vice*)
J. David Zetlin-Jones (*pro hac vice*)
Kelly S. Shoop (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6600
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of May 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

      Jeffrey S. Kruske
      Office of the Securities Commissioner
      109 SW 9th Street, Suite 600
      Topeka, KS  66612
      (785) 296-5215
      jeff.kruske@ksc.ks.gov

      David Williams
      Holly A. Pal
      Helaine Schwartz
      U.S. Securities and Exchange Commission
      100 F. Street NE
      Washington, DC  20549-4010
      (202) 551-4450
      (202) 772-9246 (FAX)
      williamsdav@sec.gov
      palh@sec.gov
      schwartzh@sec.gov

      *Attorneys for Plaintiff Securities and Exchange Commission*


      /s/ Maxwell Carr-Howard
      Attorney