IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | Judge John W. Lungstrum |
| Defendant. | |

## NOTICE OF DEPOSITON

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff United States Securities and Exchange Commission, by counsel, will take the deposition upon oral examination of Stephen M. Kovzan, commencing on Friday, June 1, 2012, beginning at 9:00 am at the offices of Husch Blackwell, LLP, 4801 Main Street, Suite 1000, Kansas City, MO 64112, and continuing on until completed. This deposition will be conducted before an officer authorized by law to administer oaths and will be recorded by videotape as well as stenographic means.

Plaintiff will take the deposition for purposes of discovery, use at trial, or both.

Dated:  May 7, 2012

              Respectfully submitted,

               /s/ Jeffrey S. Kruske_____
               Jeffrey S. Kruske (Kansas Bar No. 20098)
              Office of the Securities Commissioner
              109 SW 9th Street, Suite 600
              Topeka, KS  66612

Telephone: (785) 296-5215
Fax: (785) 296-5482
jeff.kruske@ksc.ks.gov


A. David Williams (Cal. Bar 183854)
Sarah L. Levine (Mass. Bar No. 651718)
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5546
Phone: (202) 551-4548

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2012, the foregoing Notice of Deposition was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

_/s/ Jeffrey S. Kruske_____