IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>STEPHEN M. KOVZAN,<br><br>      Defendant. | Civil No. 11-CV-2017 JWL/KGS |

### SECOND JOINT MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANT STEPHEN M. KOVZAN TO EXTEND THE DISCOVERY SCHEDULE

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Stephen M. Kovzan ("Kovzan") respectfully submit this second joint motion for an extension of the schedule for discovery.

1. The Court issued its initial Scheduling Order (Dkt. # 43) on September 16, 2011. Under the Scheduling Order, all fact discovery was to be completed by May 15, 2012.

2. Since the Court issued its Scheduling Order, the parties have been, in good faith, taking depositions and pursuing other discovery, and have worked diligently to resolve disagreements concerning the scope of discovery.

3. On April 10, 2012, the parties jointly moved this Court to extend the deadlines (Dkt. # 69) in part, because of some discovery could not be completed until the Motion to Compel filed by Mr. Kovzan was resolved by the Court. The Court granted in part the first joint motion, extending the deadline for all fact discovery to July 30, 2012, which coincided with the existing deadline to complete expert discovery (Dkt. # 70). In its

order, the Court indicated a willingness to consider further extensions in light of the still pending Motion to Compel (Dkt. #61).

4. Under the schedule currently in force, the reports of experts for the party bearing the burden of proof are due on June 1, 2012. The parties agree that there is a significant amount of discovery outstanding that is on hold pending the resolution of Mr. Kovzan's Motion to Compel, and that substantially completing that discovery is necessary to allow the parties' experts to prepare their reports. With respect to the reports of experts for the party bearing the burden of proof, in particular, the SEC has determined that its experts need additional information to complete their reports, including the deposition testimony of NIC, Inc.'s former CEO, which the parties adjourned pending the resolution of the Motion to Compel. Mr. Kovzan has no objection to extending the June 1, 2012 deadline for experts for parties bearing the burden of proof if the other deadlines are appropriately adjusted.

5. The parties suggest the following adjustments to the current schedule:

   a. Maintain the close of fact discovery on July 30, 2012.

   b. Expert Reports for Party Bearing Burden of Proof, adjusted to August 15, 2012.

   c. Parties to Supplement Expert Disclosures, adjusted to September 5, 2012

   d. Expert Reports for Party Not Bearing Burden, adjusted to September 28, 2012.

   e. Cutoff of Expert Discovery (ending all discovery), adjusted to October 19, 2012.

   f. Deadline for Dispositive Motions, adjusted to November 16, 2012.

   g. Proposed Pretrial Order Due (to be set by the Court sometime in January, 2013).

   h. Final Pretrial Conference (to be set by the Court sometime in January, 2013).

   i. Maintain current trial setting of February 5, 2013, at 9:30 AM.

- 3 -

6. The parties propose this schedule on the assumption that the Court will rule on the pending Motion to Compel (Dkt. # 61) shortly.  As the Court knows, the Motion to Compel seeks discovery from plaintiff in a number of areas, including:

   a. the identification of the specific alleged undisclosed perquisites at issue in this case;

   b. the interpretation and understanding of the perquisite and internal controls regulations on which plaintiff's claims are based;

   c. plaintiff's own review of NIC filings during the period at issue with respect to the commencement of the statute of limitations; and

   d. the identification of documents referenced in a related enforcement action brought by plaintiff against NIC, Inc. and certain of its current and former officers.

   In addition, the Motion to Compel challenges the adequacy of plaintiff's privilege logs as a predicate for considering plaintiff's claims of privilege.  If the Court's ruling on this pending motion comes near or after the close of factual discovery under the proposed schedule, the parties may need to seek further adjustments to the proposed schedule.

7. This new schedule, along with a ruling on the motion to compel, will permit the parties to complete fact discovery by July 30, 2012 and then move forward with their exchanges of expert reports and resolution of discovery related to their respective experts.

   **WHEREFORE**, the parties respectfully request that this Court grant this joint motion and adjust the schedule as set forth above.

Respectfully submitted,

   /s/ Jeffrey S. Kruske
Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
Telephone: (785) 296-5215

A. David Williams (Cal. Bar 183854)
Sarah L. Levine (Mass. Bar No. 651718)
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5546
Phone: (202) 551-4548

*Attorneys for Plaintiff*


/s/  Stephen L. Hill, Jr.
Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

Andrew B. Weissman (*pro hac vice*)
John A. Valentine (*pro hac vice*)
Nicole R. Rabner (*pro hac vice*)
J. David Zetlin-Jones (*pro hac vice*)
Kelly S. Shoop (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2012, the foregoing Second Motion to Extend Schedule was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

    /s/ Jeffrey S. Kruske
  Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
Telephone: (785) 296-5215