IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 11-2017-JWL |
| STEPHEN M. KOVZAN, ) ) | |
| Defendant. ) | |

## ORDER

This matter comes before the court upon the parties' Second Joint Motion of Plaintiff Securities and Exchange Commission and Defendant Stephen M. Kovzan to Extend the Discovery Schedule, ECF No. 76. For good cause shown, the motion is granted. The court has modified some of the parties' proposed deadlines to conform with this district's standard practices regarding scheduling.

The Scheduling Order, ECF No. 43, is further modified as follows:

1. All fact discovery shall be commenced or served in time to be completed by **July 30, 2012.** All expert discovery shall be commenced or served in time to be completed by **October 19, 2012.**

2. Disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served by any party bearing the burden of proof by **August 15, 2012.** Expert reports for any party not bearing the burden of proof shall be served by **September 28, 2012.**

3. Supplementations of disclosures under Fed. R. Civ. P. 26(e) shall be served at such times and under such circumstances as required by that rule. In addition, such supplemental disclosures shall be served by **September 7, 2012,**

approximately 40 days before the deadline for completion of all discovery. The supplemental disclosures served 40 days before the deadline for completion of all discovery must identify the universe of all witnesses and exhibits that probably or even might be used at trial.

4. All other potentially dispositive motions (e.g., motions for summary judgment) shall be filed by **November 16, 2012.**

5. Pursuant to Fed. R. Civ. P. 16(e), a final pretrial conference is scheduled for **October 31, 2012, at 10:30 a.m.**, by telephone, or at the U.S. Courthouse, Room 470, 444 SE Quincy, Topeka, Kansas, if the judge determines that the proposed pretrial order is not in the appropriate format or that there are other problems requiring counsel to appear in person. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **October 24, 2012,** defendant shall submit the parties' proposed pretrial order (formatted in Word or WordPerfect 9.0, or earlier version) as an attachment to an Internet e-mail sent to *ksd_sebelius_chambers@ksd.uscourts.gov*.

6. This case is set for trial on the court's docket beginning on **April 2, 2012, at 9:30 a.m.** Unless otherwise ordered, this is not a "special" or "No. 1" trial setting. Therefore, during the month preceding the trial docket setting, counsel should stay in contact with the trial judge's courtroom deputy to determine the day of the docket on which trial of the case actually will begin. The trial setting may be changed only by order of the judge presiding over the trial.

Accordingly,

**IT IS THEREFORE ORDERED** that the parties' Second Joint Motion of Plaintiff Securities and Exchange Commission and Defendant Stephen M. Kovzan to Extend the Discovery Schedule, ECF No. 76, is granted.

**IT IS SO ORDERED.**

Dated this 6th day of June, 2012, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
