IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>STEPHEN M. KOVZAN,<br><br>          Defendant. | Civil No. 11-CV-2017 JWL/KGS |

### DEFENDANT STEPHEN M. KOVZAN'S
### NOTICE OF DEPOSITION OF ROBERT CHANDLER

Pursuant to Fed. R. Civ. P. 30(b)(1), defendant Stephen M. Kovzan, by his counsel, will take the deposition of Robert Chandler on Thursday, June 28, 2012, at 10:00 a.m., at the offices of Friday Eldredge & Clark LLP, 400 West Capitol Avenue, Suite 2000, Little Rock, AR 72201. The deposition shall be taken for the purpose of discovery and for use as evidence in this action pursuant to the Federal Rules of Civil Procedure.

The deposition shall continue up to seven (7) hours, and may, for good cause, be extended. The deposition shall be taken upon oral examination before a certified court reporter. The deposition will be recorded by stenographic means.

Dated: June 13, 2012                              Respectfully submitted,

/s/ Stephen L. Hill, Jr.
Stephen L. Hill, Jr. KS #78029
Maxwell Carr-Howard KS #21042
Lyndsey J. Conrad KS #23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

1

(816) 983-8000
stephen.hill@huschblackwell.com
max-carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

Andrew B. Weissman (*pro hac vice*)
John A. Valentine (*pro hac vice*)
Nicole R. Rabner (*pro hac vice*)
J. David Zetlin-Jones (*pro hac vice*)
Kelly S. Shoop (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6600
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to counsel of record and the foregoing was e-mailed to the following counsel:

>Jeffrey S. Kruske
>Office of the Securities Commissioner
>109 SW 9th Street, Suite 600
>Topeka, KS  66612
>(785) 296-5215
>jeff.kruske@ksc.ks.gov
>
>David Williams
>Holly A. Pal
>Helaine Schwartz
>U.S. Securities and Exchange Commission
>100 F. Street NE
>Washington, DC  20549-4010
>(202) 551-4450
>(202) 772-9246 (FAX)
>williamsdav@sec.gov
>palh@sec.gov
>schwartzh@sec.gov
>
>*Attorneys for Plaintiff Securities and Exchange Commission*

          /s/ Stephen L. Hill, Jr.
          Attorney