**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

**KANSAS CITY DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>        v.<br><br>STEPHEN M. KOVZAN,<br><br>                              Defendant. | Civil No. 11-CV-2017 JWL/KGS |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Defendant Stephen M. Kovzan's Second Set of Interrogatories, Third Set of Interrogatories and First Set of Requests for Admission were served via email and first class mail on the 29th day of June, 2012, upon:

David Williams
U.S. Securities & Exchange Commission-DC
100 F. Street NE
Washington, DC  20549-4010
(202) 551-4450
(202) 772-9246 (FAX)
williamsdav@sec.gov

Jeffrey S. Kruske
Office of the Kansas Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS 66612
(785) 296-5215
(785) 296-5482 (FAX)
jeff.kruske@ksc.ks.gov
*Attorneys for Plaintiff Securities & Exchange Commission*

KCP-4098744-1

Respectfully submitted,

/s/ Maxwell Carr-Howard
Stephen L. Hill, Jr.           KS # 78029
Maxwell Carr-Howard            KS # 21042
Lyndsey J. Conrad              KS # 23527
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (FAX)
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

CERTIFICATE OF SERVICE

I hereby certify that on June 29th, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.

/s/ Maxwell Carr-Howard
Attorney

KCP-4237829-1

2