IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>      v.<br><br>STEPHEN M. KOVZAN,<br><br>              Defendant. | Civil No. 11-CV-2017 JWL/KGS |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective July 16, 2012, the New York office of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007.  All facsimile and telephone numbers will remain the same.

Dated: July 13, 2012

                                                                  HUSCH BLACKWELL LLP

                                                                  /s/ Stephen L. Hill, Jr.

| | |
|---|---|
| Stephen L. Hill, Jr. | KS # 78029 |
| Maxwell Carr-Howard | KS # 21042 |
| Lyndsey J. Conrad | KS # 23527 |

Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (FAX)
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

                    WILMER CUTLER PICKERING HALE
                      AND DORR LLP

/s/ J. David Zetlin-Jones
J. David Zetlin-Jones
7 World Trade Center
New York, NY 10036
(212) 230-8800
(212) 230-8888 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

                      /s/ Stephen L. Hill, Jr.
                          Attorney