### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 11-2017-JWL |
| STEPHEN M. KOVZAN, ) ) ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court upon the parties' Joint Motion to Extend Discovery Schedule (ECF No. 86). In the current motion, the parties agree that resolution of Defendant's pending Motion to Compel (ECF No. 61) is likely to have a significant impact on the scope and timing of discovery. The parties also indicate that it is likely that at least some aspects of the undersigned's ruling will be appealed to Judge Lungstrum.

The Court finds good cause exists to suspend the current Scheduling Order until there is a final resolution of the Motion to Compel. The Court does not, at this time, alter the date of the final pretrial conference, the dispositive motion deadline, or the trial date. Any extension of the dispositive motion deadline would likely result in the trial being postponed until September 2013.

Accordingly,

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Extend Discovery Schedule (ECF No. 86) is hereby granted.

**IT IS FURTHER ORDERED** that within seven (7) days of the final resolution of Defendant's Motion to Compel, the parties shall submit a joint proposal for an amended scheduling order to govern any remaining deadlines. The Court will address, at that time, whether it is feasible

to keep the current dispositive motion deadline and trial date.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2012 at Topeka, Kansas.

            s/K. Gary Sebelius
            K. Gary Sebelius
            U.S. Magistrate Judge