# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>STEPHEN M. KOVZAN,<br><br>                Defendant. | Civil No. 11-CV-2017 JWL/KGS |

### JOINT MOTION OF DEFENDANT STEPHEN M. KOVZAN AND PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE'S ORDER ON DEFENDANT'S MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and District of Kansas Local Rule 6.1, defendant Stephen M. Kovzan and plaintiff Securities and Exchange Commission respectfully submit this joint motion for an extension of time for filing objections to the Magistrate's Order On Defendant's Motion To Compel. (Dkt. # 89). In support of this Motion, defendant and plaintiff state as follows:

1. On February 27, 2012, defendant filed a Motion To Compel seeking discovery from plaintiff in a number of areas, including: (a) the identification of the alleged undisclosed perquisites at issue in this case; (b) the interpretation and understanding of the perquisite and internal controls regulations on which plaintiff's claims are based; (c) plaintiff's own review of NIC filings during the period at issue; and (d) the identification of documents referenced in a related enforcement action brought by plaintiff against NIC Inc. and certain of its current and former officers. In addition, defendant's Motion To Compel challenged the adequacy of

plaintiff's privilege logs as a predicate for considering plaintiff's claims of privilege. (Dkts. # 61-62).

2. On March 12, 2012, plaintiff filed its response to defendant's Motion To Compel and on March 26, 2012, defendant filed his reply. (Dkts. # 65, 66).

3. On June 28, 2012, defendant filed a Notice of Supplemental Authority In Further Support of His Motion to Compel. (Dkt. # 80).

4. On July 31, 2012, the Magistrate entered an order granting in part and denying in part defendant's Motion To Compel. (Dkt. #89).

5. Pursuant to Rule 72(a), Rule 6(d), and Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, objections to the Magistrate's Order must be filed on or before August 17, 2012.

6. The parties are currently evaluating whether to appeal any aspect of the Magistrate's Order. Several counsel in the case, for both defendant and plaintiff, have vacations scheduled in the period currently allotted for preparing and filing an appeal.

7. Due to these engagements, the parties jointly request an additional seven (7) days for filing objections to the Magistrate's Order, up to and including August 24, 2012.

8. Plaintiff has indicated that it intends to apply separately for a stay of the date for complying with its production obligations under the Magistrate's Order until August 24, 2012, pursuant to Local Rule 72.1.4(d), which defendant would not oppose.

Dated: August 8, 2012

Respectfully submitted,

/s/ Stephen L. Hill, Jr.
Stephen L. Hill, Jr. KS #78029
Maxwell Carr-Howard KS #21042
Lyndsey J. Conrad KS #23527
HUSCH BLACKWELL LLP

4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
stephen.hill@huschblackwell.com
max-carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

Andrew B. Weissman (*pro hac vice*)
John A. Valentine (*pro hac vice*)
Nicole R. Rabner (*pro hac vice*)
J. David Zetlin-Jones (*pro hac vice*)
Kelly S. Shoop (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6600
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*


/s/ Jeffrey S. Kruske
Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS 66612
(785) 296-5215
jeff.kruske@ksc.ks.gov

A. David Williams (Cal. Bar. 183854)
David S. Mendel (D.C. Bar No. 470796)
Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549-5546
(202) 551-4450
williamsdav@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of August 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to counsel of record.


/s/ Stephen L. Hill, Jr.
Attorney