IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    v.<br><br>STEPHEN M. KOVZAN,<br><br>       Defendant. | Civil No. 11-CV-2017 JWL/KGS<br><br><br><br>Judge John W. Lungstrum |

**SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO STAY COMPLIANCE WITH MAGISTRATE JUDGE'S ORDER PENDING REVIEW OF OBJECTIONS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and District of Kansas Local Rules 6.1 and 72.1.4, plaintiff Securities and Exchange Commission respectfully moves for an Order staying the Commission's compliance with the Magistrate's Order On Defendant's Motion To Compel (Dkt. # 89) (the "Magistrate's Order") until such time as the Commission's objections to the Magistrate's Order, if any, are resolved. In support of this Motion, plaintiff states as follows:

1. On February 27, 2012, defendant filed a Motion To Compel seeking discovery from plaintiff in a number of areas, including: (a) the identification of the alleged undisclosed perquisites at issue in this case; (b) the interpretation and understanding of the perquisite and internal controls regulations on which plaintiff's claims are based; (c) plaintiff's own review of NIC filings during the period at issue; and (d) the identification of documents referenced in a related enforcement action brought by plaintiff against NIC Inc. and certain of its current and former officers. In addition, defendant's Motion To Compel challenged the adequacy of

plaintiff's privilege logs as a predicate for considering plaintiff's claims of privilege. (Dkts. # 61-62).

2. On March 12, 2012, plaintiff filed its response to defendant's Motion To Compel and on March 26, 2012, defendant filed his reply. (Dkts. # 65, 66).

3. On June 28, 2012, defendant filed a Notice of Supplemental Authority In Further Support of His Motion to Compel. (Dkt. # 80).

4. On July 31, 2012, the Magistrate entered an order granting in part and denying in part defendant's Motion To Compel. (Dkt. #89).

5. The order provided that the Commission supplement certain of its discovery responses within 14 days from the date of the Order, or August 14, 2012.

6. Pursuant to Rule 72(a), Rule 6(d), and Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, objections to the Magistrate's Order must be filed on or before August 17, 2012.

7. The parties are currently evaluating whether to lodge objections to any aspect of the Magistrate's Order. Several counsel in the case, for both defendant and plaintiff, have vacations scheduled in the period currently allotted for preparing and filing such objections.

8. Due to these engagements, the parties will file a separate, joint motion to request an additional seven (7) days for filing objections to the Magistrate's Order, up to and including August 24, 2012.

9. Requiring the Commission to comply with the Magistrate's Order prior to the date for objections would effectively moot objections that the Commission may have.

10. The Commission thus respectfully moves for an Order staying the Commission's compliance with the Magistrate's Order pending review of the Commission's objections to the Magistrate's Order, should any objections be made.

11. Counsel for Defendant have advised that they do not object to such a stay.

Dated:  August 8, 2012						Respectfully submitted,

                  /s/ Jeffrey S. Kruske
                 Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
Telephone: (785) 296-5215
Fax: (785) 296-5482
jeff.kruske@ksc.ks.gov

A. David Williams (Cal. Bar. 183854)
David S. Mendel (D.C. Bar No. 470796)
Securities and Exchange Commission
100 F. Street, NE
Washington, DC  20549-5546
(202) 551-4450
williamsdav@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2012, the foregoing Motion to Stay Compliance was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

 /s/ Jeffrey S. Kruske
Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
Telephone: (785) 296-5215
Fax: (785) 296-5482
jeff.kruske@ksc.ks.gov