IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| **STEPHEN M. KOVZAN,** | Judge John W. Lungstrum |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiff Securities and Exchange Commission's Objections and Responses to Defendant Stephen M. Kovzan's Second Set of Interrogatories, Objections and Responses to Defendant Stephen M. Kovzan's Third Set of Interrogatories, and Objections and Responses to Defendant Stephen M. Kovzan's First Set of Requests for Admissions were served via e-mail and first class mail on August 17, 2012 upon:

    Andrew B. Weissman, Esq.
    Christopher A. Wilber, Esq.
    Nicole R. Rabner, Esq.
    J. David Zetlin-Jones, Esq. (New York)
    WilmerHale
    1875 Pennsylvania Avenue, NW
    Washington, DC 20006
    andy.weissman@wilmerhale.com
    christopher.wilber@wilmerhale.com
    nicole.rabner@wilmerhale.com
    david.zetlin-jones@wilmerhale.com

    Stephen L. Hill, Jr., Esq.
    F.G. Maxwell Carr-Howard, Esq.

Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com

*Counsel for Defendant Stephen M. Kovzan*

Dated:  August 17, 2012

                                          Respectfully submitted,

                                            s/ Jeffrey S. Kruske
                                        Jeffrey S. Kruske (Kansas Bar No. 20098)
                                        Office of the Securities Commissioner
                                        109 SW 9th Street, Suite 600
                                        Topeka, KS  66612
                                        Telephone: (785) 296-5215
                                        Fax: (785) 296-5482

                                        A. David Williams (Cal. Bar 183854)
                                        David S. Mendel (D.C. Bar 470796)
                                        Securities and Exchange Commission
                                        100 F Street, NE
                                        Washington, DC 20549-5546
                                        Phone: (202) 551-4548

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2012, the foregoing Certificate of Service was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

                                          s/ Jeffrey S. Kruske
                                      Jeffrey S. Kruske (Kansas Bar No. 20098)
                                      Office of the Securities Commissioner
                                      109 SW 9th Street, Suite 600
                                      Topeka, KS  66612
                                      Telephone: (785) 296-5215
                                      Fax: (785) 296-5482