IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | Judge John W. Lungstrum |
| Defendant. | |

**SECURITIES AND EXCHANGE COMMISSION'S SECOND UNOPPOSED MOTION TO EXTEND STAY OF COMPLIANCE WITH MAGISTRATE JUDGE'S ORDER**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and District of Kansas Local Rules 6.1 and 72.1.4, plaintiff Securities and Exchange Commission respectfully moves for an Order extending the stay of the Commission's compliance with the Magistrate's Order On Defendant's Motion To Compel (Dkt. # 89) (the "Magistrate's Order"). In support of this Motion, plaintiff states as follows:

1. On February 27, 2012, defendant filed a Motion To Compel seeking discovery from plaintiff in various areas. (Dkt. # 61).

2. On March 12, 2012, plaintiff filed its response to defendant's Motion To Compel and on March 26, 2012, defendant filed his reply. (Dkts. # 65, 66).

3. On June 28, 2012, defendant filed a Notice of Supplemental Authority In Further Support of His Motion to Compel. (Dkt. # 80).

4. On July 31, 2012, the Magistrate entered an order granting in part and denying in part defendant's Motion To Compel.  (Dkt. #89).

5. The order provided that the Commission supplement certain of its discovery responses within 14 days from the date of the Order, or August 14, 2012.

6. On August 8, 2012 the Commission filed an unopposed motion to stay compliance with the Order until August 24, 2012, to permit the Commission an adequate opportunity to evaluate whether it would lodge any objections to the Order.  On August 10, 2012, the Court granted the motion.  (Dkts. # 91, 92).

7. The Commission has determined that it does not intend to lodge objections to any aspect of the Magistrate's Order.  The Commission however respectfully requests an additional period of seven days to comply with the Order.

8. The Commission thus respectfully moves for an Order staying the Commission's compliance with the Magistrate's Order until August 31, 2012.

9. Counsel for Defendant have advised that they do not object to such an extension of the stay.

Dated:  August 23, 2012

                              Respectfully submitted,

                                 s/ Jeffrey S. Kruske
                              Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
(785) 296-5215
Fax: (785) 296-5482
jeff.kruske@ksc.ks.gov

A. David Williams (Cal. Bar. 183854)
David S. Mendel (D.C. Bar No. 470796)
Securities and Exchange Commission
100 F. Street, NE

Washington, DC  20549-5546
(202) 551-4450
williamsdav@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2012, the foregoing Motion to Extend Stay of Compliance was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

        s/ Jeffrey S. Kruske
Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
(785) 296-5215
Fax: (785) 296-5482
jeff.kruske@ksc.ks.gov