IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>      v.<br><br>STEPHEN M. KOVZAN,<br><br>                        Defendant. | Civil No. 11-CV-2017 JWL/KGS<br><br>ORAL ARGUMENT REQUESTED |

**STEPHEN M. KOVZAN'S OBJECTIONS TO AND MOTION
FOR REVIEW OF MAGISTRATE JUDGE SEBELIUS' JULY 31, 2012 ORDER**

Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, Defendant Stephen M. Kovzan hereby objects to, and moves this Court to review and issue an Order overruling, the portion of Magistrate Judge Sebelius's Order dated July 31, 2012 that denies Mr. Kovzan's Motion to Compel, in part, with respect to discovery of non-public documents concerning the meaning and interpretation of the SEC's perquisite disclosure regulations and regulations concerning internal controls over financial reporting, both of which are at issue in this case. *See* Order at 7-11, Dkt. No. 89.

Mr. Kovzan respectfully requests that the Court review and set aside the Order solely with respect to three narrow categories of indisputably non-privileged, relevant documents within the scope of his Document Requests: (1) communications between plaintiff Securities and Exchange Commission and third parties; (2) non-privileged portions of plaintiff's internal documents that reflect communications between plaintiff and third parties; and (3) plaintiff's internal documents concerning a final decision as to what guidance, if any, the SEC staff may provide to reporting companies regarding the meaning of the perquisite disclosure regulations

and the definition of internal control over financial reporting.

In support of this motion, Mr. Kovzan relies on the points of fact and law in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREAS Defendant Stephen M. Kovzan respectfully requests that the Court set aside the portion of the Court's July 31, 2012 Order denying Mr. Kovzan's Motion to Compel, and order plaintiff to conduct a reasonable search for, and produce, the above referenced documents and information, as described in greater detail in his accompanying Memorandum of Law.

Dated: August 24, 2012

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

| | |
|---|---|
| Andrew B. Weissman (admitted *pro hac vice*)<br>John A. Valentine (admitted *pro hac vice*)<br>Nicole R. Rabner (admitted *pro hac vice*)<br>J. David Zetlin-Jones (admitted *pro hac vice*)<br>Kelly S. Shoop (admitted *pro hac vice*)<br>WILMERHALE LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>andrew.weissman@wilmerhale.com<br>john.valentine@wilmerhale.com<br>nicole.rabner@wilmerhale.com<br>david.zetlin-jones@wilmerhale.com<br>kelly.shoop@wilmerhale.com | Stephen L. Hill, Jr. KS # 78029<br>Maxwell Carr-Howard KS # 21042<br>Lyndsey J. Conrad KS # 23527<br>HUSCH BLACKWELL LLP<br>4801 Main Street, Suite 1000<br>Kansas City, Missouri  64112<br>(816) 983-8000<br>(816) 983-8080<br>stephen.hill@huschblackwell.com<br>max.carr-howard@huschblackwell.com<br>lyndsey.conrad@huschblackwell.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

> David Williams
> David Mendel
> U.S. Securities & Exchange Commission-DC
> 100 F. Street NE
> Washington, DC  20549-4010
> (202) 551-4450
> (202) 772-9246 (FAX)
> williamsdav@sec.gov
> mendeld@sec.gov
>
> Jeffrey S. Kruske
> Office of the Securities Commissioner
> 109 SW 9th Street, Suite 600
> Topeka, KS  66612
> (785) 296-5215
> jeff.kruske@ksc.ks.gov
>
> *Attorneys for Plaintiff Securities & Exchange Commission*

                          /s/ Stephen L. Hill, Jr.
                          Attorney