IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>STEPHEN M. KOVZAN,<br><br>      Defendant. | Civil No. 11-CV-2017 JWL/KGS |

## DECLARATION OF J. DAVID ZETLIN-JONES IN SUPPORT OF DEFENDANT STEPHEN M. KOVZAN'S OBJECTIONS TO AND MOTION FOR REVIEW OF MAGISTRATE JUDGE SEBELIUS' JULY 31, 2012 ORDER

I, J. David Zetlin-Jones, declare as follows:

1. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, co-counsel for named defendant, Stephen M. Kovzan in this action. I submit this Declaration in Support of Stephen M. Kovzan's Objections to and Motion for Review of Magistrate Judge Sebelius' July 31, 2012 Order.

2. Attached hereto as Exhibit A is a true and correct copy of Defendant Stephen M. Kovzan's First Set of Requests for the Production of Documents and Things, dated November 15, 2011.

Signed under penalty of perjury this 24th day of August, 2012.

                   /s/ J. David Zetlin-Jones
                   J. David Zetlin-Jones