**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**  Plaintiff,  v.  **STEPHEN M. KOVZAN,**  Defendant. | Civil No. 11-CV-2017 JWL/KGS |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RENEWED MOTION TO COMPEL**

| | | |
|---|---|---|
| Andrew B. Weissman (admitted *pro hac vice*) | Stephen L. Hill, Jr. | KS # 78029 |
| John A. Valentine (admitted *pro hac vice*) | Maxwell Carr-Howard | KS # 21042 |
| Nicole R. Rabner (admitted *pro hac vice*) | Lyndsey J. Conrad | KS # 23527 |
| J. David Zetlin-Jones (admitted *pro hac vice*) | | |
| Kelly S. Shoop (admitted *pro hac vice*) | HUSCH BLACKWELL LLP | |

WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

*Attorneys for Defendant Stephen M. Kovzan*

Pursuant to D. Kan. Rule 6.1(a) and 72.1.4, Defendant Stephen M. Kovzan hereby respectfully moves this Court for an extension of time, up to and including September 13, 2012, to re-file his Motion to Compel as it pertains to documents appearing on Plaintiff's privilege logs, in accordance with Judge Sebelius' Order on Mr. Kovzan's Motion to Compel (Dkt. No. 89), if the parties are unable to resolve their differences before that date.  In support of his motion, Mr. Kovzan states:

1.  On February 27, 2012, Mr. Kovzan filed a Motion to Compel, which in pertinent part challenged the sufficiency of Plaintiff's privilege logs.  (Dkt. Nos. 61-62).

2.  On March 12, 2012, Plaintiff filed its response to Mr. Kovzan's Motion to Compel and on March 26, 2012, Mr. Kovzan filed his reply.  (Dkt. Nos. 65-66).

3.  On July 31, 2012, Judge Sebelius entered an Order granting in part and denying in part Mr. Kovzan's Motion to Compel.  (Dkt. No. 89).  Judge Sebelius ordered that "Mr. Kovzan's motion to compel, as it pertains to documents appearing on the SEC's privilege log, is denied without prejudice to refiling within thirty (30) calendar days from the date of this order should such a motion become necessary after the parties meaningfully confer."  Order at 22.  (Dkt. No. 89).

4.  Pursuant to the terms of the Order, Mr. Kovzan currently must refile his Motion to Compel as to any challenges to the sufficiency of Plaintiff's privilege logs on or before August 30, 2012.

5.  The parties have been working diligently to resolve outstanding disputes with respect to the sufficiency of the privilege logs, having engaged in a meet-and-confer call on August 9, 2012, exchanged correspondence dated August 15, 2012, and conferred again by telephone on August 24, 2012.  The parties have specifically undertaken to follow Judge

Sebelius' suggestions of ways to narrow the dispute "with the aim of reaching a more practical solution." Order at 21. (Dkt. No. 89).

6. As a result of these discussions, Plaintiff has agreed to provide a supplemental privilege log relating to a number of documents by August 29, 2012. The parties accordingly require additional time to allow Mr. Kovzan to evaluate Plaintiff's supplemental privilege log and to allow the parties to engage in an additional meet-and-confer process, if necessary, to attempt to resolve any remaining differences without the need for motion practice.

7. Neither party will be prejudiced by the granting of this motion.

8. Plaintiff has no objection to the requested extension of time.

**WHEREFORE**, Defendant Stephen M. Kovzan respectfully requests that this Court grant his motion and enter an order permitting him to file his renewed Motion to Compel documents reflected on Plaintiff's privilege logs on or before September 13, 2012.

Dated: August 27, 2012

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

      David Williams
      David Mendel
      U.S. Securities & Exchange Commission-DC
      100 F. Street NE
      Washington, DC  20549-4010
      (202) 551-4450
      (202) 772-9246 (FAX)
      williamsdav@sec.gov
      mendeld@sec.gov

      Jeffrey S. Kruske
      Office of the Securities Commissioner
      109 SW 9th Street, Suite 600
      Topeka, KS  66612
      (785) 296-5215
      jeff.kruske@ksc.ks.gov

      *Attorneys for Plaintiff Securities & Exchange Commission*

      /s/ Stephen L. Hill, Jr.
      Attorney