IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>STEPHEN M. KOVZAN,<br><br>　　　　　　　　　　　Defendant. | Civil No. 11-CV-2017 JWL/KGS<br><br>Judge John W. Lungstrum |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiff Securities and Exchange Commission's Second Supplemental Objections and Responses to Defendant Stephen M. Kovzan's First Request For Production of Documents and Things and Supplemental Objections and Responses to Defendant Stephen M. Kovzan's First Set of Interrogatories were served via e-mail on August 31, 2012 upon:

    Andrew B. Weissman, Esq.
    Christopher A. Wilber, Esq.
    Nicole R. Rabner, Esq.
    J. David Zetlin-Jones, Esq. (New York)
    WilmerHale
    1875 Pennsylvania Avenue, NW
    Washington, DC 20006
    andy.weissman@wilmerhale.com
    christopher.wilber@wilmerhale.com
    nicole.rabner@wilmerhale.com
    david.zetlin-jones@wilmerhale.com

    Stephen L. Hill, Jr., Esq.
    F.G. Maxwell Carr-Howard, Esq.

Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com

*Counsel for Defendant Stephen M. Kovzan*

Dated:  September 7, 2012

          Respectfully submitted,

            s/ Jeffrey S. Kruske
          Jeffrey S. Kruske (Kansas Bar No. 20098)
          Office of the Securities Commissioner
          109 SW 9th Street, Suite 600
          Topeka, KS  66612
          Telephone: (785) 296-5215
          Fax: (785) 296-5482

          A. David Williams (Cal. Bar 183854)
          David S. Mendel (D.C. Bar 470796)
          Securities and Exchange Commission
          100 F Street, NE
          Washington, DC 20549-5546
          Phone: (202) 551-4548

          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 7, 2012, the foregoing Certificate of Service was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

          Respectfully submitted,

            s/ Jeffrey S. Kruske
          Jeffrey S. Kruske (Kansas Bar No. 20098)
          Office of the Securities Commissioner
          109 SW 9th Street, Suite 600
          Topeka, KS  66612
          Telephone: (785) 296-5215

Fax: (785) 296-5482

Fax: (785) 296-5482