**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| **STEPHEN M. KOVZAN,** | |
| **Defendant.** | |

**UNOPPOSED MOTION FOR [SECOND] EXTENSION
OF TIME TO FILE RENEWED MOTION TO COMPEL**

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)

WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr.        KS # 78029
Maxwell Carr-Howard    KS # 21042
Lyndsey J. Conrad         KS # 23527

HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

*Attorneys for Defendant Stephen M. Kovzan*

Pursuant to D. Kan. Rule 6.1(a) and 72.1.4, Defendant Stephen M. Kovzan hereby respectfully moves this Court for an additional extension of time, up to and including September 27, 2012, to refile his Motion to Compel as it pertains to documents appearing on Plaintiff's privilege logs, in accordance with Judge Sebelius' Order on Mr. Kovzan's Motion to Compel (Dkt. No. 89), if the parties are unable to resolve their differences before that date. In support of his motion, Mr. Kovzan states:

1. On February 27, 2012, Mr. Kovzan filed a Motion to Compel, which in pertinent part challenged the sufficiency of Plaintiff's privilege logs. (Dkt. Nos. 61-62).

2. On March 12, 2012, Plaintiff filed its response to Mr. Kovzan' Motion to Compel and on March 26, 2012, Mr. Kovzan filed his reply. (Dkt. Nos. 65-66).

3. On July 31, 2012, Judge Sebelius entered an Order granting in part and denying in part Mr. Kovzan's Motion to Compel. (Dkt. No. 89). Judge Sebelius ordered that "Mr. Kovzan's motion to compel, as it pertains to documents appearing on the SEC's privilege log, is denied without prejudice to refiling within thirty (30) calendar days from the date of this order should such a motion become necessary after the parties meaningfully confer." Order at 22. (Dkt. No. 89).

4. On August 28, 2012, Judge Sebelius entered an Order granting Mr. Kovzan's Unopposed Motion for Extension of Time to File Renewed Motion to Compel. (Dkt. Nos. 99, 100).

5. Pursuant to the terms of Judge Sebelius' August 28, 2012 Order, Mr. Kovzan currently must refile his Motion to Compel as to any challenges to the sufficiency of Plaintiff's privilege logs on or before September 13, 2012.

6. The parties have been working diligently to resolve outstanding disputes with

- 3 -

respect to the sufficiency of the privilege logs, having engaged in meet-and-confer calls on August 9 and 24, 2012.  The parties have also exchanged correspondence dated August 15, 29 and September 7, 2012.  The parties have specifically undertaken to follow Judge Sebelius' suggestions of ways to narrow the dispute "with the aim of reaching a more practical solution."  Order at 21.  (Dkt. No. 89).

7. As a result of these discussions, Plaintiff provided a supplemental privilege log relating to a number of documents by August 29, 2012 (the "August 29 Log").  By letter dated September 7, 2012, Mr. Kovzan requested that Plaintiff provide more information on certain of the entries on the August 29 log by September 13, 2012.  The parties accordingly require additional time to allow Mr. Kovzan to evaluate the requested information and to allow the parties to engage in an additional meet-and-confer process, if necessary, to attempt to resolve any remaining differences without the need for motion practice.

8. Neither party will be prejudiced by the granting of this motion.

9. Plaintiff has no objection to the requested extension of time.

**WHEREFORE**, Defendant Stephen M. Kovzan, respectfully requests that this Court grant his motion and enter an order permitting him to file his renewed Motion to Compel documents reflected on Plaintiff's privilege logs on or before September 27, 2012.

Dated:  September 10, 2012

- 4 -

|  |  |
|---|---|
| | Respectfully submitted, |
| | /s/ Stephen L. Hill, Jr. |
| Andrew B. Weissman (admitted *pro hac vice*) | |
| John A. Valentine (admitted *pro hac vice*) | Stephen L. Hill, Jr. KS # 78029 |
| Nicole R. Rabner (admitted *pro hac vice*) | Maxwell Carr-Howard KS # 21042 |
| J. David Zetlin-Jones (admitted *pro hac vice*) | Lyndsey J. Conrad KS # 23527 |
| Kelly S. Shoop (admitted *pro hac vice*) | HUSCH BLACKWELL LLP |
| WILMERHALE LLP | 4801 Main Street, Suite 1000 |
| 1875 Pennsylvania Avenue, NW | Kansas City, Missouri  64112 |
| Washington, DC 20006 | (816) 983-8000 |
| (202) 663-6000 | (816) 983-8080 |
| andrew.weissman@wilmerhale.com | stephen.hill@huschblackwell.com |
| john.valentine@wilmerhale.com | max.carr-howard@huschblackwell.com |
| nicole.rabner@wilmerhale.com | lyndsey.conrad@huschblackwell.com |
| david.zetlin-jones@wilmerhale.com | |
| kelly.shoop@wilmerhale.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

> David Williams
> David Mendel
> U.S. Securities & Exchange Commission-DC
> 100 F. Street NE
> Washington, DC  20549-4010
> (202) 551-4450
> (202) 772-9246 (FAX)
> williamsdav@sec.gov
> mendeld@sec.gov
>
> Jeffrey S. Kruske
> Office of the Securities Commissioner
> 109 SW 9th Street, Suite 600
> Topeka, KS  66612
> (785) 296-5215
> jeff.kruske@ksc.ks.gov
>
> *Attorneys for Plaintiff Securities & Exchange Commission*

            /s/ Stephen L. Hill, Jr.
            Attorney