# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO COMPEL

| | |
|---|---|
| Andrew B. Weissman (admitted *pro hac vice*) | Stephen L. Hill, Jr.   KS # 78029 |
| John A. Valentine (admitted *pro hac vice*) | Maxwell Carr-Howard   KS # 21042 |
| Nicole R. Rabner (admitted *pro hac vice*) | Lyndsey J. Conrad   KS # 23527 |
| J. David Zetlin-Jones (admitted *pro hac vice*) | |
| Kelly S. Shoop (admitted *pro hac vice*) | HUSCH BLACKWELL LLP |
| | 4801 Main Street, Suite 1000 |
| WILMERHALE LLP | Kansas City, Missouri 64112 |
| 1875 Pennsylvania Avenue, NW | (816) 983-8000 |
| Washington, DC 20006 | (816) 983-8080 |
| (202) 663-6000 | stephen.hill@huschblackwell.com |
| andrew.weissman@wilmerhale.com | max.carr-howard@huschblackwell.com |
| christopher.wilber@wilmerhale.com | lyndsey.conrad@huschblackwell.com |
| nicole.rabner@wilmerhale.com | |
| david.zetlin-jones@wilmerhale.com | |

*Attorneys for Defendant Stephen M. Kovzan*

Pursuant to D. Kan. Rule 6.1(a), Defendant Stephen M. Kovzan hereby respectfully moves this Court for an extension of time, up to and including October 15, 2012, to file any motion to compel with respect to Plaintiff Securities and Exchange Commission's responses to Mr. Kovzan's First Set of Requests for Admission ("Requests"), Second Set of Interrogatories, and Third Set of Interrogatories ("Interrogatories"), if the parties are unable to resolve their differences about the sufficiency of Plaintiff's responses before that date. Plaintiff does not oppose this request. In support of his motion, Mr. Kovzan states:

1. On June 29, 2012, Mr. Kovzan served Plaintiff with the Requests and the Interrogatories [Dkt #81].

2. Plaintiff served objections and responses to both the Requests and Interrogatories on August 17, 2012.

3. Without further action, D. Kan. Rule 37.1(b) would require Mr. Kovzan to file a motion to compel discovery relating to the Requests and the Interrogatories within 30 days after service of Plaintiff's responses. As a result, Mr. Kovzan must currently file his motion to compel by September 17, 2012, unless the Court extends the time for filing such motion for good cause.

4. Due to the large volume of written discovery at issue, spanning nearly 160 pages and covering a wide range of important issues, as well as the service of Plaintiff's objections and responses in the midst of the previously-scheduled vacations of several counsel in the case, the parties require additional time to determine whether a motion to compel is required.

5. This is the first motion for an extension of time with respect to any motion to compel relating to these Requests or Interrogatories.

6. The purpose of this extension is both to allow Mr. Kovzan time to meaningfully review Plaintiff's responses and objections, as well as to allow the parties to engage in a meet-and-confer process in an attempt to resolve their differences without the need for motion practice.

7. Neither party will be prejudiced by the granting of this motion.

8. Plaintiff has no objection to the requested extension of time.

**WHEREFORE**, Defendant Stephen M. Kovzan, respectfully requests that this Court grant his motion and enter an order permitting him to file any motion to compel with respect to Plaintiff's responses to the Requests and the Interrogatories on or before October 15, 2012.

Dated:  September 11, 2012

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
christopher.wilber@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

    David Williams
    David Mendel
    U.S. Securities & Exchange Commission-DC
    100 F. Street NE
    Washington, DC  20549-4010
    (202) 551-4450
    (202) 772-9246 (FAX)
    williamsdav@sec.gov
    mendeld@sec.gov

    Jeffrey S. Kruske
    Office of the Securities Commissioner
    109 SW 9th Street, Suite 600
    Topeka, KS  66612
    (785) 296-5215
    jeff.kruske@ksc.ks.gov

*Attorneys for Plaintiff Securities & Exchange Commission*

                                              /s/ Stephen L. Hill, Jr.
                                              Attorney