# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>STEPHEN M. KOVZAN,<br><br>       Defendant. | Civil No. 11-CV-2017 JWL/KGS |

## UNOPPOSED MOTION OF DEFENDANT STEPHEN M. KOVZAN FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF HIS OBJECTIONS TO AND MOTION FOR REVIEW OF <u>MAGISTRATE JUDGE SEBELIUS' JULY 31, 2012 ORDER</u>

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)

WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr.  KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad  KS # 23527

HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

*Attorneys for Defendant Stephen M. Kovzan*

- 2 -

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and District of Kansas Local Rule 6.1, defendant Stephen M. Kovzan respectfully submits this unopposed motion for an extension of time for filing a reply in support of his Objections To And Motion For Review Of Magistrate Judge Sebelius' July 31, 2012 Order On Defendant's Motion To Compel.  (Dkt. # 96).  In support of this Motion, Mr. Kovzan states as follows:

1. On August 24, 2012, Mr. Kovzan filed his Objections To And Motion For Review Of Magistrate Judge Sebelius' July 31, 2012 Order that, in part, denied Mr. Kovzan's Motion to Compel.

2. Plaintiff Securities and Exchange Commission filed its Response on September 7, 2012.

3. Pursuant to Local Rules 6.1(d)(1), 7.1(c), and 7.5, Mr. Kovan's reply must be filed on or before September 21, 2012.

4. The attorney with primary responsibility for drafting Mr. Kovzan's reply has experienced the death of a close family member and must travel out of town for funeral services.  In addition, the senior attorney responsible for overseeing the reply has preexisting client commitments that require unavoidable business travel for much of the coming week.

5. In light of these constraints, Mr. Kovzan requests a short extension of time, to September 26, 2012, to file a reply in support of his Objections To And Motion For Review Of Magistrate Judge Sebelius' July 31, 2012 Order.

6. Mr. Kovzan has not previously requested an extension of time to file a reply in support of this motion, although, the parties jointly requested, and the Court granted, an extension of time to file objections to the magistrate judge's order.  (Dkt. # 92).

7. Plaintiff has no objection to this request.

- 2 -

**WHEREFORE**, Defendant Stephen M. Kovzan, respectfully requests that this Court grant his motion and enter an order permitting him to file his reply in support of his Objections To And Motion For Review Of Magistrate Judge Sebelius' July 31, 2012 Order on or before September 26, 2012.

Dated:  September 14, 2012

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

    David Williams
    David Mendel
    U.S. Securities & Exchange Commission-DC
    100 F. Street NE
    Washington, DC  20549-4010
    (202) 551-4450
    (202) 772-9246 (FAX)
    williamsdav@sec.gov
    mendeld@sec.gov

    Jeffrey S. Kruske
    Office of the Securities Commissioner
    109 SW 9th Street, Suite 600
    Topeka, KS  66612
    (785) 296-5215
    jeff.kruske@ksc.ks.gov

    *Attorneys for Plaintiff Securities & Exchange Commission*

        /s/ Stephen L. Hill, Jr.
        Attorney