IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                       **Plaintiff,**<br><br>    v.<br><br>STEPHEN M. KOVZAN,<br><br>                       **Defendant.** | Civil No. 11-CV-2017 JWL/KGS |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Local Rules 6.1 and 7.1, Plaintiff Securities and Exchange Commission and Defendant Stephen M. Kovzan jointly move the Court to amend the Scheduling Order (Dkt.# 43) entered in this case. In support of this Motion, the parties state as follows:

    1.     On April 10, 2012, the parties jointly filed a Motion To Extend The Discovery Schedule based, in part on Mr. Kovzan's then-outstanding Motion to Compel. (Dkt. # 69).

    2.     The Court granted the Motion To Extend the Discovery Schedule on July 30, 2012 (Dkt. # 70).

    3.     The parties jointly moved for a second extension to the Discovery Schedule on July 20, 2012, pending the Court's resolution of Mr. Kovzan's Motion to Compel. (Dkt. # 86).

    4.     The Court granted the motion and suspended portions of the Scheduling Order pending a final resolution of the Motion to Compel. The Court instructed the parties to submit a joint proposal for an amended scheduling order to govern any remaining deadlines within seven days of the final resolution of Mr. Kovzan's Motion to Compel. (Dkt # 88). The Court stated that it would address at that time whether it is feasible to keep the current dispositive motion deadline and trial date. *Id.*

5. The District Court entered an order finally resolving Mr. Kovzan's Motion to Compel on October 10, 2012. (Dkt. # 113).

6. Given that the dispositive motion deadline (September 14, 2012) has already passed, the parties believe that good cause exists to extend both that date and the trial date, which is currently set for February 5, 2013. (Dkt. # 43).

7. Thus, the parties jointly propose the following amendments to the Scheduling Order:

| Event | Deadline/Setting |
| --- | --- |
| Fact Discovery Commenced or Served in Time to be Completed by: | January 16, 2013 |
| Rule 26(a)(2) Disclosures/Expert Reports for Party Bearing the Burden of Proof: | February 1, 2013 |
| Rule 26(a)(2) Disclosures/Expert Reports for Party Not Bearing the Burden of Proof: | March 1, 2013 |
| Supplementation of Disclosures under Rule 26(e): | March 4, 2013 (~40 days before close of all discovery) |
| Rule 26(a)(2) Disclosures/Rebuttal Expert Reports: | March 15, 2013 |
| Expert Discovery Completed (closing all discovery): | April 12, 2013 |
| Proposed Pretrial Order: | April 26, 2013 |
| Final Pretrial Conference: | May 3, 2013 |
| Potentially Dispositive Motions (e.g., summary judgment): | May 24, 2013 |
| Oppositions to Potentially Dispositive Motions: | June 21, 2013 |
| Replies in Support of Potentially Dispositive Motions: | July 19, 2013 |
| Motions Challenging Admissibility of Expert Testimony: | No later than 28 days before trial |

| Trial: | November 11, 2013 |
|---|---|

WHEREFORE, the Defendant respectfully request the Court grant their Joint Motion to Amend the Scheduling Order and for any such other and further relief and this Court shall deem just and proper.

DATED: October 17, 2012

      Respectfully submitted,

      /s/ Stephen L. Hill
      Stephen L. Hill, Jr. KS #78029
      Maxwell Carr-Howard KS #21042
      Lyndsey J. Conrad KS #23527
      HUSCH BLACKWELL LLP
      4801 Main Street, Suite 1000
      Kansas City, Missouri  64112
      (816) 983-8000
      stephen.hill@huschblackwell.com
      max-carr-howard@huschblackwell.com
      lyndsey.conrad@huschblackwell.com

      Andrew B. Weissman (*pro hac vice*)
      John A. Valentine (*pro hac vice*)
      Nicole R. Rabner (*pro hac vice*)
      J. David Zetlin-Jones (*pro hac vice*)
      Kelly S. Shoop (*pro hac vice*)
      WILMER CUTLER PICKERING HALE AND DORR LLP
      1875 Pennsylvania Avenue, NW
      Washington, DC  20006
      (202) 663-6600
      andrew.weissman@wilmerhale.com
      john.valentine@wilmerhale.com
      nicole.rabner@wilmerhale.com
      david.zetlin-jones@wilmerhale.com
      kelly.shoop@wilmerhale.com

      *Attorneys for Defendant Stephen M. Kovzan*

/s/ Jeffrey S. Kruske
Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
(785) 296-5215
jeff.kruske@ksc.ks.gov

A. David Williams (Cal. Bar. 183854)
David S. Mendel (D.C. Bar No. 470796)
Securities and Exchange Commission
100 F. Street, NE
Washington, DC  20549-5546
(202) 551-4450
williamsdav@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing was filed with the clerk of the court using the CM/ECF system this 17th of October, 2012, which sent notification of electronic filing to counsel of record.

/s/ Stephen L. Hill