IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 11-2017-JWL |
| STEPHEN M. KOVZAN, ) ) | |
| Defendant. ) | |

## ORDER

This matter comes before the court upon the parties' Joint Motion to Amend the Scheduling Order (Doc. 116). The motion is granted, and the Scheduling Order (ECF No. 43) is further modified as follows:

1. All fact discovery shall be commenced or served in time to be completed by **January 16, 2013.** All expert discovery shall be served or commenced in time to be completed by **April 12, 2013.**

2. Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, shall be served by plaintiff and by defendant as to issues for which that respective party bears the burden of proof by **February 1, 2013.** Rule 26(a)(2) disclosures shall be served by plaintiff and by defendant as to issues for which that respective party does not bear the burden of proof by **March 1, 2013.** Disclosures and reports by any rebuttal experts shall be served by **March 15, 2013.**

3. Supplementations of disclosures under Fed. R. Civ. P. 26(e) shall be served at such times and under such circumstances as required by that rule. In addition, such supplemental disclosures shall be served by **March 1, 2013,** approximately 40 days before the deadline for completion of all discovery. The supplemental disclosures served 40 days before the deadline for completion of all discovery must identify the universe of all witnesses and exhibits that probably or even might be used at trial.

4. All other potentially dispositive motions (e.g., motions for summary judgment) shall be filed by **May 24, 2013.** The parties shall comply with D. Kan. Rule 6.1(d)(2) regarding the time for filing a response brief and a reply brief, or they may seek extensions from the district judge regarding the briefing schedule for this motion.

5. Pursuant to Fed. R. Civ. P. 16(e), a final pretrial conference is scheduled for **May 1, 2013, at 9:30 a.m.,** by telephone, or at the U.S. Courthouse, Room 470, 444 SE Quincy, Topeka, Kansas, if the judge determines that the proposed pretrial order is not in the appropriate format or that there are other problems requiring counsel to appear in person. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **April 24, 2013,** defendant shall submit the parties' proposed pretrial order (formatted in WordPerfect X5, Word 2010, or earlier version) as an attachment to an Internet e-mail sent to *ksd_sebelius_chambers@ksd.uscourts.gov*.

6. This case is set for trial on the court's docket beginning on **November 12, 2013, at 9:30 a.m.** Unless otherwise ordered, this is not a "special" or "No. 1" trial setting. Therefore, during the month preceding the trial docket setting, counsel should stay in contact with the trial judge's courtroom deputy to determine the day of the docket on which trial of the case actually will begin. The trial setting may be changed only by order of the judge presiding over the trial.

Accordingly,

**IT IS THEREFORE ORDERED** that upon the parties' Joint Motion to Amend the Scheduling Order (Doc. 116) is granted.

**IT IS SO ORDERED.**

Dated this 22nd day of October, 2012, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
