IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>STEPHEN M. KOVZAN,<br><br>                    Defendant. | Civil No. 11-CV-2017 JWL/KGS |

### DECLARATION AND CERTIFICATION OF COMPLIANCE WITH FED. R. CIV. P. 37(A)(1) AND D. KAN. RULE 37.2

I, Kelly S. Shoop, declare as follows:

1. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, co-counsel for named defendant, Stephen M. Kovzan in this action, and the information contained herein is based on my personal knowledge.

2. Pursuant to Fed. R. Civ. P. 37(a)(1) and D. Kan. R. 37.2 of the Rules of Practice of the United States District Court for the District of Kansas, I hereby certify that counsel for Mr. Kovzan and counsel for plaintiff Securities and Exchange Commission conferred in good faith in order to narrow and/or resolve the discovery disputes at issue in Mr. Kovzan's Motion to Compel Answers to Interrogatories 1(a) and 1(b) of His First Set of Interrogatories. *See* Ex. 1 (Shoop Decl. ¶ 2).

3. Following this Court's July 31, 2012 Order granting Mr. Kovzan's Motion to Compel Answers to his First Set of Interrogatories (Dkt. No. 89), and plaintiff's service of

Supplemental Responses to the Interrogatories on August 31, 2012, *see* Ex. 2 (Shoop Decl. ¶ 3), counsel for the parties have conferred multiple times by phone and by letter.

4. Specifically, counsel for the parties participated in phone conferences on September 13 and October 17, 2012. The parties also conferred by exchanging letters on September 21 and 28, 2012; October 12, 2012; and November 7, 2012. These communications are attached to Mr. Kovzan's Memorandum of Law in support of this Motion to Compel. *See* Exs. 3 – 6 (Shoop Decl. ¶¶ 4 – 7).

5. Plaintiff also provided further Supplemental Responses to Mr. Kovzan's First Set of Interrogatories on October 5 and 24, 2012. These Supplemental Responses are attached to Mr. Kovzan's Memorandum of Law in support of this Motion to Compel. *See* Exs. 7 – 8 (Shoop Decl. ¶¶ 9 – 10).

6. Despite these good faith efforts, the parties have been unable to resolve significant issues regarding the completeness of plaintiff's responses to Interrogatories 1(a) and 1(b) of Mr. Kovzan's First Set of Interrogatories.

Signed under penalty of perjury this 14th day of November, 2012.

_____
Kelly S. Shoop