IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   v.<br><br>STEPHEN M. KOVZAN,<br><br>       Defendant. | Civil No. 11-CV-2017 JWL/KGS |

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that Defendant Stephen M. Kovzan's Third Set of Requests for Production of Documents and Things and Defendant Stephen M. Kovzan's Second Set of Requests for Admission were served via e-mail on November 5, 2012, upon:

David Williams
David Mendel
U.S. Securities & Exchange Commission-DC
100 F. Street NE
Washington, DC  20549-4010
(202) 551-4450
(202) 772-9246 (FAX)
williamsdav@sec.gov
mendeld@sec.gov

Jeffrey S. Kruske
Office of the Kansas Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS 66612
(785) 296-5215
(785) 296-5482 (FAX)
jeff.kruske@ksc.ks.gov

KCP-4098744-1

*Attorneys for Plaintiff Securities & Exchange Commission*

        Respectfully submitted,

        /s/ Maxwell Carr-Howard
        Stephen L. Hill, Jr.     KS # 78029
        Maxwell Carr-Howard   KS # 21042
        Lyndsey J. Conrad      KS # 23527
        Husch Blackwell LLP
        4801 Main Street, Suite 1000
        Kansas City, Missouri  64112
        (816) 983-8000
        (816) 983-8080 (FAX)
        stephen.hill@huschblackwell.com
        max.carr-howard@huschblackwell.com
        lyndsey.conrad@huschblackwell.com

        Andrew B. Weissman (*pro hac vice*)
        John A. Valentine (*pro hac vice*)
        Nicole R. Rabner (*pro hac vice*)
        J. David Zetlin-Jones (*pro hac vice*)
        Kelly S. Shoop (*pro hac vice*)
        WILMER CUTLER PICKERING HALE
        AND DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        (202) 663-6000
        andrew.weissman@wilmerhale.com
        john.valentine@wilmerhale.com
        nicole.rabner@wilmerhale.com
        david.zetlin-jones@wilmerhale.com
        kelly.shoop@wilmerhale.com

        *Attorneys for Defendant Stephen M. Kovzan*

CERTIFICATE OF SERVICE

       I hereby certify that on November 16, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.

                                              /s/ Maxwell Carr-Howard
                                              Attorney