IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| **STEPHEN M. KOVZAN,** | Judge John W. Lungstrum |
| Defendant. | |

**DECLARATION OF DAVID WILLIAMS IN OPPOSITION TO MOTION TO COMPEL**

Pursuant to 28 U.S.C. § 1746, I respectfully submit this Declaration in Support of Plaintiff Securities and Exchange Commission's Opposition to Defendant Stephen M. Kovzan's Second Motion to Compel.

1.      I am an Assistant Chief Litigation Counsel in the Division of Enforcement of the Securities and Exchange Commission ("SEC" or the "Commission").  I serve as trial counsel in this civil action. I have served as an SEC trial counsel for the last six years.  Prior to serving as an SEC trial counsel, I served as an investigative counsel for the Commission.  I have been employed by the Commission since 2004.  I am fully familiar with the documentary record in this litigation as well as the Commission's investigation that preceded this litigation. I make this Declaration based upon personal knowledge. The sources of my personal knowledge are documents obtained and reviewed by myself and/or other Commission staff working with me (including those annexed hereto as Exhibits), sworn testimony by witnesses in depositions or investigative testimony conducted by Commission staff, and information provided to me by

other members of the Commission staff. The statements of others set forth herein are described in substance and in part, and not verbatim. To the extent that there are assertions herein concerning dates and numbers, they are approximate, based upon information and evidence gathered to date. Because the Commission submits this Declaration for the limited purpose of supporting its Opposition to Defendant Kovzan's Motion, I have not set forth each and every fact that I know about this litigation.

  2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Supplemental Responses and Objections to Defendants' Third Set of Interrogatories, which were served upon Defendant on October 26, 2012 in this matter.

DATED:  November 28, 2012    Respectfully submitted,

*[signature: Dad Will]*

_____
A. David Williams
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20901-4010
Telephone:  (202) 551-4548 (Williams)
Fax: (202) 972-9246 (Williams)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2012, the foregoing Declaration of David Williams in Opposition to Defendant Stephen M. Kovzan's Second Motion to Compel was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

    /s/ Jeffrey S. Kruske_____
 Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
Telephone: (785) 296-5215