# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>STEPHEN M. KOVZAN,<br><br>     Defendant. | Civil No. 11-CV-2017 JWL/KGS |

## DEFENDANT STEPHEN M. KOVZAN'S
## CROSS-NOTICE OF DEPOSITION TO JEFFERY S. FRASER

Pursuant to Fed. R. Civ. P. 30(b)(1), defendant Stephen M. Kovzan, by his counsel, will take the deposition of Jeffery S. Fraser on December 12, 2012, at 9:00 a.m., at the offices of Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036, continuing on December 14, 2012, at 9:00 a.m., if necessary. The deposition shall be taken for the purpose of discovery and for use as evidence in this action pursuant to the Federal Rules of Civil Procedure.

The deposition shall be taken upon oral examination before a certified court reporter or before some other officer authorized by law to administer oaths. The deposition will be recorded by stenographic, video, and audio means.

Dated: December 5, 2012      Respectfully submitted,

                   /s/ Stephen L. Hill, Jr.
                   Stephen L. Hill, Jr. KS #78029
                   Maxwell Carr-Howard KS #21042
                   Lyndsey J. Conrad KS #23527
                   HUSCH BLACKWELL LLP
                   4801 Main Street, Suite 1000
                   Kansas City, Missouri 64112

2

(816) 983-8000
stephen.hill@huschblackwell.com
max-carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

Andrew B. Weissman (*pro hac vice*)
John A. Valentine (*pro hac vice*)
Nicole R. Rabner (*pro hac vice*)
J. David Zetlin-Jones (*pro hac vice*)
Kelly S. Shoop (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6600
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

Case 2:11-cv-02017-JWL-KGS   Document 124   Filed 12/05/12   Page 3 of 3

## CERTIFICATE OF SERVICE

     I hereby certify that on this 5th day of December, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to counsel of record and the foregoing was e-mailed to the following counsel:

     Jeffrey S. Kruske
     Office of the Securities Commissioner
     109 SW 9th Street, Suite 600
     Topeka, KS  66612
     (785) 296-5215
     jeff.kruske@ksc.ks.gov

     Erica Y. Williams
     David Williams
     Holly A. Pal
     Helaine Schwartz
     David S. Mendel
     U.S. Securities and Exchange Commission
     100 F. Street NE
     Washington, DC  20549-4010
     (202) 551-4450
     (202) 772-9246 (FAX)
     williamse@sec.gov
     williamsdav@sec.gov
     palh@sec.gov
     schwartzh@sec.gov
     mendeld@sec.gov

     *Attorneys for Plaintiff Securities and Exchange Commission*

     /s/ Stephen L. Hill, Jr.
     Attorney