# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>STEPHEN M. KOVZAN,<br><br>            Defendant. | Civil No. 11-CV-2017 JWL/KGS |

## STIPULATION REGARDING DISCOVERY

Plaintiff Securities and Exchange Commission and Defendant Stephen M. Kovzan, pursuant to Federal Rule of Civil Procedure 29, agree and stipulate that the deposition of Jeffery S. Fraser on December 12, 2012 shall, if necessary, continue on December 14, 2012, and may be extended beyond a total of seven (7) hours if necessary to complete the examination of Mr. Fraser, who is a key fact witness in this action and must travel long-distance to New York for the deposition.

Dated:  December 5, 2012                    Respectfully submitted,

/s/ Stephen L. Hill, Jr.
Stephen L. Hill, Jr. KS #78029
Maxwell Carr-Howard KS #21042
Lyndsey J. Conrad KS #23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
stephen.hill@huschblackwell.com
max-carr-howard@huschblackwell.com

lyndsey.conrad@huschblackwell.com

Andrew B. Weissman (*pro hac vice*)
John A. Valentine (*pro hac vice*)
Nicole R. Rabner (*pro hac vice*)
J. David Zetlin-Jones (*pro hac vice*)
Kelly S. Shoop (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6600
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*


/s/_ Jeffrey S. Kruske
Jeffrey S. Kruske
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
(785) 296-5215
jeff.kruske@ksc.ks.gov

Erica Y. Williams
David Williams
Holly A. Pal
Helaine Schwartz
David S. Mendel
U.S. Securities and Exchange Commission
100 F. Street NE
Washington, DC  20549-4010
(202) 551-4450
(202) 772-9246 (FAX)
williamse@sec.gov
williamsdav@sec.gov
palh@sec.gov
schwartzh@sec.gov
mendeld@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of December, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to counsel of record and the foregoing was e-mailed to the following counsel:

>Jeffrey S. Kruske
>Office of the Securities Commissioner
>109 SW 9th Street, Suite 600
>Topeka, KS 66612
>(785) 296-5215
>jeff.kruske@ksc.ks.gov
>
>Erica Y. Williams
>David Williams
>Holly A. Pal
>Helaine Schwartz
>David S. Mendel
>U.S. Securities and Exchange Commission
>100 F. Street NE
>Washington, DC 20549-4010
>(202) 551-4450
>(202) 772-9246 (FAX)
>williamse@sec.gov
>williamsdav@sec.gov
>palh@sec.gov
>schwartzh@sec.gov
>mendeld@sec.gov
>
>*Attorneys for Plaintiff Securities and Exchange Commission*

      /s/ Stephen L. Hill, Jr.
      Attorney