**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                          **Plaintiff,**<br><br>             v.<br><br>**STEPHEN M. KOVZAN,**<br><br>                          **Defendant.** | Civil No. 11-CV-2017 JWL/KGS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO COMPEL**

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)

WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
christopher.wilber@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

Stephen L. Hill, Jr.           KS # 78029
Maxwell Carr-Howard      KS # 21042
Lyndsey J. Conrad            KS # 23527

HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

*Attorneys for Defendant Stephen M. Kovzan*

Pursuant to D. Kan. Rule 6.1(a), Defendant Stephen M. Kovzan hereby respectfully moves this Court for an extension of time, up to and including December 21, 2012, to file any motion to compel with respect to Plaintiff Securities and Exchange Commission's responses to Mr. Kovzan's First Set of Requests for Documents, including documents appearing on Plaintiff's privilege logs, in accordance with Judge Lungstrum's Order on Mr. Kovzan's Motion to Compel (Dkt. No. 113), if the parties are unable to resolve their differences before that date.  Plaintiff does not oppose this request.  In support of his motion Mr. Kovzan states:

1. On February 27, 2012, Mr. Kovzan filed a Motion to Compel, which in pertinent part sought certain non-public documents concerning the interpretation of and SEC interpretative guidance regarding Item 402 of Regulation S-K, 17 C.F.R. § 229.402. (Dkt. Nos. 61-62).

2. On March 27, 2012, Plaintiff filed its response to Mr. Kovzan's Motion to Compel and on March 26, 2012, Mr. Kovzan filed his reply.  (Dkt. Nos. 65-66).

3. On July 31, 2012, Judge Sebelius entered an Order granting in part and denying in part Mr. Kovzan's Motion to Compel.  (Dkt. No. 89).

4. On August 24, 2012, Mr. Kovzan filed Objections to and Motion for Review of Judge Sebelius' July 31, 2012 Order (the "Motion for Review").  (Dkt. Nos. 96-97).  On September 7, 2012, Plaintiff filed its Opposition to Mr. Kovzan's Motion for Review and on September 26, Mr. Kovzan filed his reply.  (Dkt. Nos. 102, 111).

5. On October 10, 2012, Judge Lungstrum entered an Order granting Mr. Kovzan's Motion for Review and ordering Plaintiff to produce the requested documents on or before November 9, 2012.  (Dkt. No. 113).

6. On November 9, 2012, Plaintiff served its supplemental responses to Mr.

Kovzan's First Set of Requests for Documents, pursuant to Judge Lungstrum's Order, as well as a supplemental privilege log.

7. Without further action, D. Kan. Rule 37.1(b) would require Mr. Kovzan to file a motion to compel further responses to plaintiff's supplemental responses, as ordered by Judge Lungstrum in his October 10, 2012 Order, within 30 days after service of Plaintiff's supplemental responses. As a result, Mr. Kovzan must currently file a motion to compel as to Plaintiff's supplemental responses to the First Set of Document Requests by December 10, 2012, unless the Court extends the time for filing such motion for good cause.

8. The parties have been working diligently to resolve outstanding disputes as to Plaintiff's supplemental discovery responses, having exchanged correspondence on November 19, December 4 and December 5, 2012, and having engaged in a meet-and-confer telephone call on November 30, 2012. Plaintiff has agreed to provide more information on the scope of Plaintiff's search for responsive documents as well as certain entries on Plaintiff's privilege logs on December 10, 2012, the date upon which, absent an extension, a motion to compel as to these materials must be filed. Mr. Kovzan therefore requires additional time to assess the additional information Plaintiff has agreed to provide to determine whether a motion to compel is necessary for any of Plaintiff's supplemental responses to Mr. Kovzan's First Set of Requests for Documents, as ordered by Judge Lungstrum on October 10, 2012.

9. The purpose of this extension is both to allow Mr. Kovzan time to meaningfully review this additional information regarding the scope of Plaintiff's search for documents and the basis for Plaintiff's privilege claims as to certain documents, as well as to allow the parties to continue their ongoing meet-and-confer process in an attempt to resolve their differences without the need for motion practice.

10. Neither party will be prejudiced by the granting of this motion.

11. Plaintiff has no objection to the requested extension of time.

**WHEREFORE**, Defendant Stephen M. Kovzan, respectfully requests that this Court grant his motion and enter an order permitting him to file any motion to compel with respect to Plaintiff's supplemental responses to Mr. Kovzan's First Set of Requests for Documents, as provided in Judge Lungstrum's October 10, 2012 Order, on or before December 21, 2012.

Dated: December 7, 2012

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
christopher.wilber@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 7, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

     Erica Y. Williams
     David Williams
     Helaine Schwartz
     David Mendel
     Holly A. Pal
     U.S. Securities & Exchange Commission-DC
     100 F. Street NE
     Washington, DC  20549-4010
     (202) 551-4450
     (202) 772-9246 (FAX)
     williamse@sec.gov
     williamsdav@sec.gov
     schwartzh@sec.gov
     mendeld@sec.gov
     palh@sec.gov

     *Attorneys for Plaintiff Securities & Exchange Commission*

     Jeffrey S. Kruske
     Office of the Securities Commissioner
     109 SW 9th Street, Suite 600
     Topeka, KS  66612
     (785) 296-5215
     jeff.kruske@ksc.ks.gov

     *Attorneys for Plaintiff Securities & Exchange Commission*

     /s/ Stephen L. Hill, Jr.
     Attorney