IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>STEPHEN M. KOVZAN,<br><br>       Defendant. | Civil No. 11-CV-2017 JWL/KGS |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO COMPEL

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)

WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
christopher.wilber@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com

Stephen L. Hill, Jr.  KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad  KS # 23527

HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

*Attorneys for Defendant Stephen M. Kovzan*

Pursuant to D. Kan. Rule 6.1(a), Defendant Stephen M. Kovzan hereby respectfully moves this Court for an extension of time, up to and including January 16, 2013, to file any motion to compel with respect to Plaintiff's Supplemental Responses to Requests 11-16, 18-20, 32-34, and 64, pursuant to Judge Lungstrum's October 10, 2012 Order on Mr. Kovzan's Motion For Review (Dkt. No. 113), including documents appearing on Plaintiff's November 9, 2012 privilege log, if the parties are unable to resolve their differences before that date. In support of his motion, Mr. Kovzan states:

1. On February 27, 2012, Mr. Kovzan filed a Motion To Compel, which in pertinent part challenged the sufficiency of Plaintiff's responses to Requests 11-16, 18-20, 32-34, 64, and 67-72 of Mr. Kovzan's First Set of Requests for the Production of Documents. (Dkt. Nos. 61-62).

2. On March 27, 2012, Plaintiff filed its response to Mr. Kovzan's Motion To Compel and on March 26, 2012, Mr. Kovzan filed his reply. (Dkt. Nos. 65-66).

3. On July 31, 2012, Judge Sebelius entered an Order granting in part and denying in part Mr. Kovzan's Motion To Compel. (Dkt. No. 89). Pertinent to this motion, Judge Sebelius denied Mr. Kovzan's Motion To Compel as to Request Nos. 11-16, 18-20, 32-34, and 64. (Dkt. No. 89).

4. On August 10, 2012, Judge Sebelius entered an Order granting Plaintiff's Unopposed Motion to Stay Compliance with the Magistrate Judge's Order granting in part Mr. Kovzan's Motion to Compel. (Dkt. No. 92).

5. On August 23, 2012, Judge Sebelius entered an Order granting Plaintiff's Second Unopposed Motion to Stay Deadlines regarding the Magistrate Judge's Order granting in part Mr. Kovzan's Motion to Compel. (Dkt. No. 94).

6. On August 24, 2012, Mr. Kovzan filed a Motion For Review of the July 31, 2012 Order. (Dkt. Nos. 96-97).

7. On September 7, 2012, Plaintiff filed its Opposition to Mr. Kovzan's Motion For Review, and on September 26, 2012, Mr. Kovzan filed his reply. (Dkt. Nos. 102, 111).

8. On October 10, 2012, Judge Lungstrum granted Mr. Kovzan's Motion For Review and ordered Plaintiff to produce the following categories of documents responsive to Requests 11-16, 18-20, 32-34, and 64 of Mr. Kovzan's First Set of Requests for Production of Documents by November 9, 2012: "(1) communications between plaintiff Securities and Exchange Commission and third parties; (2) non-privileged portions of plaintiff's internal documents that reflect communications between plaintiff and third parties; and (3) plaintiff's internal documents concerning a final decision as to what guidance, if any, the SEC staff may provide to reporting companies regarding the meaning of the perquisite disclosure regulations and the definition of internal control over financial reporting." (Dkt. No. 113).

9. On November 9, 2012, Plaintiff served its Third Supplemental Objections and Responses to Mr. Kovzan's First Set of Requests for the Production of Documents, which included documents produced pursuant to the terms of Judge Lungstrum's October 10, 2012 Order (the "November 9 Responses") as well as a privilege log (the "November 9 Log").

10. On December 7, 2012, Mr. Kovzan filed an unopposed motion for extension of time to move to compel as to Plaintiff's Third Supplemental Objections and Responses to Mr. Kovzan's First Set of Requests for the Production of Documents, as provided in Judge Lungstrum's October 10, 2012 Order. Judge Sebelius granted the motion on December 7, 2012. (Dkt. No. 126).

11. Pursuant to the terms of Judge Sebelius' December 7, 2012 Order, Mr. Kovzan

3

currently must file any motion to compel with respect to Plaintiff's Third Supplemental Objections and Responses to Mr. Kovzan's First Set of Requests for the Production of Documents, provided in accordance with Judge Lungstrum's October 10, 2012 Order, by December 21, 2012. (Dkt. No. 126).

12. The parties have been working diligently to resolve outstanding disputes with respect to the November 9 Responses, having engaged in meet-and-confer telephone calls on November 30 and December 20, 2012. The parties also have exchanged written correspondence dated November 19, 2012, and December 4, 10, and 17, 2012.

13. In a December 20, 2012 meet-and-confer telephone call, Plaintiff agreed to undertake additional searches of the electronic and hard copy files of former SEC employees who may have documents responsive to Requests 11-16, 18-20, 32-34, and 64, as provided in Judge Lungstrum's October 10, 2012 Order. (Dkt. No. 113).

14. The parties require additional time to provide Plaintiff with sufficient time to undertake the requested searches, as well as review and produce responsive documents in accordance with Judge Lungstrum's October 10, 2012 Order, and to allow Mr. Kovzan time to meaningfully review Plaintiff's additional responses.

15. Additionally, Mr. Kovzan has continuing concerns about the sufficiency of Plaintiff's November 9 Log, and intends to file a motion to compel on that issue.

16. The purpose of this extension is to allow Plaintiff to complete its search for documents responsive production of documents responsive to Requests 11-16, 18-20, 32-34, and 64, per its agreement on December 20, 2012, to allow Mr. Kovzan time to meaningfully review Plaintiff's responses and objections, and to place all outstanding discovery disputes as to Plaintiff's responses pursuant to Judge Lungstrum's October 10, 2012 Order on the same

schedule for purposes of a motion to compel as needed. Should the need for motion practice arise, the parties can address any remaining discovery disputes in the same motion to compel briefing.

17. Neither party will be prejudiced by the granting of this motion.[1]

18. Plaintiff has no objection to the requested extension of time.

**WHEREFORE**, Defendant Stephen M. Kovzan, respectfully requests that this Court grant his motion and enter an order permitting him to file any motion to compel on or before January 16, 2013 with respect to Plaintiff's Supplemental Responses to Requests 11-16, 18-20, 32-34, and 64, pursuant to Judge Lungstrum's October 10, 2012 Order on Mr. Kovzan's Motion For Review (Dkt. No. 113).

---

[1] The current fact discovery deadline in this case is January 16, 2013. In light of Mr. Kovzan's Second Motion To Compel currently pending before the Court, *see* Dkt. Nos. 118-19, as well as the possibility of additional discovery motions, the parties intend to confer and may come back to this Court regarding the need for reasonable relief from this date for the close of fact discovery.

Dated: December 20, 2012

                                      Respectfully submitted,

                                      /s/ Stephen L. Hill, Jr.

| | |
|---|---|
| Andrew B. Weissman (admitted *pro hac vice*) | Stephen L. Hill, Jr. KS # 78029 |
| John A. Valentine (admitted *pro hac vice*) | Maxwell Carr-Howard KS # 21042 |
| Nicole R. Rabner (admitted *pro hac vice*) | Lyndsey J. Conrad KS # 23527 |
| J. David Zetlin-Jones (admitted *pro hac vice*) | HUSCH BLACKWELL LLP |
| Kelly S. Shoop (admitted *pro hac vice*) | 4801 Main Street, Suite 1000 |
| WILMERHALE LLP | Kansas City, Missouri 64112 |
| 1875 Pennsylvania Avenue, NW | (816) 983-8000 |
| Washington, DC 20006 | (816) 983-8080 |
| (202) 663-6000 | stephen.hill@huschblackwell.com |
| andrew.weissman@wilmerhale.com | max.carr-howard@huschblackwell.com |
| christopher.wilber@wilmerhale.com | lyndsey.conrad@huschblackwell.com |
| nicole.rabner@wilmerhale.com | |
| david.zetlin-jones@wilmerhale.com | |

6

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

Jeffrey S. Kruske
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS 66612
(785) 296-5215
jeff.kruske@ksc.ks.gov

Erica Y. Williams
David Williams
Holly A. Pal
Helaine Schwartz
David S. Mendel
Natalie Shioji
U.S. Securities and Exchange Commission
100 F. Street NE
Washington, DC 20549-4010
(202) 551-4450
(202) 772-9246 (FAX)
williamse@sec.gov
williamsdav@sec.gov
palh@sec.gov
schwartzh@sec.gov
mendeld@sec.gov
shiojin@sec.gov
*Attorneys for Plaintiff Securities & Exchange Commission*

/s/ Stephen L. Hill, Jr.
Attorney