IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | ORAL ARGUMENT REQUESTED |
| STEPHEN M. KOVZAN, | |
| Defendant. | |

### STEPHEN M. KOVZAN'S THIRD MOTION TO COMPEL

Pursuant to Rules 26, 34, and 37(a) of the Federal Rules of Civil Procedure, Defendant Stephen M. Kovzan moves to compel plaintiff Securities and Exchange Commission to produce information and documents in response to his Second Set of Requests for Admission and Third Set of Requests for Production of Documents and Things. In support of his Motion, Mr. Kovzan directs the Court to his contemporaneously-filed Memorandum of Law in Support.

WHEREAS Defendant Stephen M. Kovzan respectfully requests that the Court enter an order compelling plaintiff to produce documents and information as set forth in his Memorandum of Law in Support and grant Mr. Kovzan such other relief as it deems just and proper.

Dated: December 21, 2012

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
Christopher A. Wilber (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

## CERTIFICATE OF SERVICE

     I hereby certify that on December 21, 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

     Erica Y. Williams
     David Williams
     Helaine Schwartz
     David S. Mendel
     Holly A. Pal
     Natalie Shioji
     U.S. Securities & Exchange Commission-DC
     100 F. Street NE
     Washington, DC  20549-4010
     (202) 551-4450
     (202) 772-9246 (FAX)
     williamse@sec.gov
     williamsdav@sec.gov
     schwartzh@sec.gov
     mendeld@sec.gov
     palh@sec.gov
     shiojin@sec.gov
     *Attorneys for Plaintiff Securities & Exchange Commission*

     Jeffrey S. Kruske
     Office of the Kansas Securities Commissioner
     109 SW 9th Street, Suite 600
     Topeka, KS 66612
     (785) 296-5215
     (785) 296-5482 (FAX)
     Jeff.Kruske@ksc.ks.gov
     *Attorney for Plaintiff Securities & Exchange Commission*

                                                  /s/ Stephen L. Hill, Jr.
                                                  Attorney