IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

    v.

STEPHEN M. KOVZAN,

            Defendant.

Civil No. 11-CV-2017 JWL/KGS

**DECLARATION AND CERTIFICATION OF COMPLIANCE
WITH FED. R. CIV. P. 37(A)(1) AND D. KAN. RULE 37.2**

I, Kelly S. Shoop, declare as follows:

1. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, co-counsel in this action for named defendant, Stephen M. Kovzan. The information contained herein is based on my personal knowledge.

2. Pursuant to Fed. R. Civ. P. 37(a)(1) and D. Kan. R. 37.2 of the Rules of Practice of the United States District Court for the District of Kansas, I hereby certify that counsel for Mr. Kovzan and counsel for plaintiff Securities and Exchange Commission conferred in good faith in order to narrow and/or resolve the discovery disputes at issue in Mr. Kovzan's motion to compel responses to his Third Set of Requests for the Production of Documents and Things and to his Second Set of Requests for Admission.

3. On November 5, 2012, Mr. Kovzan served his Third Set of Requests for the Production of Documents and Things and his Second Set of Requests for Admission (the "Requests"). On December 5, 2012, plaintiff served its Objections to Mr. Kovzan's Third Set of

- 2 -

Requests for the Production of Documents and Things and its Objections and Responses to Mr. Kovzan's Second Set of Requests for Admission (the "Objections and Responses").

4. The parties have conferred regarding plaintiff's Objections and Responses.

5. Specifically, counsel for the parties participated in phone conferences of substantial length on November 30 and December 20, 2012 regarding plaintiff's Objections and Responses, including the relevance of the Requests. The parties also exchanged written correspondence by email on December 4, 17, and 20, 2012 regarding the same.

6. Despite these good faith efforts, the parties have been unable to resolve significant issues regarding plaintiff's willingness to provide substantive responses to Mr. Kovzan's Third Set of Requests for the Production of Documents and Things and his Second Set of Requests for Admission.

7. As set out in Mr. Kovzan's Memorandum of Law in Support of his Third Motion To Compel, the parties have a fundamental disagreement on whether the subject matter of the requests are relevant to this action, making this issue appropriate for the Court to decide.

Signed under penalty of perjury this 21st day of December, 2012.

      /s/ Kelly S. Shoop
          Kelly S. Shoop