# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | Judge John W. Lungstrum |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and District of Kansas Local Rule 6.1, plaintiff Securities and Exchange Commission respectfully moves for a one week extension of time to 1) file its Opposition to defendant Kovzan's Third Motion to Compel and 2) object to or comply with this Court's Order requiring the Commission to supplement its response to Defendant's First Set of Interrogatories. In support of this Motion, plaintiff states as follows:

1. On February 27, 2012, defendant filed a Motion To Compel which in pertinent part challenged the sufficiency of plaintiff's responses to defendant's First Set of Interrogatories. (Dkts. # 61-62).

2. On July 31, 2012, the Magistrate entered an Order granting in part and denying in part defendant's Motion To Compel. (Dkt. #89).

3. On August 31, 2012, plaintiff served its Supplemental Objections and Responses to defendant's First Set of Interrogatories in compliance with the Order.

4.	On November 14, 2012, defendant filed a Second Motion to Compel challenging the sufficiency of plaintiff's supplemental responses to defendant's First Set of Interrogatories. (Dkt. #118).

5.	On December 21, 2012, the Magistrate entered an Order granting in part and denying in part defendant's Second Motion To Compel ("the December 21 Order"), ordering plaintiff to supplement its responses within 14 days, making a response due on January 4, 2013. (Dkt. #136).

6.	Also on December 21, 2012, defendant filed his Third Motion to Compel, challenging the sufficiency of plaintiff's responses to defendant's Second Set of Requests for Admission and Third Set of Requests for Production of Documents and Things.  Pursuant to Local Rule 6.1(d), plaintiff's response must be filed and served within 14 days making a response also due on January 4, 2013.

7.	Several attorneys for plaintiff are unavailable as a result of pre-scheduled vacations during much of the period before plaintiff's responses are due.

8.	Due to the unavailability of counsel during this period, plaintiff respectfully requests an additional seven (7) days to respond to the December 21 Order as well as to defendant's Third Motion to Compel.

9.	Defendant has no objection to such an extension of time.


Dated:  December 27, 2012		Respectfully submitted,

   /s/ Jeffrey S. Kruske_____
Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
(785) 296-5215

2

jeff.kruske@ksc.ks.gov

A. David Williams (Cal. Bar. 183854)
David S. Mendel (D.C. Bar No. 470796)
Securities and Exchange Commission
100 F. Street, NE
Washington, DC  20549-5546
(202) 551-4450
williamsdav@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2012, the foregoing Unopposed Motion for Extension of Time was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

 /s/ Jeffrey S. Kruske_____
Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
(785) 296-5215
jeff.kruske@ksc.ks.gov