**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

**SECURITIES AND EXCHANGE
COMMISSION,**

                                        **Plaintiff,**          **Civil No. 11-CV-2017
                                                                  JWL/KGS**

                    **v.**

**STEPHEN M. KOVZAN,**

                                        **Defendant.**

**SECURITIES AND EXCHANGE COMMISSION'S MOTION TO QUASH DEFENDANT
STEPHEN M. KOVZAN'S RULE 30(B)(6) NOTICE**

        Pursuant to Rule 26(C) of the Federal Rules of Civil Procedure, and for the reasons stated

in the accompanying Memorandum of Law, Plaintiff Securities and Exchange Commission

hereby moves that the Court enter a protective order quashing the Notice of Deposition served by

defendant Stephen M. Kovzan under Rule 30(b)(6).

Dated:  January 7, 2013                       Respectfully submitted,


                                               /s/ Jeffrey S. Kruske
                                              Jeffrey S. Kruske (Kansas Bar No. 20098)
                                              Office of the Securities Commissioner
                                              109 SW 9th Street, Suite 600
                                              Topeka, KS  66612
                                              Telephone: (785) 296-5215


                                              A. David Williams (Cal. Bar 183854)
                                              David Mendel (D.C. Bar No. 470796)
                                              Securities and Exchange Commission
                                              100 F Street, NE
                                              Washington, DC 20549-5546

Phone: (202) 551-4548

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**


**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that on January 7, 2013, the foregoing Motion to Quash Defendant Steven M.

Kovzan's Rule 30(b)(6) Notice, along with an accompanying Memorandum of Law, was filed with the

Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.



_/s/ Jeffrey S. Kruske_____
Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
Telephone: (785) 296-5215