## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>                             Plaintiff, <br><br>    v. <br><br> STEPHEN M. KOVZAN, <br><br>                             Defendant. | Civil No. 11-CV-2017 JWL/KGS |

### DEFENDANT STEPHEN M. KOVZAN'S
### NOTICE OF DEPOSITION TO WILLIAM DEMAREST

Pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, as well as this Court's Deposition Guidelines, defendant Stephen M. Kovzan, by his counsel, will take the deposition of William Demarest on January 16, 2013, at 9:00 a.m., at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC  20006, or at such time and place as may be agreed to by the deponent and parties.  The deposition shall continue up to four (4) hours and may, for good cause, be extended.  The deposition shall be taken for the purpose of discovery and for use as evidence in this action pursuant to the Federal Rules of Civil Procedure.

The deposition shall be taken upon oral examination before a certified court reporter or before some other officer authorized by law to administer oaths.  The deposition will be recorded by stenographic, video, and audio means.

Dated:  January 8, 2013                                    Respectfully submitted,

/s/ Stephen L. Hill, Jr.
Stephen L. Hill, Jr. KS #78029
Maxwell Carr-Howard KS #21042
Lyndsey J. Conrad KS #23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
stephen.hill@huschblackwell.com
max-carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

Andrew B. Weissman (*pro hac vice*)
John A. Valentine (*pro hac vice*)
Nicole R. Rabner (*pro hac vice*)
J. David Zetlin-Jones (*pro hac vice*)
Kelly S. Shoop (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6600
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2013, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

    Erica Y. Williams
    David Williams
    Helaine Schwartz
    David S. Mendel
    Holly A. Pal
    Natalie Shioji
    U.S. Securities & Exchange Commission-DC
    100 F. Street NE
    Washington, D.C.  20549-4010
    (202) 551-4450
    (202) 772-9246 (FAX)
    williamse@sec.gov
    williamsdav@sec.gov
    schwartzh@sec.gov
    mendeld@sec.gov
    palh@sec.gov
    shiojin@sec.gov
    *Attorneys for Plaintiff Securities & Exchange Commission*

    Jeffrey S. Kruske
    Office of the Kansas Securities Commissioner
    109 SW 9th Street, Suite 600
    Topeka, KS 66612
    (785) 296-5215
    (785) 296-5482 (FAX)
    Jeff.Kruske@ksc.ks.gov
    *Attorney for Plaintiff Securities & Exchange Commission*

                                        /s/ Stephen L. Hill, Jr.
                                        Attorney