IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | Judge John W. Lungstrum |
| Defendant. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Plaintiff Securities and Exchange Commission's Fourth Supplemental Objections and Responses to Defendant Stephen M. Kovzan's First Set of Interrogatories were served via e-mail on January 11, 2013 upon:

    Andrew B. Weissman, Esq.
    Christopher A. Wilber, Esq.
    Nicole R. Rabner, Esq.
    J. David Zetlin-Jones, Esq. (New York)
    WilmerHale
    1875 Pennsylvania Avenue, NW
    Washington, DC 20006
    andy.weissman@wilmerhale.com
    christopher.wilber@wilmerhale.com
    nicole.rabner@wilmerhale.com
    david.zetlin-jones@wilmerhale.com

    Stephen L. Hill, Jr., Esq.
    F.G. Maxwell Carr-Howard, Esq.
    Husch Blackwell LLP
    4801 Main Street, Suite 1000
    Kansas City, MO 64112
    stephen.hill@huschblackwell.com

max.carr-howard@huschblackwell.com

*Counsel for Defendant Stephen M. Kovzan*

Dated: January 11, 2013

      Respectfully submitted,

      /s/ Jeffrey S. Kruske_____
      Jeffrey S. Kruske (Kansas Bar No. 20098)
      Office of the Securities Commissioner
      109 SW 9th Street, Suite 600
      Topeka, KS 66612
      Telephone: (785) 296-5215

      A. David Williams (Cal. Bar 183854)
      David S. Mendel (D.C. Bar 470796)
      Securities and Exchange Commission
      100 F Street, NE
      Washington, DC 20549-5546
      Phone: (202) 551-4548

      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2013, the foregoing Certificate of Service was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendant's counsel of record.

      /s/ Jeffrey S. Kruske_____
      Jeffrey S. Kruske (Kansas Bar No. 20098)
      Office of the Securities Commissioner
      109 SW 9th Street, Suite 600
      Topeka, KS 66612
      Telephone: (785) 296-5215