IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN M. KOVZAN,<br><br>　　　　　　　　Defendant. | Civil No. 11-CV-2017 JWL/KGS<br><br>ORAL ARGUMENT REQUESTED |

### STEPHEN M. KOVZAN'S FOURTH MOTION TO COMPEL

Pursuant to Rules 26, 34, and 37(a) of the Federal Rules of Civil Procedure, Defendant Stephen M. Kovzan moves to compel plaintiff Securities and Exchange Commission to:

1) Produce all documents on its November 9, 2012 privilege log for which plaintiff failed to invoke the deliberative process privilege properly, instead making a broad claim of privilege inconsistent with the law;

2) As to any documents properly withheld under claim of "Attorney-Client Privilege" or "Deliberative Process Privilege," produce all factual portions of such documents that are not protected from discovery, including the views expressed by third parties in communications with the SEC; and

3) As to any future production made by plaintiff in compliance with Judge Lungstrum's October 10, 2012 Order (Dkt. No. 113), supply a privilege log that complies with the requirements of the law or produce the relevant documents.

In support of his Motion, Mr. Kovzan directs the Court to his contemporaneously-filed Memorandum of Law in Support.

WHEREAS Defendant Stephen M. Kovzan respectfully requests that the Court enter an

order compelling plaintiff to produce documents and information as set forth in his

Memorandum of Law in Support and grant Mr. Kovzan such other relief as it deems just and

proper.

Dated: January 16, 2013

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
Christopher A. Wilber (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 16, 2013, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

>Erica Y. Williams
>David Williams
>Helaine Schwartz
>David S. Mendel
>Holly A. Pal
>Natalie Shioji
>U.S. Securities & Exchange Commission-DC
>100 F. Street NE
>Washington, DC  20549-4010
>(202) 551-4450
>(202) 772-9246 (FAX)
>williamse@sec.gov
>williamsdav@sec.gov
>schwartzh@sec.gov
>mendeld@sec.gov
>palh@sec.gov
>shiojin@sec.gov
>*Attorneys for Plaintiff Securities & Exchange Commission*

>Jeffrey S. Kruske
>Office of the Kansas Securities Commissioner
>109 SW 9th Street, Suite 600
>Topeka, KS 66612
>(785) 296-5215
>(785) 296-5482 (FAX)
>Jeff.Kruske@ksc.ks.gov
>*Attorney for Plaintiff Securities & Exchange Commission*

                                                     /s/ Stephen L. Hill, Jr.
                                                     Attorney