# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>     v.<br><br>STEPHEN M. KOVZAN,<br><br>           Defendant. | Civil No. 11-CV-2017 JWL/KGS |

## DECLARATION OF KELLY S. SHOOP IN SUPPORT OF STEPHEN M. KOVZAN'S FOURTH MOTION TO COMPEL

I, Kelly S. Shoop, declare as follows:

1. I am a counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, co-counsel for named defendant, Stephen M. Kovzan in this action. I submit this Declaration in Support of Stephen M. Kovzan's Fourth Motion to Compel.

2. Attached hereto as Exhibit 1 is a true and correct copy of plaintiff Securities and Exchange Commission's Third Supplemental Responses and Objections to Mr. Kovzan's First Request for Production of Documents and Things ("Third Supplemental Responses"), which were served on November 9, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of a privilege log provided on November 9, 2012 along with plaintiff's Third Supplemental Responses ("November 9 Log").

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter dated December 10, 2012 from plaintiff regarding, among other things, the sufficiency of its privilege claims.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email dated December 4, 2012 from counsel for Mr. Kovzan memorializing understandings reached on the November 30, 2012 teleconference (attachment to email is intentionally omitted).

6. Attached hereto as Exhibit 5 is a true and correct copy of an email dated December 20, 2012 from counsel for Mr. Kovzan to plaintiff memorializing understandings reached on the December 20, 2012 teleconference.

Signed under penalty of perjury this 16th day of January, 2013.

                                                    /s/ Kelly S. Shoop
                                                         Kelly S. Shoop