**SEC v. Kovzan**, 2:11-cv-02017-JWL –KGS (D. Kansas)
**SEC's Privilege Log for November 9, 2012 Production of Documents**

| Description | Date(s) | Preparer | To | CC | Subject Matter Information | Reason withheld | Basis of Privilege Assertion | Request Number(s) |
|---|---|---|---|---|---|---|---|---|
| Handwritten notes, internal memoranda | 5/17/2005 | Carolyn Sherman | Commission file; David Lynn | | Meeting with ABA Joint Committee on Employee Benefits | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the documents lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Handwritten notes, internal emails, internal memoranda | 5/13/2005, 5/16/2005, 5/25/2005 | Carolyn Sherman, Anne Krauskopf, Mauri Osheroff | Commission file, Alan Beller, Martin Dunn, Shelley Parratt, Paula Dubberly, Carol Stacey, James Daly, Paul Belvin, Barry Summer, David Lynn, Elizabeth Murphy, Anne Krauskopf, Consuelo Hitchcock, Jonathan Ingram, Amy Starr, Mauri Osheroff | David Lynn, Carolyn Sherman | Meeting with Society of Corporate Secretaries and Governance Professionals | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Handwritten notes, internal memoranda | 7/27/2004 | Carolyn Sherman | Commission file, file | | Meeting with Tim Bartl (HR Policy Association) and Charles G. Tharp (Rutgers, The State University of New Jersey) | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the documents lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Handwritten notes, internal emails, internal memoranda | 9/28/2004, 10/18/2004 | Carolyn Sherman, David Lynn, Anne Krauskopf | David Lynn, Anne Krauskopf, file | Carolyn Sherman | Meeting with Tim Bartl (HR Policy Association), Jeffrey J. Kros (WorldatWork), Michael L. David (WorldatWork) | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 5/3/2005 | Anne Krauskopf | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 5/10/2005 | Anne Krauskopf | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 1/13/2005 | Anne Krauskopf | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 12/16/2004 | Anne Krauskopf | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal emails, internal memoranda | 10/19/2004 | Carolyn Sherman, David Lynn, Anne Krauskopf | Paula Dubberly, Carolyn Sherman, David Lynn, Anne Krauskopf | | Proposed amendments to Regulation S-K Items 402 and 404 | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memoranda; internal email | 8/17/2004 | Anne Krauskopf | David Lynn, Carolyn Sherman | | Proposed amendment to Regulation S-K Items 402 and 404 | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the documents lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 5/12/2005 | Anne Krauskopf | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memoranda, research findings | 8/17/2004 | Anne Krauskopf | David Lynn | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 11/14/2002 | Anne Krauskopf | Alan Beller | Paula Dubberly | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 8/6/2004 | Anne Krauskopf | Paula Dubberly, David Lynn | | Taxation of Executive Compensation | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 11/14/2002 | Anne Krauskopf | Alan Beller | Paula Dubberly | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 8/24/2005, 5/25/2005, 2/xx/2005 | Alan Beller, Paula Dubberly, David Lynn, Anne Krauskopf, Carolyn Sherman | Christopher Cox, William Donaldson, Alan Beller | Ben Cohen, Peter Uhlmann, Paul Wilkinson, Joe Hall, Jeff Minton | Proposed amendment to Regulation S-K Item 402 | Attorney-Client Communication, Deliberative Process | The document reflects an internal communication relating to confidential legal advice provided to the Commission by Commission attorneys regarding amending the disclosure requirements for executive and director compensation.  This is an internal, deliberative document that:  (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the document lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, analysis, analytical approach, and recommendations to senior officials relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 5/20/2005 | Anne Krauskopf | David Lynn | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |

| Description | Date(s) | Preparer | To | CC | Subject Matter Information | Reason withheld | Basis of Privilege Assertion | Request Number(s) |
|---|---|---|---|---|---|---|---|---|
| Internal drafts | 5/22/2005, 5/18/2005, 5/17/2005 | Anne Krauskopf | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 1/15/2006 | Alan Beller | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memoranda, internal draft, handwritten notes | 4/21/2005, 5/11/2005 | Paula Dubberly, David Lynn, Anne Krauskopf, Carolyn Sherman, Alan Beller | William Donaldson | Jeffrey Minton | Proposed amendments to Regulation S-K Items 402 and 404 | Attorney-Client Communication, Deliberative Process | These documents contain internal communications relating to confidential legal advice provided to the Commission by Commission attorneys regarding amending the disclosure requirements for executive and director compensation. These documents are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, analysis, analytical approach, and recommendations to the Commission relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 3/xx/2005 | Alan Beller | William Donaldson | Jeff Minton | Proposed amendment to Regulation S-K Item 402 | Attorney-Client Communication, Deliberative Process | The document reflects an internal communication relating to confidential legal advice provided to the Commission by a Commission attorney regarding amending the disclosure requirements for executive and director compensation. This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, analysis, analytical approach, and recommendations to the Commission relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 4/12/2005 | Alan Beller | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal drafts | 10/20/2004 | Alan Beller | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the documents lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum, internal draft | 1/18/2005 | Paula Dubberly, David Lynn, Anne Krauskopf, Carolyn Sherman | Alan Beller | | Proposed amendments to Regulation S-K Items 402 and 404 | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 8/17/2004 | Anne Krauskopf | David Lynn | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Handwritten notes | 6/25/2005 | Anne Krauskopf | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 10/19/2004 | David Lynn, Anne Krauskopf, Carolyn Sherman | Paula Dubberly | | Proposed amendments to Regulation S-K Items 402 and 404 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the document lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 8/24/2005 | Alan Beller | Christopher Cox | Ben Cohen, Peter Uhlmann, Paul Wilkinson | Proposed amendment to Regulation S-K Item 402 | Attorney-Client Communication, Deliberative Process | The document reflects an internal communication relating to confidential legal advice provided to the Commission by a Commission attorney regarding amending the disclosure requirements for executive and director compensation. This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, analysis, analytical approach, and recommendations to the Commission relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Handwritten notes | 4/3/2006, 4/18/2006 | Anne Krauskopf | | | Rock Center conference re new rules regarding disclosure of executive compensation, upcoming PLI annual executive compensation program on September 6 in NY | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 11/22/2005 | Alan Beller | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum, internal draft | 1/4/2006 | Division of Corporation Finance | The Commission | | Proposed amendments to Regulation S-K Items 402 and 404 | Attorney-Client Communication, Deliberative Process | These documents contain internal communications relating to confidential legal advice provided to the Commission by Commission attorneys regarding amending the disclosure requirements for executive and director compensation. These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, analysis, analytical approach, editing process, and recommendations to the Commission relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 5/31/2006 | Anne Krauskopf | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal drafts | | Anne Krauskopf | | | American Bar Association comments re proposed amendment to Regulation S-K Item 402 | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the documents lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 6/9/2006 | Anne Krauskopf, Paula Dubberly | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the document lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |

| Description | Date(s) | Preparer | To | CC | Subject Matter Information | Reason withheld | Basis of Privilege Assertion | Request Number(s) |
|---|---|---|---|---|---|---|---|---|
| Internal draft | 5/31/2006 | Anne Krauskopf | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 7/12/2006 | Division of Corporation Finance | The Commission | | Proposed amendments to Regulation S-K Items 402 and 404 | Attorney-Client Communication, Deliberative Process | The document reflects an internal communication relating to confidential legal advice provided to the Commission by Commission attorneys regarding amending the disclosure requirements for executive and director compensation. This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the document lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, analysis, analytical approach, and staff recommendations to the Commission relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 7/26/2006 | Division of Corporation Finance | | | American Bar Association comments re proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the document lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 8/18/2006 | Anne Krauskopf, Paula Dubberly | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the document lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 8/22/2006 | Anne Krauskopf, Paula Dubberly | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the document lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | | Anne Krauskopf | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 6/7/2006 | Anne Krauskopf, Paula Dubberly | | | Proposed amendment to Regulation S-K Item 402 | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the document lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 3/28/2006 | John W. White | Christopher Cox | | Proposed amendments to Regulation S-K Items 402 and 404 | Attorney-Client Communication, Deliberative Process | The document reflects internal communications relating to confidential legal advice provided to the Commission by a Commission attorney regarding amending the disclosure requirements for executive and director compensation. This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, analysis, analytical approach, and recommendations to the Commission relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal emails | 3/17/2006, 3/21/2006, 3/22/2006 | Anne Krauskopf, David Lynn | David Lynn, Anne Krauskopf | | Regulation S-K Item 402 | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft, internal emails, handwritten notes | 2/1/2006, 2/2/2006, 2/3/2006, 2/6/2006 | Anne Krauskopf, David Lynn, Paula Dubberly | David Lynn, Anne Krauskopf, Paula Dubberly | Anne Krauskopf | Perquisite interpretations | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 8/24/2005 | Anne Krauskopf | | | Executive compensation disclosure | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | | | | | Management Compensation Disclosure | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer(s) of the document lack(s) the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | | | | | Executive compensation | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer(s) of the document lack(s) the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | 4/13/2006 | Anne Krauskopf | David Lynn | | Regulation S-K Item 402 and reliance on financial | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the document lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memorandum | | | | | Management Compensation Disclosure | Deliberative Process | This is an internal, deliberative document that: (i) was authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer(s) of the document lack(s) the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflects SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Handwritten notes, internal memorandum | 5/17/2005, 5/19/2005 | Anne Krauskopf, Carolyn Sherman | File, David Lynn | | Meeting with ABA Joint Committee on Employee Benefits, Proposed amendments to Regulation S-K Items 402 and 404 | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal memoranda, internal draft | 6/23/2004, 6/15/2004 | Alan Beller, David Lynn, Anne Krauskopf | William Donaldson | | June 24, 2004 meeting re corporate transparency with Bob Gnaizda (Greelining Institute), Mary Ann Mitchell (National Black Business Council), Gelly Borromeo (Asian American Business Associations), and Jorge Corralejo (Latin Business Association) | Attorney-Client Communication, Deliberative Process | These documents contain internal communications relating to confidential legal advice provided to the Commission by Commission attorneys regarding amending the disclosure requirements for executive and director compensation. These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, analysis, analytical approach, editing process, and recommendations to the Commission relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |

| Description | Date(s) | Preparer | To | CC | Subject Matter Information | Reason withheld | Basis of Privilege Assertion | Request Number(s) |
|---|---|---|---|---|---|---|---|---|
| Internal memoranda, handwritten notes | 10/18/2004, 7/27/2004, 7/14/2004 | Anne Krauskopf | File | | Meeting with Tim Bartl (The Association of Senior Human Resource Executives), Jeffrey Kros (WorldatWork), and Michael David (WorldatWork) re compensation; internal meeting re proposed amendments to Regulation S-K Item 402; meeting with Tim Bartl (The Association of Senior Human Resource Executives) and Charles G. Tharp (Rutgers, The State University of New Jersey) re compensation | Deliberative Process | These are internal, deliberative documents that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparer of the documents lacks the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions, assessments, and analysis relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. | 11, 14, 15, 18-20, 32-34 |
| Internal draft | 4/25/2005 | Brian Croteau | | | Information Technology Controls | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission staff's decision to promulgate guidance on May 16, 2005, "Staff Statement on Management's Report on Internal Control Over Financial Reporting" which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Draft press release | 5/9/2006 | Kevin Stout | | | 404 Roll-out | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission staff's decision to publicly announce that it would issue further guidance by release dated May 16, 2006, "SEC Announces Next Steps for Sarbanes-Oxley Implementation" which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Draft press release | 5/16/2006 | Kevin Stout | | | Press release on Section 404 Action Items | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission staff's decision to publicly announce that it would issue further guidance by release dated May 16, 2006, "SEC Announces Next Steps for Sarbanes-Oxley Implementation" which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Memorandum | 4/7/2006 | Gerry Laporte, Anthony Barone, Will Hines, Kevin O'Neill | | | Draft report to SEC Advisory Committee on Smaller Public Companies | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission staff's decision to publicly announce that it would issue further guidance by release dated May 16, 2006, "SEC Announces Next Steps for Sarbanes-Oxley Implementation" which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Memorandum | 5/10/2006 | Kevin Stout | | | Discussion Summary Internal Control Roundtable | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission staff's decision to publicly announce that it would issue further guidance by release dated May 16, 2006, "SEC Announces Next Steps for Sarbanes-Oxley Implementation" which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Memorandum | 6/1/2006 | Kevin Stout | | | Management Guidance Overview / Outline of Concept Release | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Draft Proposed Rule | Various, between 10/6/06 and 12/20/06 | Kevin Stout, Gerry Laporte, Anthony Barone, Will Hines, Kevin O'Neill | | | Proposed Rule | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| internal email | 7/12/2006 | Kevin Stout | Michael Gaynor, Kevin Stout | | Follow up from today's discussion | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Draft Action Memoranda | Various, between 10/20/06 and 11/29/2006 | OCA, Corporation Finance | The Commission | | Action Memorandum | Attorney-Client Communication, Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Action Memorandum | 11/29/2006 | OCA, Corporation Finance | The Commission | | Action Memorandum | Attorney-Client Communication, Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Memoranda | Various, between 4/16/2006 and 12/29/2006 | Esmerelda Rodriguez, Brian Croteau, Kevin Stout, Parveen Gupta | | | Draft Management Guidance Discussion Templates | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Memoranda | 5/25/2006 | Various | | | Summary of May 10, 2006 Internal Control Roundtable - Panels 1 to 5 | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Powerpoint | 10/18/2004 | Nancy Salisbury | | | Draft Presentation to Institute of Internal Auditors | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Memoranda | 2/5/2005 | Various OCA Staff | | | Analysis of Comment Letters Related to Proposed Auditing Standard of PCAOB Release No. 2003-017 | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Memoranda | 6/1/2004 | Various OCA Staff | | | Analysis of Comment Letters Related to PCAOB Auditing Standard No. 2 | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |
| Powerpoint | 4/21/2005 | Len Jui | | | Draft Presentation to Society of Utility and Regulatory Financial Analysts | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. | 64 |

**SEC v. Kovzan, 2:11-cv-02017-JWL –KGS (D. Kansas)**
**SEC's Redaction Log for November 9, 2012 Production of Documents**

| Document | Date | Preparer | To | CC | Subject Matter Information | Reason redacted | Basis of Privilege Assertion |
|---|---|---|---|---|---|---|---|
| e-mails | 2/24/06, 2/28/06 | Paula Dubberly, David Lynn | David Lynn, Anne Krauskopf | | Perquisites questions | Deliberative process | The redacted portion of the document reflects internal, deliberative emails that: (i) were authored prior to the Commission's decision to adopt final amendments to the disclosure requirements for executive and director compensation including perquisites (which is evidenced by the fact that the SEC did not adopt these final amendments until August 29, 2006, and that the preparers of the documents lack the legal authority to decide to promulgate new rules, as only the Commission has such authority); and (ii) reflect SEC staff opinions and assessments relating to legal/policy matters bearing on the Commission's decision to adopt these final amendments. |
| Memoranda | 5/15/2006 | Amy Hargrett, Vassilious Karapanos, others | OCA Files | | Summary of May 10, 2006 Roundtable | Deliberative Process | This is an internal, deliberative document that was authored prior to the Commission's decision to promulgate a proposed rule, Release No. 33-8762, on December 20, 2006, which reflects SEC staff opinions, analysis, and editing process relating to legal/policy matters bearing on the Commission's decision to promulgate this guidance. |