## Peart Andre, Nicole

| | |
|---|---|
| **From:** | Shoop, Kelly |
| **Sent:** | Tuesday, December 04, 2012 11:29 AM |
| **To:** | Williams, David (WILLIAMSDAV@SEC.GOV) |
| **Cc:** | Weissman, Andy; Valentine, John; Rabner, Nicole; Zetlin-Jones, David |
| **Subject:** | SEC v. Kovzan, Civ. No. 11-cv-2017 |
| **Attachments:** | Draft Amended 30(b)(6) Notice (11.19.2012).PDF.PDF |

Dave,

We are writing to follow up on several topics raised during Friday's meet-and-confer telephone call.

**30(b)(6) deposition.** We have considered your request for the Commission to provide interrogatory responses in lieu of appearing for a 30(b)(6) deposition. Although we are prepared to consider answers to interrogatories in lieu of deposition testimony as to a few discrete topics in the attached topic list, we believe that a deposition is the most efficient mechanism for discovery as to most of the deposition topics we need to cover, particularly when considering the history of difficulty we have had obtaining satisfactory responses to interrogatories from the Commission. We therefore would like to set a date of January 9, 2012—or another convenient date before the end of fact discovery in this matter—for the 30(b)(6) deposition, with the Commission's agreement to continue the deposition for a second day if needed.

If the Commission is willing to provide answers to interrogatory responses on an expedited basis, which would give us sufficient time to assess the completeness of the Commission's responses well in advance of the deposition date, we suggest that, as an initial step, the Commission provide interrogatory responses on the following topics in the attached draft notice: 1, 12-16, 19, 20. To better focus your responses, we are prepared to discuss with you the specific questions we would like answered in connection with each topic. We propose that the Commission provide written responses within the next 10 days. If the Commission provides complete and satisfactory responses to those interrogatories, we will agree to drop those topics from the notice.

We are also open to discussing ways to narrow the scope of the topics in the attached list in order to streamline this deposition. If there are topics as to which the Commission has a specific objection and/or a reasonable proposal for narrowing the scope, please let us know as soon as possible.

**Mr. Kovzan's Second Set of Requests for Admission and Third Set of Requests for the Production of Documents (served November 5, 2012).** You indicated that you and your colleagues have discussed these requests extensively and that the Commission does not intend to respond substantively to this written discovery by the response deadline of December 10, 2012. Please let us know immediately if our understanding is incorrect.

**Commission's Third Supplemental Responses and Objections to Defendant's First Request for Production of Documents and Things (served November 9, 2012).** You agreed on Friday's call to provide more information by this Friday, December 7, as to certain entries on the privilege log for documents responsive to certain of Mr. Kovzan's document requests, as required by Judge Lungstrum's October 10, 2012 Order. Given that timeline, we propose extending the motion to compel deadline as to these materials until Friday, December 21, 2012 so that we will have adequate time to assess the Commission's response and engage in additional meet-and-confer discussions on this topic, if necessary. Please let us know if you agree and we will prepare and file an unopposed motion for an extension of the deadline (the current deadline is Monday, December 10, 2012).

**Kovzan D&O questionnaires.** Mr. Kovzan is unsure whether he filled out a D&O questionnaire before becoming NIC's CFO. He believes that if he filled out a questionnaire, he would have provided it to Brad Bradley.

1

**Staff's meetings with Mark Thornhill.** Separately from the issues we discussed on Friday, it has come to our attention that the Staff met with Mark Thornhill during the investigative phase of this case. We are not aware of any documents produced concerning these meetings in response to Mr. Kovzan's First Set of Requests for the Production of Documents, served on November 15, 2011, nor are meetings with Mr. Thornhill reflected on the Commission's "Privilege Log Related to Witness Interviews in *SEC v. NIC, Inc., et al.*, 2:11-cv-02016 (EFM-JPO)," provided on December 16, 2011. Please confirm the dates of any meetings with Mr. Thornhill, whether any documents reflecting those meetings exist, and whether the Commission intends to produce them in response to Mr. Kovzan's document requests. We believe all such documents would be responsive to at least Requests 83 and 84.

Please let us know if you would like to set up a call this week to discuss. We look forward to hearing from you.

Best regards,

Kelly


**Kelly S. Shoop | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6519 (t)
+1 202 663 6363 (f)
kelly.shoop@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.