IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>STEPHEN M. KOVZAN,<br><br>       Defendant. | Civil No. 11-CV-2017 JWL/KGS |

## SUPPLEMENTAL DECLARATION OF DAVID ZETLIN-JONES
## IN SUPPORT OF STEPHEN M. KOVZAN'S THIRD MOTION TO COMPEL

I, David Zetlin-Jones, declare as follows:

1. I am a counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, co-counsel for named defendant, Stephen M. Kovzan, in this action. I submit this Supplemental Declaration in Support of Stephen M. Kovzan's Third Motion To Compel.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Stephen M. Kovzan, taken on June 1, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Robert Alan Reynolds, taken on April 26, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email and attachment sent from Mr. Reynolds to Mr. Kovzan and Eric Bur on January 5, 2004.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of Jeffery S. Fraser, taken on December 12, 2012.

- 2 -

6. On January 11, 2013, pursuant to this Court's December 21, 2012 Order (Dkt. No. 136), plaintiff supplemented its previous interrogatory responses to identify the principal and material evidence supporting its contention that various expenses constituted undisclosed perquisites. In its list of documents plaintiff identifies as supporting its "commuting" allegations, plaintiff cites duplicate versions or different iterations of the email attached hereto as Exhibit 3 at least five times.

Signed under penalty of perjury this 25th day of January, 2013.

_____
David Zetlin-Jones