```
                                                                    1

 1
 2           IN THE UNITED STATES DISTRICT COURT
 3              FOR THE DISTRICT OF KANSAS
 4                KANSAS CITY DIVISION
 5    ---------------------------------------
 6   SECURITIES AND EXCHANGE COMMISSION,
 7                    Plaintiff,
 8         v.                          Civil No.
 9                                     11-CV-2017 JWL/KGS
10   STEPHEN M. KOVZAN,
11                    Defendant.
12   ---------------------------------------
13
14           VIDEOTAPED DEPOSITION OF JEFFREY S.
15   FRASER, a deponent in the above-entitled cause, taken
16   before Marie Foley, Registered Merit Reporter,
17   Certified Realtime Reporter and Notary Public in and
18   for the State of New York, pursuant to Notice, at
19   Dechert LLP, 1095 Avenue of the Americas, New York,
20   New York, on Wednesday, December 12, 2012, commencing
21   at 9:00 a.m.
22
23
24
25
```

Jeffrey S. Fraser                                                   December 12, 2012
                          New York, NY

```
                                                            30
 1                     Jeffrey S. Fraser
 2       A.    I don't know.
 3       Q.    Did you ever stay at the Bacara Resort and
 4   Spa?
 5       A.    Yes.
 6       Q.    What was the purpose of going to that
 7   particular resort?
 8       A.    It was a -- the time I remember going was
 9   an investor conference.
10       Q.    And when was that, approximately if you
11   recall?
12       A.    It was a long time ago, I -- the early
13   2000s.
14             MR. VALENTINE:  David, how do you spell
15   Bacara?
16             MR. WILLIAMS:  B-A-C-A-R-A.
17             MR. VALENTINE: Thanks.
18   BY MR. WILLIAMS:
19       Q.    Mr. Fraser, during the period 2002-2006,
20   did you maintain an office anywhere?
21       A.    Yes.
22       Q.    Where?  And indicate if it changed over
23   time.
24       A.    I had an office in my home in Wilson,
25   Wyoming, and then I had an office in Teton Village,
```

Jeffrey S. Fraser                                                December 12, 2012
New York, NY

```
                                                               31
 1                    Jeffrey S. Fraser
 2   Wyoming.
 3       Q.    And when you say you had an office in your
 4   home in Wilson, Wyoming, do you recall the
 5   approximate time frame that you had that office?
 6       A.    Until late 2003.
 7       Q.    And --
 8       A.    And then after 2005 I had an office in my
 9   home, another office in my home in Teton Village.
10       Q.    And after 2005, you indicated you had an
11   office in your home in Teton Village?
12       A.    Yes.
13       Q.    And the office in your home in Wilson,
14   when did you begin to have that office?
15       A.    It was a personal office when I moved in
16   the house in 2000.
17       Q.    So you moved into the house in 2000 and
18   within the house you had a personal office?
19       A.    Yeah.  Well, it was a bedroom, but...
20       Q.    You used it as an office?
21       A.    Right.
22       Q.    And you indicated that that no longer
23   served as your office as of late 2003.
24             Can you tell me why that changed?
25       A.    I was going through a divorce at that time
```

```
                                                                32
 1                    Jeffrey S. Fraser
 2   and didn't want to be in the house with my ex-wife,
 3   and I don't think she wanted me to be there either.
 4        Q.   I see.  So you were separated from the
 5   residence?
 6        A.   Yes.
 7        Q.   I see.  And once you were separated from
 8   the residence, where did you live, sir?
 9        A.   I lived in the office that -- in Teton
10   Village.
11        Q.   The office in Teton Village, was it a
12   residence?
13        A.   It was -- it was a condo --
14             MR. VALENTINE:  Objection to form.
15             Go ahead.  Sorry to interrupt.  I may jump
16   in once in a while and object and you can just answer
17   the question as long as your --
18        A.   It was a condo that the landlord agreed to
19   take home furniture out of and put office furniture
20   in.
21        Q.   Do you recall the address of that condo?
22        A.   It was on Washakie.  Please don't ask me
23   to spell it.
24        Q.   And do you recall approximately how large
25   the condo was?
```

Jeffrey S. Fraser                                    December 12, 2012
                        New York, NY

33

1                  Jeffrey S. Fraser
2      A.    I can't tell you how many square foot it
3  was.  I believe it had three bedrooms.
4      Q.    And you indicated that the landlord agreed
5  to take out the -- the residential furniture and put
6  in office furniture.  Is that fair --
7      A.    Yeah.
8      Q.    -- of what you said?
9      A.    It was being rented furnished and as I
10 wanted it as an office, he took out, like, couches
11 and stuff that you would have in a house and put in a
12 conference table and a desk and file cabinets.
13     Q.    I see.  And why did you want it as an
14 office?
15     A.    Well, because I was -- wanted to --
16 someplace to go to work.
17     Q.    I see.  Did you need an office?
18     A.    Well, I needed some place to set my
19 computer when I wasn't travelling so I could work.
20     Q.    I see.  So I guess you indicated that the
21 landlord took out furniture -- residential furniture
22 and put in office furniture.  So I'm trying to figure
23 out why you needed that, if you can say.
24     A.    Yeah.
25           MR. LEVANDER:  Objection as to form.

Jeffrey S. Fraser                                                December 12, 2012
                                New York, NY

                                                                          34
 1                    Jeffrey S. Fraser
 2              You may answer.
 3       Q.     You can answer.
 4              MR. VALENTINE:  Just objection, if you
 5   can.
 6              THE WITNESS:  What do I do?
 7              MR. LEVANDER:  You may answer.  I'm
 8   suggesting that the form of that last question is
 9   confusing and improper, but if you can answer, answer
10   it.
11       A.     There was a conference table in it because
12   I assumed that we would have board meetings there.
13   We often had board meetings in Jackson Hole and we
14   would rent like a country club or something like that
15   conference room.  So I had them put a conference
16   table in so in case we had a board meeting we could
17   have it there.
18       Q.     You also spoke of file cabinets.
19              What did you use file cabinets for?
20       A.     To set my printer on.
21       Q.     You didn't use them to file any materials?
22       A.     No.
23       Q.     I see.  Any other office furniture that
24   you recall being brought to the condo on Washakie?
25              MR. LEVANDER:  Other than what he's

Jeffrey S. Fraser                                           December 12, 2012
                              New York, NY

```
                                                                35
 1                    Jeffrey S. Fraser
 2    already testified to?
 3           MR. WILLIAMS:  Yes.
 4       A.    No, I can't recall.
 5       Q.    And you indicated you had a computer.  If
 6    you recall what kind of computer that was, Mr.
 7    Fraser?
 8       A.    I usually had Apple.
 9       Q.    Okay.  How often did you use the office in
10    Washakie, on Washakie?
11       A.    Daily whenever I was in Wyoming and not
12    travelling.
13       Q.    When you were in Wyoming and not
14    travelling, can you say what you did on a daily basis
15    in the office?
16           MR. LEVANDER:  You're talking about after
17    he returned to the company in 2002?
18           MR. WILLIAMS:  Yes.
19       A.    I would call people and ask how our
20    business was doing and I would call people and ask if
21    I could get a meeting to go visit them to pitch new
22    business.  I would call people who -- employees,
23    sales employees, and ask how our business prospects
24    were going.
25       Q.    I see.  Fair to say you would spend a lot
```

Jeffrey S. Fraser　　　　　　　　　　　　　　　　　　　　　December 12, 2012
New York, NY

```
                                                              294
 1                  CERTIFICATE OF DEPONENT

 2

 3   I hereby certify that I have read and examined the

 4   foregoing transcript, and the same is a true and

 5   accurate record of the testimony given by me.

 6   Any additions or corrections that I feel are

 7   necessary, I will attach on a separate sheet of

 8   paper to the original transcript.

 9

10                              _____

11                                    Signature of Deponent

12

13   I hereby certify that the individual representing

14   himself/herself to be the above-named individual,

15   appeared before me this _____ day of _____,

16   2012, and executed the above certificate in my

17   presence.

18

19                              _____

20                              NOTARY PUBLIC IN AND FOR

21

22                              _____

23                                      County Name

24

25   MY COMMISSION EXPIRES:
```

Jeffrey S. Fraser                                                December 12, 2012
New York, NY

```
                                                                    295

 1                   C E R T I F I C A T E

 2

 3             I, MARIE FOLEY, RMR, CRR, a Notary Public

 4   in and for the State of New York, do hereby certify:

 5             THAT the witness(es) whose testimony is

 6   hereinbefore set forth, was duly sworn by me; and

 7             THAT the within transcript is a true

 8   record of the testimony given by said witness(es).

 9             I further certify that I am not related,

10   either by blood or marriage, to any of the parties in

11   this action; and

12             THAT I am in no way interested in the

13   outcome of this matter.

14             IN WITNESS WHEREOF, I have hereunto set my

15   hand this_____ day of_____, 2012.

16

17

18

19                     _____

20                          MARIE FOLEY, RMR, CRR

21

22

23

24

25
```