**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| **STEPHEN M. KOVZAN,** | |
| **Defendant.** | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
MOVE TO COMPEL WITH RESPECT TO PLAINTIFF'S
RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

| | | |
|---|---|---|
| Andrew B. Weissman (admitted *pro hac vice*) | Stephen L. Hill, Jr. | KS # 78029 |
| John A. Valentine (admitted *pro hac vice*) | Maxwell Carr-Howard | KS # 21042 |
| Nicole R. Rabner (admitted *pro hac vice*) | Lyndsey J. Conrad | KS # 23527 |
| J. David Zetlin-Jones (admitted *pro hac vice*) | | |
| Kelly S. Shoop (admitted *pro hac vice*) | HUSCH BLACKWELL LLP | |
| | 4801 Main Street, Suite 1000 | |
| WILMERHALE LLP | Kansas City, Missouri  64112 | |
| 1875 Pennsylvania Avenue, NW | (816) 983-8000 | |
| Washington, DC 20006 | (816) 983-8080 | |
| (202) 663-6000 | stephen.hill@huschblackwell.com | |
| andrew.weissman@wilmerhale.com | max.carr-howard@huschblackwell.com | |
| john.valentine@wilmerhale.com | lyndsey.conrad@huschblackwell.com | |
| nicole.rabner@wilmerhale.com | | |
| david.zetlin-jones@wilmerhale.com | | |
| kelly.shoop@wilmerhale.com | | |

*Attorneys for Defendant Stephen M. Kovzan*

KCP-4300962-1

Pursuant to D. Kan. Rule 6.1(a), Defendant Stephen M. Kovzan hereby respectfully moves this Court for an extension of time, up to and including March 11, 2013, to file any motion to compel with respect to Plaintiff's Fourth Supplemental Responses and Objections to Mr. Kovzan's First Set of Interrogatories, pursuant to Judge Sebelius' December 21, 2012 Order granting in part Mr. Kovzan's Second Motion To Compel (Dkt. No. 136), if the parties are unable to resolve their differences before that date.  In support of his motion, Mr. Kovzan states:

1.	On November 14, 2012, Mr. Kovzan filed his Second Motion To Compel, which challenged the sufficiency of Plaintiff's supplemental responses to Mr. Kovzan's First Set of Interrogatories, which plaintiff provided pursuant the Court's July 31, 2012 Order on Mr. Kovzan's First Motion To Compel.  (Dkt. Nos. 89, 118-20)

2.	On November 28, 2012, Plaintiff filed its response to Mr. Kovzan's Second Motion To Compel and on December 12, 2012, Mr. Kovzan filed his reply.  (Dkt. Nos. 123, 130)

3.	On December 21, 2012, the Court entered an Order granting in part and denying in part Mr. Kovzan's Second Motion To Compel.  (Dkt. No. 136)  The Court ordered plaintiff "to supplement its responses to Interrogatory No. 1's subparts by answering in the manner the subparts direct."  (Dkt. No. 136)

4.	On December 27, 2012, plaintiff filed an unopposed motion for a one-week extension of the time to comply with the Court's December 21, 2012 Order, which the Court granted on January 3, 2013.  (Dkt. Nos. 141-42)

5.	On January 11, 2013, plaintiff served its Fourth Supplemental Responses and Objections to Mr. Kovzan's First Set of Interrogatories (the "January 11 Responses").  These Responses contained over well over 100 pages of information concerning evidentiary support

2

for over 2000 individual expenses that plaintiff contends were undisclosed perquisites.

6. On February 7, 2013, Mr. Kovzan filed, and this Court granted, an unopposed motion for a two-week extension of the time to move to compel as to the sufficiency of the January 11 Responses. (Dkt. Nos. 163-64)

7. Pursuant to D. Kan. Rules 7.1 and 37.2 and this Court's February 7, 2013 Order, absent an extension, Mr. Kovzan currently must file any motion to compel with respect to the sufficiency of the January 11 Responses by February 25, 2013.

8. The parties have been working diligently to resolve outstanding disputes with respect to the January 11 Responses, having engaged in meet-and-confer telephone calls on February 4 and 12, 2013. During these meet-and-confer calls, plaintiff agreed to look into questions raised concerning the detail of the supplemental responses and consider Mr. Kovzan's request that plaintiff supplement its January 11 Responses further. Plaintiff made a proposal concerning Mr. Kovzan's request by letter dated February 15, 2013. Counsel for Mr. Kovzan is considering the proposal, and the parties have agreed to confer further during the week of February 25, 2013.

9. The purpose of this extension is to allow plaintiff sufficient time to review and possibly supplement its responses, to allow Mr. Kovzan time to meaningfully review plaintiff's responses and objections, and to allow the parties to attempt to resolve any remaining disputes without the need for additional motion practice.

10. Neither party will be prejudiced by the granting of this motion.

11. Plaintiff has no objection to the requested extension of time.

**WHEREFORE**, Defendant Stephen M. Kovzan, respectfully requests that this Court grant his motion and enter an order permitting him to file any motion to compel on or before March 11, 2013 with respect to Plaintiff's Fourth Supplemental Responses and Objections to Mr. Kovzan's First Set of Interrogatories, as directed in the December 21, 2012 Order. (Dkt. No. 136)

Dated:  February 22, 2013

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

    Jeffrey S. Kruske
    Office of the Securities Commissioner
    109 SW 9th Street, Suite 600
    Topeka, KS  66612
    (785) 296-5215
    jeff.kruske@ksc.ks.gov

    Erica Y. Williams
    David Williams
    Holly A. Pal
    Helaine Schwartz
    David S. Mendel
    Natalie Shioji
    Daniel J. Maher
    U.S. Securities and Exchange Commission
    100 F. Street NE
    Washington, DC  20549-4010
    (202) 551-4450
    (202) 772-9246 (FAX)
    williamse@sec.gov
    williamsdav@sec.gov
    palh@sec.gov
    schwartzh@sec.gov
    mendeld@sec.gov
    shiojin@sec.gov
    maherd@sec.gov
    *Attorneys for Plaintiff Securities & Exchange Commission*

    /s/ Stephen L. Hill, Jr.
    Attorney