**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**STEPHEN M. KOVZAN,**<br><br>　　　　　　　　**Defendant.** | Civil No. 11-CV-2017 JWL/KGS |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO COMPEL

| | | |
|---|---|---|
| Andrew B. Weissman (admitted *pro hac vice*) | Stephen L. Hill, Jr. | KS # 78029 |
| John A. Valentine (admitted *pro hac vice*) | Maxwell Carr-Howard | KS # 21042 |
| Nicole R. Rabner (admitted *pro hac vice*) | Lyndsey J. Conrad | KS # 23527 |
| J. David Zetlin-Jones (admitted *pro hac vice*) | | |
| Kelly S. Shoop (admitted *pro hac vice*) | HUSCH BLACKWELL LLP | |
| | 4801 Main Street, Suite 1000 | |
| WILMERHALE LLP | Kansas City, Missouri  64112 | |
| 1875 Pennsylvania Avenue, NW | (816) 983-8000 | |
| Washington, DC 20006 | (816) 983-8080 | |
| (202) 663-6000 | stephen.hill@huschblackwell.com | |
| andrew.weissman@wilmerhale.com | max.carr-howard@huschblackwell.com | |
| john.valentine@wilmerhale.com | lyndsey.conrad@huschblackwell.com | |
| nicole.rabner@wilmerhale.com | | |
| david.zetlin-jones@wilmerhale.com | | |
| kelly.shoop@wilmerhale.com | | |

*Attorneys for Defendant Stephen M. Kovzan*

Pursuant to D. Kan. Rule 6.1(a), Defendant Stephen M. Kovzan hereby respectfully moves this Court for an extension of time, up to and including March 28, 2013, to file a renewed Fourth Motion To Compel with respect to plaintiff's privilege claims as reflected on its November 9, 2012 Privilege Log ("November 9 Log"), pursuant to Judge Sebelius' February 21, 2013 Order denying Mr. Kovzan's Fourth Motion To Compel without prejudice and with leave to refile with 14 days of the Order (Dkt. No. 169), if the parties are unable to resolve their differences before that date.  In support of his motion, Mr. Kovzan states:

1. On January 16, 2013, Mr. Kovzan filed his Fourth Motion To Compel, which challenged the sufficiency of plaintiff's privilege claims as reflected on its November 9 Log and sought an order compelling plaintiff to (1) produce all documents on the November 9 Log for which plaintiff failed to invoke the deliberative process privilege properly; (2) as to any documents properly withheld under claim of "Attorney-Client Privilege" or "Deliberative Process Privilege," produce all factual portions of such documents that are not protected from discovery, including the views expressed by third parties in communications with the SEC; and (3) as to any future production made by plaintiff in compliance with Judge Lungstrum's October 10, 2012 Order (Dkt. No. 113), supply a privilege log that complies with the requirements of the law or produce the relevant documents.  (Dkt. Nos. 151-152)

2. On January 30, 2013, plaintiff filed its opposition to Mr. Kovzan's Fourth Motion To Compel, and on February 13, 2013, Mr. Kovzan filed his reply.  (Dkt. Nos. 161, 166)

3. On February 21, 2013, the Court entered an Order denying Mr. Kovzan's Fourth Motion To Compel without prejudice and with leave to refile within 14 days of the Order. (Dkt. No. 169).  The Court ordered plaintiff to serve Mr. Kovzan with an amended privilege log and to "again review the withheld materials to determine if any additional documents could be

produced to Mr. Kovzan in redacted form." Order at 3 (Dkt. No. 169) The Court further directed the parties to make efforts to narrow the dispute. *Id*.

4. Immediately following the entry of the Order, plaintiff provided Mr. Kovzan with an amended privilege log. On March 2 and 4, 2013, plaintiff provided Mr. Kovzan with completely or partially redacted hard copy documents, which Plaintiff represented constitutes all documents reflected on the November 9 Log. These recent productions consist of three large redwelds of documents, most of which contain redactions based on the assertion of deliberative process privilege.

5. Pursuant to this Court's February 21, 2013 Order, absent an extension, Mr. Kovzan must file a renewed Fourth Motion To Compel as to these materials by March 7, 2013.

6. The parties have been working diligently to resolve outstanding disputes with respect to plaintiff's privilege claims as reflected on its November 9 Log. The parties held a meet-and-confer telephone call on February 27, 2013, and exchanged written correspondence dated February 21, February 26, February 28, March 4, and March 5, 2013. The parties also tentatively scheduled an in-person meet-and-confer for the week of March 11, 2013, to discuss any remaining disputes after counsel for Mr. Kovzan has had an opportunity to review plaintiff's production.

7. The purpose of this extension is to allow Mr. Kovzan time to review plaintiff's March 2 and March 4 document productions, and to allow the parties to attempt to narrow or resolve any remaining disputes without the need for additional motion practice.

8. Neither party will be prejudiced by the granting of this motion.

9. Plaintiff has no objection to the requested extension of time.

**WHEREFORE**, Defendant Stephen M. Kovzan, respectfully requests that this Court

grant his motion and enter an order permitting him to file any renewed motion to compel on or before March 28, 2013 with respect to plaintiff's privilege claims as reflected in its November 9 Log, as directed in the Court's February 21, 2013 Order. (Dkt. No. 169)

Dated: March 6, 2013

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2013, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

>Jeffrey S. Kruske
>Office of the Securities Commissioner
>109 SW 9th Street, Suite 600
>Topeka, KS  66612
>(785) 296-5215
>jeff.kruske@ksc.ks.gov
>
>Erica Y. Williams
>David Williams
>Holly A. Pal
>Helaine Schwartz
>David S. Mendel
>Natalie Shioji
>Daniel J. Maher
>U.S. Securities and Exchange Commission
>100 F. Street NE
>Washington, DC  20549-4010
>(202) 551-4450
>(202) 772-9246 (FAX)
>williamse@sec.gov
>williamsdav@sec.gov
>palh@sec.gov
>schwartzh@sec.gov
>mendeld@sec.gov
>shiojin@sec.gov
>maherd@sec.gov
>*Attorneys for Plaintiff Securities & Exchange Commission*

>>/s/ Stephen L. Hill, Jr.
>>Attorney