# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**STEPHEN M. KOVZAN,**<br><br>      **Defendant.** | Civil No. 11-CV-2017 JWL/KGS |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO COMPEL

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)

WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr.  KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad  KS # 23527

HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

*Attorneys for Defendant Stephen M. Kovzan*

Pursuant to D. Kan. Rule 6.1(a), Defendant Stephen M. Kovzan hereby respectfully moves this Court for an extension of time, up to and including April 3, 2013, to file any motion to compel with respect to Plaintiff's February 15, 2013 response to Mr. Kovzan's First Set of Requests for the Production of Documents and Things (Dkt. No. 51), if the parties are unable to resolve their differences before that date.  In support of his motion, Mr. Kovzan states:

1. On November 15, 2011, Mr. Kovzan served his First Set of Requests for the Production of Documents and Things.  (Dkt. No. 51).  Request 83 sought all "notes, memoranda and other documents concerning interviews conducted in connection with the investigation captioned *In the Matter of NIC Inc.*, HO-10670."

2. On February 15, 2013, in response to a question from counsel from Mr. Kovzan on a meet-and-confer telephone call, Plaintiff advised in a letter that it was in possession of 11 sets of notes and one memorandum of conversations with Mark Thornhill (the "February 15 Letter") between February 4, 2008 and September 8, 2009.  Spencer Fane Britt & Browne ("Spencer Fane") was retained by NIC's Audit Committee to examine, among other things, the expense reporting of NIC's former CEO, Jeffery Fraser that is now a key issue in this litigation. Mr. Thornhill, a lawyer for Spencer Fane, led that investigation.  Plaintiff advised in this letter that the materials it identified "are all on the subject of Mr. Thornhill's internal investigation, and are all being withheld pursuant to an assertion of privilege, including the work product and potentially the deliberative process privilege."

3. Absent an extension, D. Kan. Rule 37.1(b) would require Mr. Kovzan to file a motion to compel these materials within 30 days of service of plaintiff's February 15, 2013 letter response.  As a result, Mr. Kovzan must currently file a motion to compel by March 18, 2013, unless the Court extends the time for filing such motion for good cause.

4. The parties have been working diligently to resolve outstanding disputes with respect to the February 15 Letter, having exchanged correspondence on March 5, 2013 and in a meet-and-confer meeting on March 12, 2013.  During this meet-and-confer, the parties expressed disagreement over the Commission's assertion of work product protection as of June 7, 2007, the date it received a tip from an informant.  Plaintiff agreed to provide authority for its position.

5. The purpose of this extension is to allow plaintiff sufficient time to provide the promised authority responses, to allow Mr. Kovzan time to meaningfully review that response, and to allow the parties to attempt to resolve any remaining disputes over the materials referenced in the February 15 Letter without the need for additional motion practice.  The purpose of this extension is also to place this dispute on the same deadline as the current deadline for filing a motion to compel with respect to plaintiff's Fourth Supplemental Responses and Objections to Mr. Kovzan's First Set of Interrogatories, as directed in the Court's December 21, 2012 Order.  (Dkt. Nos. 136, 181)

6. Neither party will be prejudiced by the granting of this motion.

7. Plaintiff has no objection to the requested extension of time.

**WHEREFORE**, Defendant Stephen M. Kovzan, respectfully requests that this Court grant his motion and enter an order permitting him to file any motion to compel on or before April 3, 2013 with respect to plaintiff's February 15 Letter response to Mr. Kovzan's First Set of Requests for the Production of Documents and Things.  (Dkt. No. 51).

Dated: March 18, 2013

Respectfully submitted,

/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr. KS # 78029
Maxwell Carr-Howard KS # 21042
Lyndsey J. Conrad KS # 23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080
stephen.hill@huschblackwell.com
max.carr-howard@huschblackwell.com
lyndsey.conrad@huschblackwell.com

## CERTIFICATE OF SERVICE

     I hereby certify that on March 18, 2013, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

     Jeffrey S. Kruske
     Office of the Securities Commissioner
     109 SW 9th Street, Suite 600
     Topeka, KS  66612
     (785) 296-5215
     jeff.kruske@ksc.ks.gov

     Erica Y. Williams
     David Williams
     Holly A. Pal
     Helaine Schwartz
     David S. Mendel
     Natalie Shioji
     Daniel J. Maher
     U.S. Securities and Exchange Commission
     100 F. Street NE
     Washington, DC  20549-4010
     (202) 551-4450
     (202) 772-9246 (FAX)
     williamse@sec.gov
     williamsdav@sec.gov
     palh@sec.gov
     schwartzh@sec.gov
     mendeld@sec.gov
     shiojin@sec.gov
     maherd@sec.gov
     *Attorneys for Plaintiff Securities & Exchange Commission*

                                      /s/ Stephen L. Hill, Jr.
                                      Attorney