# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil No. 11-CV-2017 JWL/KGS |
| v. | |
| STEPHEN M. KOVZAN, | |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO CONDUCT RULE 30(B)(6) DEPOSITION

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)

WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

Stephen L. Hill, Jr.         KS # 78029
Maxwell Carr-Howard     KS # 21042

DENTONS
4520 Main Street, Suite 1100
Kansas City, Missouri  64111
(816) 460-2400
(816) 531-7545
stephen.hill@dentons.com
maxwell.carr-howard@dentons.com

*Attorneys for Defendant Stephen M. Kovzan*

Pursuant to D. Kan. Rule 6.1(a), Defendant Stephen M. Kovzan hereby respectfully moves this Court for an extension of time, up to and including May 17, 2013, for Mr. Kovzan to conduct Rule 30(b)(6) depositions of two or more representatives of Plaintiff Securities and Exchange Commission, as provided for in Judge Lungstrum's March 25, 2013 Order ("March 25 Order"). (Dkt. No. 187) In support of his motion, Mr. Kovzan states:

1. On December 18, 2012, Mr. Kovzan served his Amended Notice of Deposition to Plaintiff pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure. (Dkt. No. 133).

2. On January 7, 2013, Plaintiff filed a Motion To Quash Mr. Kovzan's Rule 30(b)(6) Notice. (Dkt. Nos. 143-44). On January 22, 2013, Mr. Kovzan filed his Opposition to Plaintiff's Motion, and on February 4, 2013, Plaintiff filed its Reply. (Dkt. Nos. 156-67, 162)

3. On February 21, 2013, Magistrate Judge Sebelius entered an Order denying Plaintiff's Motion To Quash (the "February 21 Order"). (Dkt. No. 171)

4. On March 7, 2013, Plaintiff filed its Objections to the February 21 Order pursuant to Rule 72(a). (Dkt. No. 178) On March 18, 2013, Mr. Kovzan filed his Opposition, and on March 21, 2013, Plaintiff filed its Reply. (Dkt. Nos. 183, 186)

5. On March 25, 2013, following a hearing before Judge Lungstrum, Judge Lungstrum issued his March 25 Order requiring that "plaintiff shall provide the discovery ordered by the Magistrate Judge within 30 days of this date." (Dkt. No. 187) At the hearing, Judge Lungstrum suggested that "perhaps [the deposition] should take place in the courtroom with the magistrate judge presiding, as was suggested, so that privilege and work product objections can receive rapid rulings." Ex. 1 at 35.

6. The March 25 Order would require the depositions to be completed by April 24, 2013, unless the Court extends the time for completing the deposition for good cause.

7. The parties have been working diligently to identify potential deposition dates on which the expected two Rule 30(b)(6) representatives, counsel for Plaintiff, counsel for Mr. Kovzan, and Magistrate Judge Sebelius are all available to convene for the Rule 30(b)(6) deposition at the federal courthouse in Topeka. The parties identified May 16 and 17 as prospective dates for this deposition, and conveyed those dates to Magistrate Judge Sebelius' chambers during an April 19, 2013 telephone conference. The parties are working with Magistrate Judge Sebelius' chambers to finalize the dates of the depositions. Plaintiff has also represented that it anticipates completing its document productions by April 24, 2013 to enable Mr. Kovzan adequate time to review those materials in advance of the depositions.

8. The purpose of this extension is to allow the parties to continue working with Magistrate Judge Sebelius' chambers to finalize the dates for the Rule 30(b)(6) depositions and to complete the discovery required by the March 25 Order in an orderly manner.

9. Neither party will be prejudiced by the granting of this motion.

10. Plaintiff has no objection to the requested extension of time.

**WHEREFORE**, Mr. Kovzan respectfully requests that this Court grant this motion and enter an order permitting Mr. Kovzan to take the Rule 30(b)(6) depositions of two or more Rule 30(b)(6) representatives of Plaintiff Securities and Exchange Commission, as provided in the March 25 Order, on or before May 17, 2013, subject to the Court's availability.

Dated:  April 24, 2013

Respectfully submitted,
/s/ Stephen L. Hill, Jr.

Andrew B. Weissman (admitted *pro hac vice*)
John A. Valentine (admitted *pro hac vice*)
Nicole R. Rabner (admitted *pro hac vice*)
J. David Zetlin-Jones (admitted *pro hac vice*)
Kelly S. Shoop (admitted *pro hac vice*)
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
david.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

DENTONS
4520 Main Street, Suite 1100
Kansas City, Missouri  64111
(816) 460-2400
(816) 531-7545
stephen.hill@dentons.com
maxwell.carr-howard@dentons.com

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2013, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system to:

      Jeffrey S. Kruske
      Office of the Securities Commissioner
      109 SW 9th Street, Suite 600
      Topeka, KS  66612
      (785) 296-5215
      jeff.kruske@ksc.ks.gov

      Erica Y. Williams
      David Williams
      Holly A. Pal
      Helaine Schwartz
      David S. Mendel
      Natalie Shioji
      Daniel J. Maher
      U.S. Securities and Exchange Commission
      100 F. Street NE
      Washington, DC  20549-4010
      (202) 551-4450
      (202) 772-9246 (FAX)
      williamse@sec.gov
      williamsdav@sec.gov
      palh@sec.gov
      schwartzh@sec.gov
      mendeld@sec.gov
      shiojin@sec.gov
      maherd@sec.gov
      *Attorneys for Plaintiff Securities & Exchange Commission*

                                            /s/ Stephen L. Hill, Jr.
                                            Attorney