### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )     Case No. 11-2017-JWL ) |
| STEPHEN M. KOVZAN, | ) ) |
| Defendant. | ) |

### **ORDER**

On May 6, 2013, the Court conducted a telephonic conference with the parties to discuss the remaining case management deadlines and Defendant's Unopposed Motion for Extension of Time to Conduct Rule 30(b)(6) Depositions (ECF No. 192). Plaintiff appeared through counselors David Williams, Daniel Maher, and Jeffrey S. Kruske. Defendant appeared through counselors Andrew B. Weissman, John A. Valentine, Kelly S. Shoop, and Stephen L. Hill. During the conference, the Court granted in part Defendant's Unopposed Motion and amended the Scheduling Order as follows:

1. Defendant shall have up to and including **May 31, 2013**, to take Rule 30(b)(6) depositions of the Securities and Exchange Commission as described in the court's March 25, 2013 Order (ECF No. 187).

2. Plaintiff is entitled to take the depositions of William Bradley, Mark Thornhill, Pete Wilson, and Ross Hartley after consulting with Defendant's counsel and the deponent as to a mutually agreeable time, date, and location to conduct the depositions. However, use of testimony from any of these four (4) deponents for the purpose of contesting or promoting summary judgment shall be limited to those depositions completed by the July 12, 2013

dispositive motion deadline. While the parties may agree to conduct any of these depositions after that date, their use shall be limited to trial and not for summary judgment submissions. The failure to complete and/or transcribe any of these four depositions shall not be a sufficient basis for seeking and obtaining a continuance of any deadline set forth in this Order.

3. Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, shall be served by Plaintiff as to issues for which Plaintiff bears the burden of proof by **May 24, 2013.** Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, shall be served by Defendant as to issues for which Defendant bears the burden of proof by **June 10, 2013.** Disclosures and reports in response by any experts shall be served by **July 1, 2013.**

4. All potentially dispositive motions (e.g., motions for summary judgment) shall be filed by **July 12, 2013.** The parties shall comply with D. Kan. Rule 6.1(d)(2) regarding the time for filing a response brief and a reply brief for any forthcoming dispositive motion.

5. Pursuant to Fed. R. Civ. P. 16(e), a final pretrial conference is scheduled for **June 26, 2013, at 2:00 p.m. CDT,** by telephone, or at the U.S. Courthouse, Room 470, 444 SE Quincy, Topeka, Kansas, if the judge determines that the proposed pretrial order is not in the appropriate format or that there are other problems requiring counsel to appear in person. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **June 14, 2013,** defendant shall submit the parties' proposed pretrial order (formatted in WordPerfect X5, Word 2010, or earlier version) as an attachment to an Internet e-mail sent to *ksd_sebelius_chambers@ksd.uscourts.gov*. The proposed pretrial order shall not be filed with the Clerk's Office.  It shall be in the form available on the court's internet website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures

2

governing multiple signatures set forth in paragraphs II(C) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

6. This case is set for trial on the court's docket beginning on **November 12, 2013, at 9:30 a.m.** Unless otherwise ordered, this is not a "special" or "No. 1" trial setting. Therefore, during the month preceding the trial docket setting, counsel should stay in contact with the trial judge's courtroom deputy to determine the day of the docket on which trial of the case actually will begin. The trial setting may be changed only by order of the judge presiding over the trial.

**IT IS SO ORDERED.**

Dated this 10th day of May, 2013, at Topeka, Kansas.

*s/* K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge