IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil No. 11-CV-2017 JWL/KGS |
| v. | ) ) | Judge John W. Lungstrum |
| STEPHEN M. KOVZAN, | ) ) | |
| Defendant. | ) ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant Stephen M. Kovzan's Supplemental Rule 26 Disclosures were served via e-mail on September 30, 2013, upon:

David Williams
Natalie Shioji
Daniel J. Maher
U.S. Securities & Exchange Commission - DC
100 F. Street NE
Washington, DC 20549-4010
202-551-4450
202-772-9246 (fax)
williamsdav@sec.gov
shiojin@sec.gov
maherd@sec.gov

Jeffrey S. Kruske
Office of the Kansas Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS 66612
785-296-5215
784-296-5482 (fax)
jeff.kruske@ksc.ks.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

81109150\V-1

- 2 -

Respectfully submitted,

*/s/ Maxwell Carr-Howard*

Stephen L. Hill, Jr.  KS #78029
Maxwell Carr-Howard  KS #21042
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, MO  64111
816-460-2400
816-531-7545
stephen.hill@dentons.com
maxwell.carr-howard@dentons.com

Andrew B. Weissman *(pro hac vice)*
John A. Valentine *(pro hac vice)*
Nicole R. Rabner *(pro hac vice)*
J. David Zetlin-Jones *(pro hac vice)*
Kelly S. Shoop *(pro hac vice)*
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
202-663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
davod.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2013, a copy of the foregoing was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.

*/s/ Maxwell Carr-Howard*
