IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN M. KOVZAN )<br>)<br>Defendant. ) | Civil No. 11-CV-2017 JWL/KGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to D. Kan. Rule 83.5.5(b), Lyndsey J. Conrad hereby withdraws as counsel of record for defendant Stephen M. Kovzan.  Stephen L. Hill, Jr., and Maxwell Carr-Howard of Dentons US LLP and Andrew B. Weissman, John A. Valentine, Nicole R. Rabner, J. David Zetlin-Jones and Kelly S. Shoop of Wilmer Cutler Pickering Hale and Dorr LLP will remain as counsel for defendant Stephen M. Kovzan.

*/s/ Lyndsey J. Conrad*
Lyndsey J. Conrad        KS Bar      #23527
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Tel: 816-983-8000
Fax: 816-983-8080
lyndsey.conrad@huschblackwell.com

KCP-4362673-1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2013, a copy of the foregoing was filed electronically with the above-captioned Court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.

                                      */s/ Lyndsey J. Conrad*
                                      Attorney