# Exhibit 2



**DIVISION OF ENFORCEMENT**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, NE
WASHINGTON, D.C. 20549

DAVID WILLIAMS
ASST. CHIEF LITIGATION COUNSEL
DIRECT DIAL: (202) 551-4548
FACSIMILE: (202) 772-9231

October 10, 2013

<u>VIA EMAIL</u>
Andrew B. Weissman, Esq.
John Valentine, Esq.
Nicole R. Rabner, Esq.
Kelly Shoop, Esq.
J. David Zetlin-Jones, Esq. (New York)
Wilmer Hale
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Re:   SEC v. Kovzan
      Case Number 11-cv-2017 (D. Kan.) (JWL/KGS)

Dear Counsel:

   Please find enclosed the Supplemental Report of Dr. Yaniv Grinstein, and accompanying exhibits. The report has been supplemented to address new information that has come to light since Dr. Grinstein's Amended Report of June 26, 2013. In particular, the report has been supplemented to respond to the issues raised in the July 5, 2013 Report of Dr. Marcia Kramer Mayer and the October 1, 2013 Deposition of Dr. Marcia Kramer Mayer.

   Please contact me at (202) 551-4548 if you have any questions or concerns about this letter.

Sincerely,

David Williams

Encl: A/S