CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | David Williams |
| | Ryan A. Kriegshauser |
| Plaintiff, | Patrick M. Bryan |
| | Natalie E. Shioji |
| | David S. Mendel |
| | |
| v. | Case No:  11-2017-JWL |
| | |
| STEPHEN M. KOVZAN, | Stephen L. Hill |
| | Andrew B. Weissman |
| Defendant. | F.G. Maxwell Carr-Howard |
| | J. David Zetlin-Jones |
| | John A. Valentine |
| | Kelly S. Shoop |
| | Nichole R. Rabner |

| JUDGE: | John W. Lungstrum | DATE: | 11/8/2013 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Becky Ryder |

# LIMINE CONFERENCE

The Court issued the following rulings on motions (set forth in full on the record):

#221 -  Defendant's Motion to Exclude the Proffered Expert Opinion of Steven L. Henning – GRANTED IN PART AND DENIED IN PART.

#288 -  Defendant's Motion to Strike Supplemental Report of Yaniv Grinsteien – GRANTED IN PART AND DENIED IN PART.

#290 -  Plaintiff's Motion to Exclude Portions of the Report and Testimony of Defense Expert Testimony of Mark A. Borges – GRANTED IN PART AND DENIED IN PART.

#292 -  Plaintiff's Motion to Exclude Expert Testimony of Robert H. Temkin – GRANTED IN PART AND DENIED IN PART.

#294 -  Defendant's Motion to Exclude the Proffered Expert Testimony of Yaniv Grinstein – DENIED.

## PLAINTIFF'S MOTIONS IN LIMINE:

#304 -  Plaintiff's Motion in Limine Pursuant to Federal Rule of Evidence 611 – GRANTED IN PART AND DENIED IN PART.

#306 -  Plaintiff's Motion in Limine No. 2 to exclude Introduction of Testimony Concerning Remedies or Consequences of an Adverse Verdict  - GRANTED IN PART.

#308 -  Plaintiff's Motion in Limine No. 3 to Exclude Introduction of Testimony Concerning Family Hardship – GRANTED IN PART AND DENIED IN PART.

#310 -  Plaintiff's Motion in Limine No. 4 to Exclude Evidence or Argument that Defendant Acted in Good Faith Because of his Reliance on Professionals – GRANTED IN PART AND DENIED IN PART.

#312 -  Plaintiff's Motion in Limine No. 5 to Exclude Evidence or Testimony Regarding the SEC's Travel Policies – GRANTED IN PART AND TAKEN UNDER ADVISEMENT IN PART.

#314 -  Plaintiff's Motion in Limine No. 6 to Preclude Character Evidence – GRANTED IN PART AND TAKEN UNDER ADVISEMENT IN PART.

#316 -  Plaintiff's Motion in Limine No. 7 to Exclude Introduction of Testimony concerning Auditor Conclusions or Continued Reliance on Kovzan's Representations – DENIED.

#318 -  Plaintiff's Motion in Limine No. 8 to Exclude Evidence Regarding Purported Conclusions of Mark Thornhill and Spencer Fane Britt and Brown LLP – TAKEN UNDER ADVISEMENT.


## DEFENDANT'S MOTIONS IN LIMINE

#338 -  Defendant's SEALED First Motion in Limine for Order re Characterizations of Trial – DENIED WITHOUT PREJUDICE.

#339 -  Defendant's SEALED Second Motion in Limine to Preclude Mischaracterizing Mr. Kovzan's Role – DENIED WITHOUT PREJUDICE.

#340 -  Defendant's SEALED Third Motion in Limine re: Remedial Meaures – DENIED.

#341 -  Defendant's SEALED Fourth Motion in Limine to Exclude Use of Spencer Fane Memoranda – TAKEN UNDER ADVISEMENT.

#326 - Defendant's Motion in Limine No. 5 to Exclude Use of and Preclude any Reference to Other Related Lawsuits or Settlements – TAKEN UNDER ADVISEMENT.

#333 - Defendant's SEALED Sixth Motion in Limine to Exclude, Redact, and Limit Use of Certain Documents – GRANTED IN PART AND DENIED IN PART.

#334 - Defendant's SEALED Seventh Motion in Limine for an Order Precluding Evidence of Certain Facts Not Alleged in the Complaint – DENIED IN PART AND TAKEN UNDER ADVISEMENT IN PART.

#335 - Defendant's SEALED Eighth Motion in Limine re: Characterizing Expenses – DENIED.

#328 - Defendant's Motion in Limine No. 9 to Strike or Exclude the Testimony of Cheryl Cannefax and "Whistleblower" Statements and Evidence – GRANTED IN PART AND DENIED IN PART.

#327 - Defendant's Motion in Limine No. 10 for an Order Precluding Plaintiff from Offering Certain Arguments Related to NIC Inc's Stock Price Movements  - DENIED AS MOOT.