IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN M. KOVZAN,<br><br>　　　　　　　　　Defendant. | Civil No. 11-CV-2017<br>JWL/KGS<br><br><br>Judge John W. Lungstrum |

## THE SEC'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIM SIX

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") hereby gives notice that, in light of the Court's rulings during the *In Limine* conference held November 8, 2013, and in the interest of further streamlining the presentation of evidence at trial, the Commission voluntarily dismisses its Sixth Claim for Relief, which alleges violations of Rule 13b2-2 of the Securities Exchange Act of 1934, 17 C.F.R. § 240.13b2-2.

Dated:  November 11, 2013　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　 /s/ Jeffrey S. Kruske
　　　　　　　　　　　　　　　　　　　 Jeffrey S. Kruske (Kansas Bar No. 20098)
　　　　　　　　　　　　　　　　　　　Office of the Securities Commissioner
　　　　　　　　　　　　　　　　　　　109 SW 9th Street, Suite 600
　　　　　　　　　　　　　　　　　　　Topeka, KS  66612
　　　　　　　　　　　　　　　　　　　Telephone: (785) 296-5215

　　　　　　　　　　　　　　　　　　　A. David Williams (Cal. Bar 183854)
　　　　　　　　　　　　　　　　　　　Patrick M. Bryan (D.C. Bar 490177)
　　　　　　　　　　　　　　　　　　　David Mendel (D.C. Bar No. 470796)
　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission

100 F Street, NE
Washington, DC 20549-5546
Phone: (202) 551-4548

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2013, the foregoing THE SEC'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIM SIX was filed with the Clerk of Court via the CM/ECF system, causing them to be served on Defendant's counsel of record.

/s/ Jeffrey S. Kruske
Jeffrey S. Kruske (Kansas Bar No. 20098)
Office of the Securities Commissioner
109 SW 9th Street, Suite 600
Topeka, KS  66612
Telephone: (785) 296-5215