IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN M. KOVZAN, )<br>)<br>Defendant. ) | Civil No. 11-CV-2017 JWL/KGS |

**DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE
CLAIM SIX OF THE SEC'S AMENDED COMPLAINT PURSUANT
TO THE SEC'S NOTICE FILED NOVEMBER 11, 2013**

Defendant Stephen M. Kovzan respectfully moves this Court to dismiss Claim Six with prejudice pursuant to the Notice filed by the SEC on November 11, 2013 (Doc. No. 375). The SEC's Notice of Voluntary Dismissal indicates its intent to have its Sixth Claim for Relief dismissed, but it uses a mechanism that is not available to it at this stage of the litigation. *See* FED. R. CIV. P. 41. Voluntary dismissal is only permitted by Rule 41 of the Federal Rules of Civil Procedure if either the notice of dismissal is filed before an answer or motion for summary judgment is served or if the defendant stipulates to the voluntary dismissal. *See* FED. R. CIV. P. 41(a)(1)(A)(i-ii). Mr. Kovzan has filed both an answer and a motion for summary judgment and he has not been asked to stipulate to the dismissal notice.

Nonetheless, the SEC's intent can be implemented by court order pursuant to Rule 41(a)(2). In order to ensure the streamlining of the trial sought by the SEC, and clarity for all parties, the Court and the Jury, Mr. Kovzan respectfully requests that this Court effectuate the intent set out in the SEC's notice and issue an order pursuant to Rule 41(a)(2) dismissing Claim

Six of the Amended Complaint. Further, Mr. Kovzan requests that this Court Order that dismissal be *with prejudice* as it is sought, literally on the eve of trial. Finally, Mr. Kovzan requests that the Order expressly state that the dismissal of Claim Six is without prejudice to any relief that Mr. Kovzan may seek at the close of trial with respect to the dismissal of this Claim.

    Respectfully submitted,

*/s/ Stephen L. Hill, Jr.*
Stephen L. Hill, Jr.    KS #78029
Maxwell Carr-Howard    KS #21042
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, MO  64111
816-460-2400
816-531-7545
stephen.hill@dentons.com
maxwell.carr-howard@dentons.com

Andrew B. Weissman *(pro hac vice)*
John A. Valentine *(pro hac vice)*
Nicole R. Rabner *(pro hac vice)*
J. David Zetlin-Jones *(pro hac vice)*
Kelly S. Shoop *(pro hac vice)*
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
202-663-6000
andrew.weissman@wilmerhale.com
john.valentine@wilmerhale.com
nicole.rabner@wilmerhale.com
davod.zetlin-jones@wilmerhale.com
kelly.shoop@wilmerhale.com

*Attorneys for Defendant Stephen M. Kovzan*

## CERTIFICATE OF SERVICE

   I hereby certify that on November 11, 2013, a copy of the foregoing was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.

                      */s/ Stephen L. Hill, Jr.*

81418627\V-1